**ORIGINAL**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

ADVANCED MICRO DEVICES, INC.., a Delaware corporation;
ATI TECHNOLOGIES, ULC, a Canadian unlimited liability company

**SUMMONS IN A CIVIL CASE**

V.

SAMSUNG ELECTRONICS CO., LTD., a Korean business entity;
SAMSUNG SEMICONDUCTOR, INC., a California corporation;
SAMSUNG AUSTIN SEMICONDUCTOR, LLC, a Delaware limited liability company; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company

CASE NUMBER:

**CV 08   0986   EMC**

**TO:** (Name and address of defendant)

Samsung Electronics Co., 250, 2-ga, Taepyong-ro, Jung-gu, Seoul, 100-742, South Korea
Samsung Semiconductor, Inc., c/o National Registered Agents, Inc., 2030 Main Street, Suite 1030, Irvine, CA 92614
Samsung Austin Semiconductor, LLC, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801
Samsung Electronics America, Inc., c/o CT Corporation System, 818 West Seventh Street, Los Angeles, CA 90017
Samsung Telecommunications America, LLC, c/o CSC--Lawyers Incorporation Service, 2730 Gateway Oaks Drive, Sacramento, CA 95833

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John P. Bovich
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415.543.8700
Facsimile:  415.391.8269

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE  **FEB 1 9 2008**

NDCAO440

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JOHN P. BOVICH, Bar #150688<br>REED SMITH LLP<br>TWO EMBARCADERO CENTER<br>20TH FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415 543-8700   *FAX No:* 415 391-8269<br>*Ref. No. or File No.:* | *For Court Use Only* |

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* ADVANCED MICRO DEVICES, INC.; et al.
*Defendant:* SAMSUNG ELECTRONICS CO., LTD.; et al.

| PROOF OF SERVICE SUMMONS | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 0986 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Patent Infringement; Civil Cover Sheet; Certification Of Interested Entities Or Persons; Pro Hac Vice Application For William H. Manning; [Proposed] Order For Pro Hac Vice Admission Of Willam H. Manning; Pro Hac Vice Application For David P. Swenson; [Proposed] Order For Pro Hac Vice Admission Of David P. Swenson; Pro Hac Vice Application For Brad P. Engdahl; [Proposed] Order For Pro Hac Vice Admission Of Brad P. Engdahl; Pro Hac Vice Apllication For David E. Marder; [Proposed] Order For Pro Hac Vice Admission Of David E. Marder; Pro Hac Vice Application For Richard M. Martinez; [Proposed] Order For Pro Hac Vice Admission Of Richard M. Martinez; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served:       SAMSUNG AUSTIN SEMICONDUCTOR, LLC
   b. Person served:    MARY DRUMMOND, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:    c/o THE CORPORATION TRUST COMPANY
                                                                        1209 ORANGE STREET
                                                                        WILMINGTON, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 19, 2008 (2) at: 3:58PM

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. **Person Who Served Papers:**
   a. WALTER HATZLER

   d. **The Fee** for Service was:

   e. I am: Not a Registered California Process Server

**First Legal Support Services** sm
ATTORNEY SERVICES
1511 BEVERLY BOULEVARD
Los Angeles, CA 90026
sm (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, Feb. 22, 2008

*Walter Hatzler*
(WALTER HATZLER)

| Attorney or Party without Attorney: <br> JOHN P. BOVICH, Bar #150688 <br> REED SMITH LLP <br> TWO EMBARCADERO CENTER <br> 20TH FLOOR <br> SAN FRANCISCO, CA 94111 <br> Telephone No: 415 543-8700     FAX No: 415 391-8269 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: ADVANCED MICRO DEVICES, INC.; et al.
Defendant: SAMSUNG ELECTRONICS CO., LTD.; et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 0986 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Complaint For Patent Infringement; Civil Cover Sheet; Certification Of Interested Entities Or Persons; Pro Hac Vice Application For William H. Manning; [Proposed] Order For Pro Hac Vice Admission Of Willam H. Manning; Pro Hac Vice Application For David P. Swenson; [Proposed] Order For Pro Hac Vice Admission Of David P. Swenson; Pro Hac Vice Application For Brad P. Engdahl; [Proposed] Order For Pro Hac Vice Admission Of Brad P. Engdahl; Pro Hac Vice Apllication For David E. Marder; [Proposed] Order For Pro Hac Vice Admission Of David E. Marder; Pro Hac Vice Application For Richard M. Martinez; [Proposed] Order For Pro Hac Vice Admission Of Richard M. Martinez; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served:  SAMSUNG SEMICONDUCTOR, INC.
   b. Person served: DINA LAPORIA, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:  c/o NATIONAL REGISTERED AGENTS, INC.
   2030 MAIN STREET, SUITE 1030
   IRVINE, CA 92614

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 19, 2008 (2) at: 12:35PM

7. Person Who Served Papers:     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KANNEEKA PANPROME
   
   d. The Fee for Service was:
   
   e. I am: Not a Registered California Process Server

   First Legal Support Services ℠
   ATTORNEY SERVICES
   301 CIVIC CENTER DR. WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, Feb. 22, 2008

   (KANNEEKA PANPROME)

Judicial Council Form                    PROOF OF SERVICE                    6401497.johbo-rs.115025
Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS

| *Attorney or Party without Attorney:* <br> JOHN P. BOVICH, Bar #150688 <br> REED SMITH LLP <br> TWO EMBARCADERO CENTER <br> 20TH FLOOR <br> SAN FRANCISCO, CA 94111 <br> *Telephone No:* 415 543-8700    *FAX No:* 415 391-8269 <br> *Ref. No. or File No.:* <br> *Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* ADVANCED MICRO DEVICES, INC.; et al.
*Defendant:* SAMSUNG ELECTRONICS CO., LTD.; et al.

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> CV 08 0986 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Complaint For Patent Infringement; Civil Cover Sheet; Certification Of Interested Entities Or Persons; Pro Hac Vice Application For William H. Manning; [Proposed] Order For Pro Hac Vice Admission Of Wilam H. Manning; Pro Hac Vice Application For David P. Swenson; [Proposed] Order For Pro Hac Vice Admission Of David P. Swenson; Pro Hac Vice Application For Brad P. Engdahl; [Proposed] Order For Pro Hac Vice Admission Of Brad P. Engdahl; Pro Hac Vice Apllication For David E. Marder; [Proposed] Order For Pro Hac Vice Admission Of David E. Marder; Pro Hac Vice Application For Richard M. Martinez; [Proposed] Order For Pro Hac Vice Admission Of Richard M. Martinez; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served:           SAMSUNG TELECOMMUNICATIONS AMERICA, LLC
   b. Person served:          BECKY DEGEORGE, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:   c/o CSC - LAWYERS INCORPORATION SERVICE
                                          2730 GATEWAY OAKS DRIVE
                                          SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 19, 2008 (2) at: 12:20PM

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL MORRIS
                                                   d. *The Fee for Service was:*
   **First Legal Support Services** sm            e. I am: (3) registered California process server
   ATTORNEY SERVICES                                  (i)   Independent Contractor
   1814 "I" STREET                                    (ii)  Registration No.:    04-009
   Sacramento, CA 95814                               (iii) County:              Sacramento
   (916) 444-5111, FAX 443-3111                       (iv)  Expiration Date:     Wed, Jul. 30, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, Feb. 22, 2008                                                      *(signature)*
                                                                                 (MICHAEL MORRIS)
                                                                                 6401511.johbo-rs.115029

Judicial Council Form                      PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007         SUMMONS

| *Attorney or Party without Attorney:*<br>JOHN P. BOVICH, Bar #150688<br>REED SMITH LLP<br>TWO EMBARCADERO CENTER<br>20TH FLOOR<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415 543-8700   *FAX No:* 415 391-8269<br><br>*Ref. No. or File No.:*<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* ADVANCED MICRO DEVICES, INC.; et al.
*Defendant:* SAMSUNG ELECTRONICS CO., LTD.; et al.

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 0986 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Complaint For Patent Infringement; Civil Cover Sheet; Certification Of Interested Entities Or Persons; Pro Hac Vice Application For William H. Manning; [Proposed] Order For Pro Hac Vice Admission Of Willam H. Manning; Pro Hac Vice Application For David P. Swenson; [Proposed] Order For Pro Hac Vice Admission Of David P. Swenson; Pro Hac Vice Application For Brad P. Engdahl; [Proposed] Order For Pro Hac Vice Admission Of Brad P. Engdahl; Pro Hac Vice Apllication For David E. Marder; [Proposed] Order For Pro Hac Vice Admission Of David E. Marder; Pro Hac Vice Application For Richard M. Martinez; [Proposed] Order For Pro Hac Vice Admission Of Richard M. Martinez; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served:           SAMSUNG ELECTRONICS AMERICA, INC.
   b. Person served:         WENDY MAYORGA, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:   c/o CT CORPORATION SYSTEM
                                         818 WEST SEVENTH STREET
                                         LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 19, 2008 (2) at: 11:35AM

7. **Person Who Served Papers:**                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                         d. **The Fee** for Service was:
   b. **FIRST LEGAL SUPPORT SERVICES**     e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                      (i)   Independent Contractor
      LOS ANGELES, CA 90071                     (ii)  Registration No.:    5141
   c. 213-250-1111                              (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, Feb. 22, 2008

                                                                          (DOUG FORREST)

Judicial Council Form                    PROOF OF SERVICE                              6401505.johbo-rs.115048
Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS