

| | |
|---|---|
| 1 | John P. Bovich (SBN 150688) |
|   | E-mail: JBovich@reedsmith.com |
| 2 | **Reed Smith LLP** |
|   | Two Embarcadero Center, Suite 2000 |
| 3 | San Francisco, CA 94111 |
|   | Telephone:   415-543-8700 |
| 4 | Facsimile:   415-391-8269 |
| 5 | William H. Manning (*pro hac vice application pending*) |
|   | E-mail: WHManning@rkmc.com |
| 6 | Brad P. Engdahl (*pro hac vice application pending*) |
|   | E-mail: BPEngdahl@rkmc.com |
| 7 | Richard M. Martinez (*pro hac vice application pending*) |
|   | E-mail: RMMartinez@rkmc.com |
| 8 | David P. Swenson (*pro hac vice application pending*) |
|   | E-mail: DPSwenson@rkmc.com |
| 9 | **Robins, Kaplan, Miller & Ciresi L.L.P.** |
|   | 2800 LaSalle Plaza |
| 10 | 800 LaSalle Avenue |
|   | Minneapolis, MN 55402 |
| 11 | Telephone:   612-349-8500 |
|   | Facsimile:   612-339-4181 |
| 12 | |
| 13 | David E. Marder (*pro hac vice application pending*) |
|   | E-mail: DEMarder@rkmc.com |
| 14 | **Robins, Kaplan, Miller & Ciresi L.L.P.** |
|   | 800 Boylston Street, 25th Floor |
| 15 | Boston, MA 02199 |
|   | Telephone:   617-267-2300 |
| 16 | Facsimile:   617-267-8288 |
|   | Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI Technologies, ULC |

E-filing

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | | Case No. CV 08 0986 |
| 20 | (1) ADVANCED MICRO DEVICES, INC., a Delaware corporation, | |
| 21 | (2) ATI TECHNOLOGIES, ULC, a Canadian unlimited liability company | [PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF WILLIAM H. MANNING |
| 22 | | |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | (1) SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, | |
| 26 | (2) SAMSUNG SEMICONDUCTOR, INC., a California corporation, | |
| 27 | (3) SAMSUNG AUSTIN SEMICONDUCTOR, LLC, a Delaware limited liability company, | |
| 28 | (4) SAMSUNG ELECTRONICS | |

– 1 –

[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF WILLIAM H. MANNING

|   |   |
|---|---|
| 1 | AMERICA, INC., a New York corporation, |
| 2 | (5) SAMSUNG TELECOMMUNICATIONS |
| 3 | AMERICA, LLC, a Delaware limited liability company |
| 4 |   |
| 5 | Defendants. |

William H., Manning, an active member in good standing of the bar of the State of Minnesota, whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-8500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers field by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 3/3/08

_____
~~United States District Judge~~

EDWARD M. CHEN
**UNITED STATES MAGISTRATE JUDGE**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware