**ORIGINAL**

**REED SMITH LLP**
A limited liability partnership formed in the State of Delaware

1  John P. Bovich (SBN 150688)
   E-mail: JBovich@reedsmith.com
2  **Reed Smith LLP**
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111
   Telephone: 415-543-8700
4  Facsimile: 415-391-8269

5  William H. Manning (*pro hac vice application pending*)
   E-mail: WHManning@rkmc.com
6  Brad P. Engdahl (*pro hac vice application pending*)
   E-mail: BPEngdahl@rkmc.com
7  Richard M. Martinez (*pro hac vice application pending*)
   E-mail: RMMartinez@rkmc.com
8  David P. Swenson (*pro hac vice application pending*)
   E-mail: DPSwenson@rkmc.com
9  **Robins, Kaplan, Miller & Ciresi L.L.P.**
   2800 LaSalle Plaza
10 800 LaSalle Avenue
   Minneapolis, MN 55402
11 Telephone: 612-349-8500
   Facsimile: 612-339-4181
12
   David E. Marder (*pro hac vice application pending*)
13 E-mail: DEMarder@rkmc.com
   **Robins, Kaplan, Miller & Ciresi L.L.P.**
14 800 Boylston Street, 25th Floor
   Boston, MA 02199
15 Telephone: 617-267-2300
   Facsimile: 617-267-8288
16 Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI Technologies, ULC

RECEIVED FEB 19 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| (1) ADVANCED MICRO DEVICES, INC., a Delaware corporation, <br> (2) ATI TECHNOLOGIES, ULC, a Canadian unlimited liability company <br><br> Plaintiffs, <br><br> v. <br><br> (1) SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, <br> (2) SAMSUNG SEMICONDUCTOR, INC., a California corporation, <br> (3) SAMSUNG AUSTIN SEMICONDUCTOR, LLC, a Delaware limited liability company, <br> (4) SAMSUNG ELECTRONICS | Case No. CV 08 0986 <br><br> [PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF RICHARD M. MARTINEZ |

– 1 –

DOCSSFO-12493597.1

[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF RICHARD M. MARTINEZ



| | |
|---|---|
| 1 | AMERICA, INC., a New York corporation, |
| 2 | (5) SAMSUNG TELECOMMUNICATIONS |
| 3 | AMERICA, LLC, a Delaware limited liability company |
| 4 | |
| 5 | Defendants. |

Richard M. Martinez, an active member in good standing of the bar of the State of Minnesota, whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-8500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers field by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 3/3/08

United States District Judge

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF RICHARD M. MARTINEZ