CHAMBERS COPY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  John P. Bovich (SBN 150688)
   E-mail: JBovich@reedsmith.com
2  **Reed Smith LLP**
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111
   Telephone:  415-543-8700
4  Facsimile:   415-391-8269

5  William H. Manning (*pro hac vice application pending*)
   E-mail: WHManning@rkmc.com
6  Brad P. Engdahl (*pro hac vice application pending*)
   E-mail: BPEngdahl@rkmc.com
7  Richard M. Martinez (*pro hac vice application pending*)
   E-mail: RMMartinez@rkmc.com
8  David P. Swenson (*pro hac vice application pending*)
   E-mail: DPSwenson@rkmc.com
9  **Robins, Kaplan, Miller & Ciresi L.L.P.**
   2800 LaSalle Plaza
10 800 LaSalle Avenue
   Minneapolis, MN 55402
11 Telephone:  612-349-8500
   Facsimile:   612-339-4181

12
   David E. Marder (*pro hac vice application pending*)
13 E-mail: DEMarder@rkmc.com
   **Robins, Kaplan, Miller & Ciresi L.L.P.**
14 800 Boylston Street, 25th Floor
   Boston, MA 02199
15 Telephone:  617-267-2300
   Facsimile:   617-267-8288
16 Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI
   Technologies, ULC

RECEIVED
FEB 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(1) ADVANCED MICRO DEVICES,
    INC., a Delaware corporation,
(2) ATI TECHNOLOGIES, ULC,
    a Canadian unlimited liability
    company

            Plaintiffs,

     v.

(1) SAMSUNG ELECTRONICS CO.,
    LTD., a Korean business entity,
(2) SAMSUNG SEMICONDUCTOR,
    INC., a California corporation,
(3) SAMSUNG AUSTIN
    SEMICONDUCTOR, LLC, a Delaware
    limited liability company,
(4) SAMSUNG ELECTRONICS

Case No. CV 08 0986

[PROPOSED] ORDER FOR PRO HAC
VICE ADMISSION OF DAVID. P.
SWENSON

— 1 —

```
 1    AMERICA, INC., a New York
      corporation,
 2    (5) SAMSUNG
      TELECOMMUNICATIONS
 3    AMERICA, LLC, a Delaware limited
      liability company
 4
                Defendants.
 5
```

6    David P. Swenson, an active member in good standing of the bar of the State of Minnesota,

7    whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800

8    LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-8500, having

9    applied in the above-entitled action for admission to practice in the Northern District of California

10   on a *pro hac vice* basis, representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies

11   ULC,

13   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

14   conditions of Civil L.R. 11-3. All papers field by the attorney must indicate appearance *pro hac*

15   *vice*. Service of papers upon and communication with co-counsel designated in the application will

16   constitute notice to the party. All future filings in this action are subject to the requirements

17   contained in General Order No. 45, *Electronic Case Filing*.

19   DATED: 3/3/08

_____
United States District Judge
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –   DOCSSFO-12490307.1-WOVEREND

[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF DAVID P. SWENSON