

| | |
|---|---|
| 1 | John P. Bovich (SBN 150688) |
| | E-mail: JBovich@reedsmith.com |
| 2 | **Reed Smith LLP** |
| | Two Embarcadero Center, Suite 2000 |
| 3 | San Francisco, CA 94111 |
| | Telephone:   415-543-8700 |
| 4 | Facsimile:    415-391-8269 |
| 5 | William H. Manning (*pro hac vice application pending*) |
| | E-mail: WHManning@rkmc.com |
| 6 | Brad P. Engdahl (*pro hac vice application pending*) |
| | E-mail: BPEngdahl@rkmc.com |
| 7 | Richard M. Martinez (*pro hac vice application pending*) |
| | E-mail: RMMartinez@rkmc.com |
| 8 | David P. Swenson (*pro hac vice application pending*) |
| | E-mail: DPSwenson@rkmc.com |
| 9 | **Robins, Kaplan, Miller & Ciresi L.L.P.** |
| | 2800 LaSalle Plaza |
| 10 | 800 LaSalle Avenue |
| | Minneapolis, MN 55402 |
| 11 | Telephone:   612-349-8500 |
| | Facsimile:    612-339-4181 |
| 12 | |
| 13 | David E. Marder (*pro hac vice application pending*) |
| | E-mail: DEMarder@rkmc.com |
| 14 | **Robins, Kaplan, Miller & Ciresi L.L.P.** |
| | 800 Boylston Street, 25th Floor |
| 15 | Boston, MA 02199 |
| | Telephone:   617-267-2300 |
| 16 | Facsimile:    617-267-8288 |
| | Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI |
| 17 | Technologies, ULC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| (1) ADVANCED MICRO DEVICES, INC., a Delaware corporation, | Case No. CV 08 0986 | |
| (2) ATI TECHNOLOGIES, ULC, a Canadian unlimited liability company | **[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF DAVID E. MARDER** | |
| Plaintiffs, | | |
| v. | | |
| (1) SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, | | |
| (2) SAMSUNG SEMICONDUCTOR, INC., a California corporation, | | |
| (3) SAMSUNG AUSTIN SEMICONDUCTOR, LLC, a Delaware limited liability company, | | |
| (4) SAMSUNG ELECTRONICS | | |

– 1 –

| | |
|---|---|
| 1 | AMERICA, INC., a New York corporation, |
| 2 | (5) SAMSUNG TELECOMMUNICATIONS |
| 3 | AMERICA, LLC, a Delaware limited liability company |
| 4 | |
| 5 | Defendants. |

6  David E. Marder, an active member in good standing of the bar of the State of
7  Massachusetts, whose business address and telephone number is Robins, Kaplan, Miller & Ciresi
8  L.L.P., 800 Boylston Street, 25th Floor, Boston, MA 02199, telephone (617) 267-2300, having
9  applied in the above-entitled action for admission to practice in the Northern District of California
10 on a *pro hac vice* basis, representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies
11 ULC,

13 IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
14 conditions of Civil L.R. 11-3. All papers field by the attorney must indicate appearance *pro hac*
15 *vice*. Service of papers upon and communication with co-counsel designated in the application will
16 constitute notice to the party. All future filings in this action are subject to the requirements
17 contained in General Order No. 45, *Electronic Case Filing*.

DATED: 3/3/08

_____
~~United States District Judge~~
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –
[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF DAVID E. MARDER

DOCSSFO-12490666.1