1  John P. Bovich (SBN 150688)
   E-mail: JBovich@reedsmith.com
2  **Reed Smith LLP**
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111
   Telephone:   415-543-8700
4  Facsimile:   415-391-8269

5  William H. Manning (*pro hac vice application pending*)
   E-mail: WHManning@rkmc.com
6  **Robins, Kaplan, Miller & Ciresi L.L.P.**
   2800 LaSalle Plaza
7  800 LaSalle Avenue
   Minneapolis, MN 55402
8  Telephone:   612-349-8500
   Facsimile:   612-339-4181

9  Attorneys for Advanced Micro Devices, Inc. and ATI Technologies, ULC
10

11            UNITED STATES DISTRICT COURT
12            NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14  ADVANCED MICRO DEVICES, INC., et al., | Case. No.  CV-08-0986-EMC |
| 15                       Plaintiffs, | **JOINT STIPULATION OF SERVICE AND FOR EXTENSION OF TIME TO FILE ANSWER** ; ORDER |
| 16  v. | |
| 17  SAMSUNG ELECTRONICS CO., LTD., et al., | [Civil L.R. 6-1(a)] |
| 18 | |
| 19                       Defendants. | |

20       WHEREAS, on February 19, 2008, Plaintiffs Advanced Micro Devices, Inc. and ATI
21  
22  Technologies, ULC (collectively "Plaintiffs" or "AMD") filed their Complaint for Patent
23  Infringement in the United States District Court for the Northern District of California.
24       WHEREAS, Plaintiffs named as Defendants in their Complaint for Patent Infringement,
25  the following entities:
26       (1)   Samsung Electronics Co., Ltd., a Korean business entity;
27       (2)   Samsung Semiconductor, Inc., a California corporation;
28       (3)   Samsung Austin Semiconductor, LLC, a Delaware limited liability

company;

(4) Samsung Electronics America, Inc., a New York corporation; and

(5) Samsung Telecommunications America, LLC, a Delaware limited liability company.

WHEREAS, on February 19, 2008, Plaintiffs served their Complaint for Patent Infringement on Defendants Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC.

WHEREAS, pursuant to the Federal Rules of Civil Procedure, the served Defendants' answers are due on March 10, 2008.

WHEREAS, the Plaintiffs and Defendants wish to enter a joint stipulation regarding service of the Plaintiffs' Complaint for Patent Infringement.

WHEREAS, the Plaintiffs and Defendants wish to enter a joint stipulation regarding the time for filing answers to the Plaintiffs' Complaint for Patent Infringement.

Now, therefore, pursuant to Civil Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants that:

1. The Defendants, including Samsung Electronics Co., Ltd., accept service of Plaintiffs' Complaint for Patent Infringement, effective February 19, 2008; and

2. The time for Defendants to answer Plaintiffs' Complaint for Patent Infringement is extended 60 days to and including May 9, 2008.

DATED: March 4, 2008            REED SMITH LLP

By: _____
John P. Bovich

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
William H. Manning

ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC

1  DATED: March 4, 2008         By: _____
                                     Jay Shim
2
3                                    FOR SAMSUNG ELECTRONICS CO., LTD.;
                                     SAMSUNG SEMICONDUCTOR, INC.;
4                                    SAMSUNG AUSTIN SEMICONDUCTOR,
                                     LLC; SAMSUNG ELECTRONICS AMERICA,
                                     INC.; AND SAMSUNG
5                                    TELECOMMUNICATIONS AMERICA, LLC

6

7

8  IT IS SO ORDERED:

9

10  _____

11  EDWARD M. CHEN
    U.S. MAGISTRATE
12  JUDGE

