John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:   415-543-8700
Facsimile:   415-391-8269

William H. Manning **Lead Counsel** (*pro hac vice*)
E-mail: WHManning@rkmc.com
Telephone:   612-349-8461
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Richard M. Martinez (*pro hac vice*)
E-mail: RMMartinez@rkmc.com
David P. Swenson (*pro hac vice*)
E-mail: DPSwenson@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:   612-339-4181

David E. Marder (*pro hac vice*)
E-mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone:   617-267-2300
Facsimile:   617-267-8288

Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI Technologies, ULC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| (1) ADVANCED MICRO DEVICES, INC., a Delaware corporation,<br>(2) ATI TECHNOLOGIES, ULC, a Canadian unlimited liability company<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity, et al.<br><br>Defendants. | No. CV-08-00986-EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and respectfully requests the reassignment of this case to a United States District Judge.

Respectfully submitted,

DATED: April 1, 2008.

**REED SMITH LLP**

By: /s/ John P. Bovich
    John P. Bovich

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

    William H. Manning **Lead Counsel**
    Brad P. Engdahl
    David E. Marder
    Richard M. Martinez
    David P. Swenson

Attorneys for Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies, ULC