1   John P. Bovich (SBN 150688)
    E-mail: JBovich@reedsmith.com
2   **Reed Smith LLP**
    Two Embarcadero Center, Suite 2000
3   San Francisco, CA 94111
    Telephone:    415-543-8700
4   Facsimile:    415-391-8269

5   William H. Manning (*pro hac vice*)
    E-mail: WHManning@rkmc.com
6   **Robins, Kaplan, Miller & Ciresi L.L.P.**
    2800 LaSalle Plaza
7   800 LaSalle Avenue
    Minneapolis, MN 55402
8   Telephone:    612-349-8500
    Facsimile:    612-339-4181
9
    Attorneys for Advanced Micro Devices, Inc. and ATI Technologies, ULC
10

11               UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14  ADVANCED MICRO DEVICES, INC., et      Case No.  CV-08-0986-SYI
    al.,
15                                         **CERTIFICATE OF SERVICE**
                   Plaintiffs,
16                                         **[Civil L.R. 5-6(a)]**
         v.
17
    SAMSUNG ELECTRONICS CO., LTD.,
18  et al.,

19                 Defendants.

20

21       I, William H. Manning, hereby certify that on April 18, 2008, I caused to be served the

22  following:

23       1.    Case Management Conference Order;

24       2.    Standing Order for All Judges of the Northern District of California – Contents of

25             Joint Case Management Statement;

26       3.    Judge Illston's Standing Order; and

27       4.    Judge Illston's Pretrial Instructions;

28  Via e-mail, first class mail, and certified mail upon the following individuals, at the address and

*(left margin, vertical)* ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1   electronic address stated below:

2

3        Robert T. Haslam, Esq.

4        Heller Ehrman LLP

5        275 Middlefield Road

6        Menlo Park, CA 94025-3506

7        Robert.haslam@hellerehrman.com

8

9                                              By: _____

10  DATED:  April 18, 2008                         William H. Manning

11                                              ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                                                800 LaSalle Avenue, Suite 2800
12                                              Minneapolis, MN 55402-2015

13                                              WHmanning@rkmc.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE