AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| See Attachment | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. CV-08-00986-SI |
| | ) |
| Defendant | ) |

**AMENDED** Summons in a Civil Action

To: See Attachment
       *(Defendant's name)*

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John P. Bovich
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 01 MAY 2008

Richard W. Wieking
Name of clerk of court

YUMIKO SAITO
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**Attachment to Amended Summons in a Civil Action**

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation; ATI Technologies, ULC, a Canadian unlimited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG SEMICONDUCTOR, INC., a California corporation; SAMSUNG AUSTIN SEMICONDUCTOR, LLC, a Delaware limited liability company; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN, a Korean business entity; SAMSUNG OPTO-ELECTRONICS AMERICA, INC. a New Jersey corporation<br><br>    Defendants. | Case. No. CV-08-0986-SI |

**List of Defendants:**

Samsung Electronics, Co., Ltd., c/o Robert T. Haslam, Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94026-3506

Samsung Semiconductor, Inc., c/o Robert T. Haslam, Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94026-3506

Samsung Austin Semiconductor, LLC, c/o Robert T. Haslam, Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94026-3506

Samsung Electronics America, Inc., c/o Robert T. Haslam, Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94026-3506

**Attachment to Amended Summons in a Civil Action (cont'd)**
**Case. No. CV-08-0986-SI**

Samsung Telecommunications America, LLC c/o Robert T. Haslam, Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94026-3506

Samsung Techwin Co., c/o Deogman Seong, One Neumann Way MD H358, Cincinnati, OH 45215 and/or Hong-Chog Baek, 1000 Western Ave., Lynn, MA 01910

Samsung Opto-Electronics America, Inc., c/o CSC Lawyers Incorporating Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95833

DOCSSFO-12513703.1