| | |
|---|---|
| John P. Bovich (SBN 150688)<br>E-mail: JBovich@reedsmith.com<br>**Reed Smith LLP**<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br>Telephone:   415-543-8700<br>Facsimile:   415-391-8269<br><br>William H. Manning (*pro hac vice*)<br>E-mail:  WHManning@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone:   612-349-8500<br>Facsimile:   612-339-4181<br><br>Attorneys for Advanced Micro Devices, Inc., et al. | Robert T. Haslam<br>E-mail: Robert.Haslam@hellerehrman.com<br>Michael K. Plimack<br>E-mail:Michael.Plimack@hellerehrman.com<br>**Heller Ehrman LLP**<br>275 Middlefield Road<br>Menlo Park, CA 94026-3506<br>Telephone: 650-324-7000<br>Facsimile:   650-324-0638<br><br>Attorneys for Samsung Electronics Co., Ltd., et al. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al,<br><br>        Defendants. | No. CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**[Civil L.R. 16-8, ADR L.R. 3-5]** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

Case No. CV-08-0986-SI                                                            STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

The parties stipulate to participate in the following ADR process:

**Court Processes:**

__ Non-binding Arbitration (ADR L.R. 4)

__ Early Neutral Evaluation (ENE) (ADR L.R. 5)

__ Mediation (ADR L.R. 6)

**Private Process:**

_X_ Private ADR (*please identify process and provider*): The parties have selected mediation to be agreed upon by the parties.

The parties agree to hold the ADR session by:

___ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

_X_ other requested deadline: _at a time to be agreed upon by the parties with the approval of the Court_.

Dated: May 9, 2008.                           /s/ William H. Manning
                                              William H. Manning
                                              Attorney for Plaintiffs Advanced Micro
                                              Devices, Inc. and ATI Technologies, ULC

Dated: May 9, 2008.                           /s/ Robert T. Haslam
                                              Robert T. Haslam
                                              Attorney for Defendants Samsung Electronics Co., Ltd.;
                                              Samsung Semiconductor, Inc.; Samsung Austin
                                              Semiconductor, LLC; Samsung Electronics America, Inc.;
                                              Samsung Telecommunications America, LLC; Samsung
                                              Techwin Co.; and Samsung Opto-Electronics America, Inc.

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained by the above-named signatory*

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

___  Non-binding Arbitration

___  Early Neutral Evaluation (ENE)

___  Mediation

_X_  Private ADR

Deadline for ADR session

___  90 days from the date of this order

_X_  other:  __at a time to be agreed upon by the parties with the approval of the Court.

IT IS SO ORDERED.

Dated: _____          _____
                                 Susan Illston
                                 United States District Judge