| | |
|---|---|
| John P. Bovich (SBN 150688)<br>E-mail: JBovich@reedsmith.com<br>**Reed Smith LLP**<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br>Telephone:  415-543-8700<br>Facsimile:  415-391-8269<br><br>William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone:  612-349-8500<br>Facsimile:  612-339-4181<br><br>Attorneys for Advanced Micro Devices, Inc., et al. | Robert T. Haslam<br>E-mail: Robert.Haslam@hellerehrman.com<br>Michael K. Plimack<br>E-mail: Michael.Plimack@hellerehrman.com<br>**Heller Ehrman LLP**<br>275 Middlefield Road<br>Menlo Park, CA 94026-3506<br>Telephone: 650-324-7000<br>Facsimile:  650-324-0638<br><br>Attorneys for Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al,<br><br>            Defendants. | No. CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**[Civil L.R. 16-8, ADR L.R. 3-5]** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1  The parties stipulate to participate in the following ADR process:

2  **Court Processes:**

3  __ Non-binding Arbitration (ADR L.R. 4)

4  __ Early Neutral Evaluation (ENE) (ADR L.R. 5)

5  __ Mediation (ADR L.R. 6)

7  **Private Process:**

8   _X_ Private ADR (*please identify process and provider*):  The parties have selected
9  mediation to be agreed upon by the parties.

11  The parties agree to hold the ADR session by:

12  ___  the presumptive deadline (*The deadline is 90 days from the date of the order
13  referring the case to an ADR process unless otherwise ordered.*)

14   _X_   other requested deadline:  _at a time to be agreed upon by the parties with the
15  approval of the Court._

17  Dated: May 9, 2008.                              /s/ William H. Manning
                                                William H. Manning
18                                              Attorney for Plaintiffs Advanced Micro
                                                Devices, Inc. and ATI Technologies, ULC

20
21  Dated: May 9, 2008.                              /s/ Robert T. Haslam
                                                Robert T. Haslam
22                                              Attorney for Defendants Samsung Electronics Co., Ltd.;
                                                Samsung Semiconductor, Inc.; Samsung Austin
23                                              Semiconductor, LLC; Samsung Electronics America, Inc.;
                                                Samsung Telecommunications America, LLC; Samsung
                                                Techwin Co.; and Samsung Opto-Electronics America, Inc.

                                                *Plaintiffs' counsel attests that concurrence in the filing of
25                                              this document has been obtained by the above-named
                                                signatory*

Case No. CV-08-0986-SI                - 2 -              STIPULATION AND [PROPOSED] ORDER
                                                         SELECTING ADR PROCESS

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ___ Non-binding Arbitration
- ___ Early Neutral Evaluation (ENE)
- ___ Mediation
- _X_ Private ADR

Deadline for ADR session

- ___ 90 days from the date of this order
- _X_ other: __at a time to be agreed upon by the parties with the approval of the Court.

IT IS SO ORDERED.

Dated: _____       _____/s/ Susan Illston_____
                               Susan Illston
                               United States District Judge