1 | John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
2 | **Reed Smith LLP**
Two Embarcadero Center, Suite 2000
3 | San Francisco, CA 94111
Telephone:   415-543-8700
4 | Facsimile:    415-391-8269

5 | William H. Manning **Lead Counsel** (*pro hac vice*)
E-mail: WHManning@rkmc.com
6 | Telephone:   612-349-8461
Brad P. Engdahl (*pro hac vice*)
7 | E-mail: BPEngdahl@rkmc.com
Richard M. Martinez (*pro hac vice*)
8 | E-mail: RMMartinez@rkmc.com
David P. Swenson (*pro hac vice*)
9 | E-mail: DPSwenson@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
10 | 2800 LaSalle Plaza
800 LaSalle Avenue
11 | Minneapolis, MN 55402
Telephone:   612-349-8500
12 | Facsimile:    612-339-4181

13 | David E. Marder (*pro hac vice*)
E-mail: DEMarder@rkmc.com
14 | **Robins, Kaplan, Miller & Ciresi L.L.P.**
800 Boylston Street, 25th Floor
15 | Boston, MA 02199
Telephone:   617-267-2300
16 | Facsimile:    617-267-8288
Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI
17 | Technologies, ULC

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA

20 | ADVANCED MICRO DEVICES, INC., et al.,    Case No. CV-08-00986-SI

21 | Plaintiffs,    **PRO HAC VICE APPLICATION FOR ANDREW M. KEPPER**

22 | v.

23 | SAMSUNG ELECTRONICS CO., LTD., et al.,

24 | Defendants.

Pursuant to Civil L.R. 11-3, Andrew M. Kepper, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC in the above-referenced action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> William Ross Overend
> REED SMITH LLP
> Two Embarcadero Center, Suite 2000
> San Francisco, CA 94111-3922
> Telephone:   415.543.8700

I declare under penalty of perjury that the foregoing is true and correct.

DATED: MAY 7, 2008.

Andrew M. Kepper

1  John P. Bovich (SBN 150688)
   E-mail: JBovich@reedsmith.com
2  **Reed Smith LLP**
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111
   Telephone:   415-543-8700
4  Facsimile:   415-391-8269

5  William H. Manning (*pro hac vice*)
   E-mail: WHManning@rkmc.com
6  Brad P. Engdahl (*pro hac vice*)
   E-mail: BPEngdahl@rkmc.com
7  Richard M. Martinez (*pro hac vice*)
   E-mail: RMMartinez@rkmc.com
8  David P. Swenson (*pro hac vice*)
   E-mail: DPSwenson@rkmc.com
9  **Robins, Kaplan, Miller & Ciresi L.L.P.**
   2800 LaSalle Plaza
10 800 LaSalle Avenue
   Minneapolis, MN 55402
11 Telephone:   612-349-8500
   Facsimile:   612-339-4181
12
   David E. Marder (*pro hac vice*)
13 E-mail: DEMarder@rkmc.com
   **Robins, Kaplan, Miller & Ciresi L.L.P.**
14 800 Boylston Street, 25th Floor
   Boston, MA 02199
15 Telephone:   617-267-2300
   Facsimile:   617-267-8288
16 Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI
   Technologies, ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADVANCED MICRO DEVICES, INC., et al., | Case No. CV-08-00986-SI |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF ANDREW M. KEPPER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |

– 1 –

1   Andrew M. Kepper, an active member in good standing of the bar of the State of Minnesota,
2   whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800
3   LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-8500, having
4   applied in the above-entitled action for admission to practice in the Northern District of California
5   on a *pro hac vice* basis, representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies
6   ULC,

8   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9   conditions of Civil L.R. 11-3. All papers field by the attorney must indicate appearance *pro hac*
10  *vice*. Service of papers upon and communication with co-counsel designated in the application will
11  constitute notice to the party. All future filings in this action are subject to the requirements
12  contained in General Order No. 45, *Electronic Case Filing*.

14  DATED: _____.

                                                    _____
                                                    Hon. Susan Illston
                                                    United States District Judge

[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF ANDREW M. KEPPER,
ACTION NO. CV-08-00986-SI

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019091
Cashier ID: bucklem
Transaction Date: 05/13/2008
Payer Name: wheels of justice
------------------------------------
PRO HAC VICE
 For: jacob s zimmerman
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: samuel l walling
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: andrew m kepper
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: aaron r fahrenkrog
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 20500
 Amt Tendered: $840.00
------------------------------------
Total Due:      $840.00
Total Tendered: $840.00
Change Amt:     $0.00

c08-986si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```