AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| See Attachment | ) |
|---|---|
| Plaintiff | ) |
| v. | )  Civil Action No.  CV-08-00986-SI |
|  | ) |
| Defendant | ) |

**AMENDED** Summons in a Civil Action

To: See Attachment
      (Defendant's name)

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John P. Bovich
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: 0 1 MAY 2008

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                                                      _____
                                                                       Server's signature

                                                                       _____
                                                                       Printed name and title

                                                                       _____
                                                                       Server's address

**Attachment to Amended Summons in a Civil Action**

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., a Delaware corporation; ATI Technologies, ULC, a Canadian unlimited liability company,<br><br>           Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., a Korean business entity; SAMSUNG SEMICONDUCTOR, INC., a California corporation; SAMSUNG AUSTIN SEMICONDUCTOR, LLC, a Delaware limited liability company; SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN, a Korean business entity; SAMSUNG OPTO-ELECTRONICS AMERICA, INC. a New Jersey corporation<br><br>           Defendants. | Case. No. CV-08-0986-SI |

**List of Defendants:**

Samsung Electronics, Co., Ltd., c/o Robert T. Haslam, Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94026-3506

Samsung Semiconductor, Inc., c/o Robert T. Haslam, Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94026-3506

Samsung Austin Semiconductor, LLC, c/o Robert T. Haslam, Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94026-3506

Samsung Electronics America, Inc., c/o Robert T. Haslam, Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94026-3506

**Attachment to Amended Summons in a Civil Action (cont'd)**
**Case. No. CV-08-0986-SI**

Samsung Telecommunications America, LLC c/o Robert T. Haslam, Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94026-3506

Samsung Techwin Co., c/o Deogman Seong, One Neumann Way MD H358, Cincinnati, OH 45215 and/or Hong-Chog Baek, 1000 Western Ave., Lynn, MA 01910

Samsung Opto-Electronics America, Inc., c/o CSC Lawyers Incorporating Service, 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95833

DOCSSFO-12513703.1

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JOHN P. BOVICH, ESQ. (150688)<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, California  94111 | (415) 543-8700 | |
| Attorneys for:   PLAINTIFFS | Ref. No. Or File No.<br>W2496122 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>ADVANCED MICRO DEVICES INC. | | |
| Defendant:<br>SAMSUNG ELECTRONICS CO. | | |

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-0986 SI |
|---|---|---|---|---|

I, Constable Manuel Sanchez, Jr , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| | |
|---|---|
| Defendant | : SAMSUNG TECHWIN CO., a Korean business entity |
| By Serving | : PAULA "DOE", Recptionist (45-50; Sitting; Cauc; Med Build; F; Blonde) on behalf of HONG-CHOG BAEK, Agent for Service |
| Address | : 1000 Western Avenue, bldg 63 , Lynn, MA  01910 |
| Date & Time | : Friday, May 2, 2008 @ 10:15 a.m. |
| Witness fees were | : Not applicable. |

Person serving:
Constable Manuel Sanchez, Jr
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.:
  (3) County:
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 4, 2008

Signature: _____
Constable Manuel Sanchez, Jr


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JOHN P. BOVICH, ESQ. (150688)<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, California 94111 | (415) 543-8700 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2496122 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ADVANCED MICRO DEVICES INC.

Defendant:
SAMSUNG ELECTRONICS CO.

| **POS BY MAIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08-0986 SI |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On May 2, 2008, I served the within :

AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

SAMSUNG TECHWIN CO., a Korean business entity
1000 Western Avenue, bldg 63
Lynn, MA 01910

*HONG-CHOG BAEK, Agent for Service*

Person serving:
Edwina Galvan
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 406
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 4, 2008      Signature:_____
                                                       Edwina Galvan



Judicial Council form, rule 982(a) (23)

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JOHN P. BOVICH, ESQ. (150688)<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, California 94111 | (415) 543-8700 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2496120 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ADVANCED MICRO DEVICES INC.

Defendant:
SAMSUNG ELECTRONICS CO.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08-0986 SI |
|---|---|---|---|---|

I, Kirk McCracken, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| Witness | : SAMSUNG TECHWIN CO., a Korean business entity |
|---|---|
| By Serving | : "JANE DOE", Security Guard (35-40; C; 150; F; Brown Hair, Seated) on behalf of DEOGMAN SEONG, Agent for Service |
| Address | : One Neumann Way, MD H358, Cincinnati, OH 45215 |
| Date & Time | : Friday, May 2, 2008 @ 12:37 p.m. |
| Witness fees were | : Not applicable. |

Person serving:
Kirk McCracken
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
 (1) Employee or independent contractor
 (2) Registration No.:
 (3) County:
 (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 2, 2008

Signature: /s/ Kirk McCracken


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JOHN P. BOVICH, ESQ. (150688)<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, California  94111 | (415) 543-8700 | |
| Attorneys for:   PLAINTIFFS | Ref. No. Or File No.<br>W2496120 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ADVANCED MICRO DEVICES INC.

Defendant:
SAMSUNG ELECTRONICS CO.

| POS BY MAIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08-0986 SI |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.

On May 2, 2008, I served the within :

AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

SAMSUNG TECHWIN CO., a Korean business entity
One Neumann Way, MD H358
Cincinnati, OH  45215

*DEOGMAN SEONG, Agent for Service*

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 542
   (3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 2, 2008

Signature: _____
Scott Simons

Judicial Council form, rule 982(a) (23)

| Attorney Or Party Without Attorney (Name and Address) | Telephone | FOR COURT USE ONLY |
|---|---|---|
| JOHN P. BOVICH, ESQ. ()<br>REED SMITH LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, California 94111 | (415) 543-8700 | |
| | Ref. No Or File No.<br>W2496121 | |
| Attorneys for: PLAINTIFFS | | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ADVANCED MICRO DEVICES INC.

Defendant:
SAMSUNG ELECTRONICS CO.

| PROOF OF SERVICE | Date | Time | Dept/Div. | Case Number:<br>CV 08-0986 SI |
|---|---|---|---|---|

I, Lisa Santos, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : SAMSUNG OPTO-ELECTRONICS AMERICA, INC., a New Jersey corporation

By Serving       : BECKY DEGEORGE, Authorized Agent of CSC LAWYERS INCORPORATING SVC, Agent for Service of Prcoess.

Address          : 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833
Date & Time      : Friday, May 2, 2008 @ 12:00 p.m.
Witness fees were : Not applicable.

Person serving:
Lisa Santos
Wheels of Justice, Inc.
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 98-13
   (3) County: Sacramento
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 2, 2008

Signature: _____
Lisa Santos

Printed on recycled paper

TOTAL P.02