1 | John P. Bovich (SBN 150688)
    E-mail: JBovich@reedsmith.com
2 | **Reed Smith LLP**
    Two Embarcadero Center, Suite 2000
3 | San Francisco, CA 94111
    Telephone:   415-543-8700
4 | Facsimile:    415-391-8269

5 | William H. Manning (*pro hac vice*)
    E-mail: WHManning@rkmc.com
6 | Brad P. Engdahl (*pro hac vice*)
    E-mail: BPEngdahl@rkmc.com
7 | Richard M. Martinez (*pro hac vice*)
    E-mail: RMMartinez@rkmc.com
8 | David P. Swenson (*pro hac vice*)
    E-mail: DPSwenson@rkmc.com
9 | **Robins, Kaplan, Miller & Ciresi L.L.P.**
    2800 LaSalle Plaza
10 | 800 LaSalle Avenue
     Minneapolis, MN 55402
11 | Telephone:   612-349-8500
     Facsimile:    612-339-4181

12 | David E. Marder (*pro hac vice*)
13 | E-mail: DEMarder@rkmc.com
     **Robins, Kaplan, Miller & Ciresi L.L.P.**
14 | 800 Boylston Street, 25th Floor
     Boston, MA 02199
15 | Telephone:   617-267-2300
     Facsimile:    617-267-8288
16 | Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI
     Technologies, ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADVANCED MICRO DEVICES, INC., et al., | Case No. CV-08-00986-SI |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF JACOB S. ZIMMERMAN** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |

— 1 —

Jacob S. Zimmerman, an active member in good standing of the bar of the State of Minnesota, whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-8500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers field by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 5/13/08

_____
Hon. Susan Illston
United States District Judge

-2-

[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF JACOB S. ZIMMERMAN,
ACTION NO. CV-08-00986-SI