John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:   415-543-8700
Facsimile:   415-391-8269

William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Richard M. Martinez (*pro hac vice*)
E-mail: RMMartinez@rkmc.com
David P. Swenson (*pro hac vice*)
E-mail: DPSwenson@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:   612-339-4181

David E. Marder (*pro hac vice*)
E-mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone:   617-267-2300
Facsimile:   617-267-8288
Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI Technologies, ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case No. CV-08-00986-SI<br><br>**[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF SAMUEL L. WALLING** |

— 2 —

Samuel L. Walling, an active member in good standing of the bar of the State of Minnesota, whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-8500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers field by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED:  5/13/08

_____
Hon. Susan Illston
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware