| | |
|---|---|
| John P. Bovich (SBN 150688)<br>E-mail: JBovich@reedsmith.com<br>**Reed Smith LLP**<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br>Telephone:   415-543-8700<br>Facsimile:   415-391-8269 | Robert T. Haslam<br>E-mail: Robert.Haslam@hellerehrman.com<br>**Heller Ehrman LLP**<br>275 Middlefield Road<br>Menlo Park, CA 94026-3506<br>Telephone: 650-324-7000<br>Facsimile: 650-324-0638 |
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone:   612-349-8500<br>Facsimile:   612-339-4181 | Michael K. Plimack<br>E-mail:Michael.Plimack@hellerehrman.com<br>Christine S. Haskett<br>E-mail: Christine.Haskett@hellerehrman.com<br>**Heller Ehrman LLP**<br>333 Bush Street<br>San Francisco, CA 94104<br>Telephone: 415-772-6426<br>Facsimile: 415-772-6268 |
| Attorneys for Advanced Micro Devices, Inc., et al. | Attorneys for Samsung Electronics Co., Ltd., et al. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>          Plaintiffs and counterclaim-defendants,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>          Defendants and counterclaim-plaintiffs. | Case. No.  CV-08-0986-SI<br><br>**JOINT STIPULATION OF SERVICE AND FOR EXTENSION OF TIME TO FILE RESPONSES**<br><br>**[Civil L.R. 6-1(a)]** |

WHEREAS, on February 19, 2008, Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "Plaintiffs" or "AMD") filed their Complaint for Patent Infringement in the United States District Court for the Northern District of California.

WHEREAS, Plaintiffs named as Defendants (the "Original Defendants") in their Complaint for Patent Infringement, the following entities:

JOINT STIPULATION OF SERVICE AND FOR
EXTENSION OF TIME TO FILE RESPONSES

1     (1)    Samsung Electronics Co., Ltd., a Korean business entity;

2     (2)    Samsung Semiconductor, Inc., a California corporation;

3     (3)    Samsung Austin Semiconductor, LLC, a Delaware limited liability
4     company;

5     (4)    Samsung Electronics America, Inc., a New York corporation; and

6     (5)    Samsung Telecommunications America, LLC, a Delaware limited liability
7     company.

8 WHEREAS, on March 4, 2008, Plaintiffs and the Original Defendants entered a Joint
9 Stipulation of Service and For Extension of Time to File Answer, in which said Defendants
10 accepted service of Plaintiffs' Complaint.

11 WHEREAS, on May 1, 2008, Plaintiffs filed their First Amended Complaint for Patent
12 Infringement in the United States District Court for the Northern District of California.

13 WHEREAS, Plaintiffs named as additional Defendants (the "New Defendants") in their
14 First Amended Complaint for Patent Infringement, the following entities:

15     (1)    Samsung Techwin Co., a Korean business entity; and

16     (2)    Samsung Opto-Electronics America, Inc., a New Jersey corporation.

17 WHEREAS, Plaintiffs personally served registered agents for the New Defendants on
18 May 2, 2008, with Plaintiffs' First Amended Complaint.

19 WHEREAS, pursuant to the Federal Rules of Civil Procedure, the New Defendants'
20 responses are due on May 22, 2008.

21 WHEREAS, on May 15, 2008, the Original Defendants filed and served upon Plaintiffs
22 the Original Defendants' Answers and Counterclaim for Patent Infringement.

23 WHEREAS, pursuant to the Federal Rules of Civil Procedure and the parties' agreement
24 to waive the additional time granted by Rule 6(d) when the document is filed and served through
25 the Court's ECF system, Plaintiffs' responses are due on June 4, 2008.

26 WHEREAS, Plaintiffs and the New Defendants wish to enter a joint stipulation regarding
27 service of Plaintiffs' First Amended Complaint for Patent Infringement.

28 WHEREAS, Plaintiffs and the New Defendants wish to enter a joint stipulation regarding

Robins, Kaplan, Miller & Ciresi L.L.P.
Attorneys At Law
Minneapolis

the time for filing responses to Plaintiffs' First Amended Complaint for Patent Infringement.

WHEREAS, Plaintiffs and the Original Defendants wish to enter a joint stipulation regarding the time for filing responses to the Original Defendants' Counterclaim for Patent Infringement.

Now, therefore, pursuant to Civil Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and the Original and New Defendants that:

1. The New Defendants accept service of Plaintiffs' First Amended Complaint for Patent Infringement, effective May 2, 2008;

2. The time for the New Defendants to respond to Plaintiffs' First Amended Complaint for Patent Infringement is extended 60 days to and including July 21, 2008; and

3. The time for Plaintiffs to respond to the Original Defendants' Counterclaim for Patent Infringement is extended 60 days to and including August 4, 2008.

DATED: May 22, 2008

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/William H. Manning
   William H. Manning
   Brad P. Engdahl

**REED SMITH LLP**

By: /s/John P. Bovich
   John P. Bovich

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

| | |
|---|---|
| 1  DATED: May 22, 2008 | By:/s/Christine S. Haskett _____ |
| 2 | Robert T. Haslam |
|   | Michael K. Plimack |
|   | Christine S. Haskett |

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.**

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*