**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date:    May 30, 2008         [2:20 pm to 2:40pm]

Case No.   C08-0986 SI          Judge:   SUSAN ILLSTON

Title: ADVANCE MICRO DEVICES -v- SAMSUNG ELECTRONIC

Attorneys:    William Manning, Brad Engdahl, Jake Zimmerman, John Bovich
              Bob Haslam, Michael Plimack

Deputy Clerk: Monica Narcisse for Tracy Sutton     Court Reporter:      n/a

**PROCEEDINGS**

1)   Initial Case Management Conferenmce

2)

3)

Scheduling Order to be prepared by:  (  )Pltf   (  )Deft   ( **X** ) Joint    (  ) Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                        PART

Case continued to   **January 23, 2009 @ 2:30 p.m.** for Further Case Management Conference

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
- Joint Further Status Statement due 1/13/2009.