| | |
|---|---|
| John P. Bovich (SBN 150688)<br>E-mail: JBovich@reedsmith.com<br>**Reed Smith LLP**<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br>Telephone:   415-543-8700<br>Facsimile:    415-391-8269 | Robert T. Haslam<br>E-mail: Robert.Haslam@hellerehrman.com<br>**Heller Ehrman LLP**<br>275 Middlefield Road<br>Menlo Park, CA 94026-3506<br>Telephone: 650-324-7000<br>Facsimile:   650-324-0638 |
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone:   612-349-8500<br>Facsimile:    612-339-4181<br><br>Attorneys for Advanced Micro Devices, Inc., et al. | Michael K. Plimack<br>E-mail:Michael.Plimack@hellerehrman.com<br>Christine S. Haskett<br>E-mail: Christine.Haskett@hellerehrman.com<br>**Heller Ehrman LLP**<br>333 Bush Street<br>San Francisco, CA 94104<br>Telephone: 415-772-6426<br>Facsimile:   415-772-6268<br><br>Attorneys for Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>            Plaintiffs and counterclaim-defendants,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>            Defendants and counterclaim-plaintiffs. | Case. No.  CV-08-0986-SI<br><br>**[PROPOSED] CASE MANAGEMENT ORDER** |

The parties have agreed to participate in private mediation, to be held in August 2008. In the interest of furthering the prospects for success in mediation, all dates and deadlines in this case will be tolled until mediation is complete according to the schedule set forth below. The schedule governs the timelines for all patents in suit. Furthermore,

the schedule has been agreed upon by the parties and is adopted by the Court. The Court will hold a status conference on January 23, 2009 at 2:30 p.m.

| | | |
|---|---|---|
| A. | Mediation Tolling Period Ends | August 31, 2008 |
| B. | Preliminary Infringement Contentions and Document Production | September 30, 2008 |
| C. | Responses to All Discovery Served Prior to June 3, 2008 | October 15, 2008 |
| D. | Preliminary Invalidity Contentions and Document Production | November 14, 2008 |
| E. | Exchange Proposed Claim Terms | December 2, 2008 |
| F. | Exchange Preliminary Claim Constructions | December 22, 2008 |
| G. | Claim Construction & Prehearing Statement | January 13, 2009 |
| H. | Status Conference | January 23, 2009 |

The dates below are tentative, and will be discussed at the January 23, 2009 Status Conference. In particular, the Court will schedule hearing dates for Claims Construction Tutorials and Claims Construction for times convenient to the Court.

| | | |
|---|---|---|
| I. | Claim Construction Discovery Cutoff | February 27, 2009 |
| J. | Opening Claim Construction Briefs | March 16, 2009 |
| K. | Responsive Claim Construction Briefs | March 30, 2009 |
| L. | Reply Claim Construction Briefs | April 8, 2009 |
| M. | Claim Construction Tutorials | To Be Determined |
| N. | Claims Construction | To Be Determined |

**IT IS SO ORDERED**.

June ___, 2008

_____
Honorable Susan Illston
United States District Judge