ROBERT T. HASLAM (Bar No. 71134)
Robert.Haslam@hellerehrman.com
MICHAEL K. PLIMACK (Bar No. 133869)
Michael.Plimack@hellerehrman.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
Christine.Haskett@Hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

ALAN H. BLANKENHEIMER (Bar No. 218713)
Alan.Blankenheimer@hellerehrman.com
LAURA UNDERWOOD-MUSCHAMP (Bar No. 228717)
Laura.Underwood-Muschamp@hellerehrman.com
JO DALE CAROTHERS (Bar No. 228703)
JoDale.Carothers@hellerehrman.com
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA  92122-1246
Telephone: (858) 450-8400
Facsimile: (850) 450-8499

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | CASE NO. 3:08-CV-0986-SI <br><br> **SAMSUNG OPTO-ELECTRONICS AMERICA, INC'S DISCLOSURE PURSUANT TO FRCP 7.1 AND CIVIL LOCAL RULE 3-16** |

Heller Ehrman LLP

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaimant Samsung Opto-Electronics America, Inc. ("SOA") states that SOA is a wholly owned subsidiary of Defendant and Counterclaimant Samsung Techwin Co., Ltd., which in turn is publicly traded on the Korea Exchange with Defendant and Counterclaimant Samsung Electronics Company, Ltd. owning ten (10) percent or more of its stock.

Pursuant to Civil Local Rule 3-16, SOA states that it knows of no person, firm, partnership, corporation, or other entity other than the parties who has (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of this proceeding.

DATED: July 16, 2008                                HELLER EHRMAN LLP


*/s/Robert T. Haslam*
ROBERT T. HASLAM
Attorneys for Defendant and Counterclaimant
SAMSUNG OPTO-ELECTRONICS AMERICA, INC.

Heller Ehrman LLP

- 2 - SAMSUNG OPTO-ELECTRONICS AMERICA, INC'S DISCLOSURE: CASE NO. 3:08-CV-0986-SI