1  ROBERT T. HASLAM (Bar No. 71134)
   Robert.Haslam@hellerehrman.com
2  MICHAEL K. PLIMACK (Bar No. 133869)
   Michael.Plimack@hellerehrman.com
3  CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
4  Christine.Haskett@Hellerehrman.com
   HELLER EHRMAN LLP
5  333 Bush Street
   San Francisco, California 94104
6  Telephone: (415) 772-6000
7  Facsimile: (415) 772-6268

8  ALAN H. BLANKENHEIMER (Bar No. 218713)
   Alan.Blankenheimer@hellerehrman.com
9  LAURA UNDERWOOD-MUSCHAMP (Bar No. 228717)
   Laura.Underwood-Muschamp@hellerehrman.com
10 JO DALE CAROTHERS (Bar No. 228703)
11 JoDale.Carothers@hellerehrman.com
   HELLER EHRMAN LLP
12 4350 La Jolla Village Drive, 7th Floor
   San Diego, CA  92122-1246
13 Telephone: (858) 450-8400
   Facsimile: (850) 450-8499
14

15 Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
16 SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS
17 AMERICA, INC.

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                         SAN FRANCISCO DIVISION

21

22  ADVANCED MICRO DEVICES, INC., et al.,   | CASE NO. 3:08-CV-0986-SI

23      Plaintiffs and Counterdefendants,

24  v.                                       **SAMSUNG TECHWIN CO., LTD. AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC'S NOTICE OF JOINDER TO CASE MANAGEMENT STATEMENT**

25  SAMSUNG ELECTRONICS CO., LTD., et al.,

26      Defendants and Counterclaimants.

27

28

NOTICE OF JOINDER TO CASE MANAGEMENT STATEMENT
CASE NO.: 3:08-CV-0986-SI

Defendants and Counterclaimants Samsung Techwin Co., Ltd. ("STW") and Samsung Opto-Electronics America, Inc. ("SOA") respectfully give notice that they join in and concur with those portions of the Joint Case Management Statement (Dkt. No. 52) agreed to by all parties and also with the representations in the Joint Case Management Statement made by Defendants and Counterclaimants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC.

DATED: July 16, 2008                     HELLER EHRMAN LLP

                                         */s/Robert T. Haslam*
                                         ROBERT T. HASLAM
                                         Attorneys for Defendants and Counterclaimants

NOTICE OF JOINDER TO CASE MANAGEMENT STATEMENT
CASE NO.: 3:08-CV-0986-SI