1  ROBERT T. HASLAM (Bar No. 71134)
   Robert.Haslam@hellerehrman.com
2  MICHAEL K. PLIMACK (Bar No. 133869)
   Michael.Plimack@hellerehrman.com
3  CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
4  Christine.Haskett@Hellerehrman.com
   HELLER EHRMAN LLP
5  333 Bush Street
   San Francisco, California 94104
6  Telephone: (415) 772-6000
7  Facsimile: (415) 772-6268

8  ALAN H. BLANKENHEIMER (Bar No. 218713)
   Alan.Blankenheimer@hellerehrman.com
9  LAURA UNDERWOOD-MUSCHAMP (Bar No. 228717)
   Laura.Underwood-Muschamp@hellerehrman.com
10 JO DALE CAROTHERS (Bar No. 228703)
11 JoDale.Carothers@hellerehrman.com
   HELLER EHRMAN LLP
12 4350 La Jolla Village Drive, 7th Floor
   San Diego, CA  92122-1246
13 Telephone: (858) 450-8400
   Facsimile: (850) 450-8499
14

15 Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
16 SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS
   AMERICA, LLC, SAMSUNG TECHWIN CO., LTD., and SAMSUNG OPTO-ELECTRONICS
17 AMERICA, INC.

18                          UNITED STATES DISTRICT COURT
19                        NORTHERN DISTRICT OF CALIFORNIA
20                               SAN FRANCISCO DIVISION

21

22 ADVANCED MICRO DEVICES, INC., et al.,          CASE NO. 3:08-CV-0986-SI

23     Plaintiffs and Counterdefendants,

24 v.                                             **SAMSUNG TECHWIN CO., LTD. AND
                                                  SAMSUNG OPTO-ELECTRONICS
25 SAMSUNG ELECTRONICS CO., LTD., et al.,         AMERICA, INC'S NOTICE OF
                                                  JOINDER TO JOINT STIPULATED
26     Defendants and Counterclaimants.           PROTECTIVE ORDER**

27

28

Heller
Ehrman LLP

NOTICE OF JOINDER TO STIPULATION RE PROTECTIVE ORDER
CASE NO.: 3:08-CV-0986-SI

Defendants and Counterclaimants Samsung Techwin Co., Ltd. ("STW") and Samsung Opto-Electronics America, Inc. ("SOA") respectfully give notice that they join in the Joint Stipulated Protective Order, issued by the Court on June 19, 2008 (Dkt. No. 60).  STW and SOA agree to be bound by the terms of the Protective Order.

DATED: July 16, 2008                                        HELLER EHRMAN LLP

                                                                                   */s/Robert T. Haslam*
                                                                                   ROBERT T. HASLAM
                                                                                   Attorneys for Defendants and Counterclaimants

**IT IS SO ORDERED.**

DATED:

                                                                                   _____
                                                                                   Honorable Susan Illston
                                                                                   United States District Judge

NOTICE OF JOINDER TO STIPULATION RE PROTECTIVE ORDER
CASE NO.: 3:08-CV-0986-SI