John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:    415-543-8700
Facsimile:    415-391-8269

William H. Manning **Lead Counsel** (*pro hac vice*)
E-mail: WHManning@rkmc.com
Telephone:    612-349-8461
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Richard M. Martinez (*pro hac vice*)
E-mail: RMMartinez@rkmc.com
David P. Swenson (*pro hac vice*)
E-mail: DPSwenson@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:    612-349-8500
Facsimile:    612-339-4181

David E. Marder (*pro hac vice*)
E-mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone:    617-267-2300
Facsimile:    617-267-8288
Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI
Technologies, ULC

FILED

AUG  4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | Case No. CV-08-00986-SI |
| Plaintiffs, | **PRO HAC VICE APPLICATION FOR COLE M. FAUVER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |

– 1 –

1    Pursuant to Civil L.R. 11-3, Cole M. Fauver, an active member in good standing of the bar of

2    Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro*

3    *hac vice* basis representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC in

4    the above-referenced action.

5

6    In support of this application, I certify under oath that:

7

8    1.    I am an active member in good standing of a United States Court of the highest court

9    of another State or the District of Columbia, as indicated above;

10

11    2.    I agree to abide by the Standards of Professional conduct set forth in Civil Local Rule

12    11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the

13    Local Rules and the Alternative Dispute Resolution programs of this Court; and,

14

15    3.    An attorney who is a member of the bar of this Court in good standing and who

16    maintains an office within the State of California has been designated as co-counsel in the above-

17    entitled action. The name, address and telephone number of that attorney is:

18
                John Patrick Bovich
19              REED SMITH LLP
                Two Embarcadero Center, Suite 2000
20              San Francisco, CA 94111-3922
                Telephone:    415.543.8700
21

22    I declare under penalty of perjury that the foregoing is true and correct.

23

24    DATED:    July  31 , 2008.

25

26                                                                    _____
                                                                         Cole M. Fauver
27

H:\My Documents\AMD\FAUVER PRO HAC APPLICATION.doc
28

– 2 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021992
Cashier ID: sprinka
Transaction Date: 08/04/2008
Payer Name: wheels of justice
------------------------------------
PRO HAC VICE
 For: wheels of justice
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1480
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

08-986SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:    415-543-8700
Facsimile:    415-391-8269

William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Richard M. Martinez (*pro hac vice*)
E-mail: RMMartinez@rkmc.com
David P. Swenson (*pro hac vice*)
E-mail: DPSwenson@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:    612-349-8500
Facsimile:    612-339-4181

David E. Marder (*pro hac vice*)
E-mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone:    617-267-2300
Facsimile:    617-267-8288
Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI
Technologies, ULC

RECEIVED

AUG  4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case No. CV-08-00986-SI <br><br> **[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF COLE M. FAUVER** |

– 1 –

1    Cole M. Fauver, an active member in good standing of the bar of the State of Minnesota,

2    whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800

3    LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-8500, having

4    applied in the above-entitled action for admission to practice in the Northern District of California

5    on a *pro hac vice* basis, representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies

6    ULC,

7

8    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

9    conditions of Civil L.R. 11-3. All papers field by the attorney must indicate appearance *pro hac*

10   *vice*. Service of papers upon and communication with co-counsel designated in the application will

11   constitute notice to the party. All future filings in this action are subject to the requirements

12   contained in General Order No. 45, *Electronic Case Filing*.

13

14   DATED: _____.

15

16

17                                          _____

18                                          Hon. Susan Illston
                                            United States District Judge

19   DOCSSFO-12522577.1

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF COLE M. FAUVER,
ACTION NO. CV-08-00986-SI