John P. Bovich (SBN 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone:    415-543-8700
Facsimile:    415-391-8269

William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Richard M. Martinez (*pro hac vice*)
E-mail: RMMartinez@rkmc.com
David P. Swenson (*pro hac vice*)
E-mail: DPSwenson@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:    612-349-8500
Facsimile:    612-339-4181

David E. Marder (*pro hac vice*)
E-mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone:    617-267-2300
Facsimile:    617-267-8288
Attorneys for Plaintiffs: Advanced Micro Devices, Inc. and ATI Technologies, ULC

RECEIVED

AUG 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case No. CV-08-00986-SI <br><br> **[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF COLE M. FAUVER** |

1  Cole M. Fauver, an active member in good standing of the bar of the State of Minnesota,
2  whose business address and telephone number is Robins, Kaplan, Miller & Ciresi L.L.P., 2800
3  LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, telephone (612) 349-8500, having
4  applied in the above-entitled action for admission to practice in the Northern District of California
5  on a *pro hac vice* basis, representing Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies
6  ULC,

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
   conditions of Civil L.R. 11-3. All papers field by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

   DATED: _____.

   _____
   Hon. Susan Illston
   United States District Judge

DOCSSFO-12522577.1

-2-
[PROPOSED] ORDER FOR PRO HAC VICE ADMISSION OF COLE M. FAUVER,
ACTION NO. CV-08-00986-SI