**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADVANCED MICRO DEVICES,

    Plaintiff,

v.

SAMSUNG ELECTRONICS CO,

    Defendant.
               /

No. C 08-00986SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a further case management regarding the letter briefs recently filed has been scheduled to occur on October 1, 2008, at 11:00 a.m.

Dated: September 4, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk