| | |
|---|---|
| William H. Manning (*pro hac vice*) | Robert T. Haslam (Bar No. 71134) |
| E-mail: WHManning@rkmc.com | E-mail: Rhaslam@cov.com |
| Brad P. Engdahl (*pro hac vice*) | **Covington & Burling, LLP** |
| E-mail: BPEngdahl@rkmc.com | 333 Twin Dolphin Drive, Suite 700 |
| **Robins, Kaplan, Miller & Ciresi L.L.P.** | Redwood Shores, CA 94065 |
| 2800 LaSalle Plaza | Telephone: 650-632-4700 |
| 800 LaSalle Avenue | Facsimile: 650-632-4800 |
| Minneapolis, MN 55402 | |
| Telephone: 612-349-8500 | Alan H. Blankenheimer (Bar No. 006164) |
| Facsimile: 612-339-4181 | E-mail: Ablankenheimer@cov.com |
| | **Covington & Burling, LLP** |
| | 9191 Towne Centre Drive, Suite 600 |
| | San Diego, CA 92122 |
| | Telephone: 858-658-1800 |
| | Facsimile: 858-678-1600 |
| Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION REGARDING EXEMPLAR PRODUCTS** <br><br> **[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLP; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively "Samsung") jointly submit this Stipulation regarding exemplar products.

This Stipulation shall apply only to this case, captioned *Advanced Micro Devices, Inc., et al. v. Samsung Electronics Co., Ltd., et al.,* Case No. CV-08-0986-SI. This Stipulation shall not raise any presumption of infringement by any product in any other case or other circumstances.

Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that:

1. At this time, this Stipulation shall apply to discovery only. The parties agree to work collaboratively to identify exemplar products, wherever possible, for use at trial.

2. The parties will also work collaboratively to determine exemplar Samsung and AMD products for purposes of discovery. Each exemplar product will represent a category of products that will be treated as the same as the exemplar product for purposes of discovery. The parties will agree on the Samsung and AMD products that will be represented by each exemplar product.

3. The parties will seek to agree on exemplar products for purposes of discovery by November 14, 2008.

4. If the parties fail to agree on exemplar Samsung products, then for each Samsung Accused Instrumentality not represented by an exemplar, Samsung must produce on November 14, 2008, source code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of such Accused Instrumentality identified by AMD in its Patent Local Rule 3-1 (c) chart, as required by Patent Local Rule 3-4(a).

5. If the parties fail to agree on exemplar AMD products, then for each AMD Accused Instrumentality not represented by an exemplar, AMD must produce on November 14, 2008, source code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of such Accused Instrumentality identified by Samsung in its Patent Local Rule 3-1 (c) chart, as required by Patent Local Rule 3-4(a).

DATED: October 7, 2008

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Brad P. Engdahl
William H. Manning
Brad P. Engdahl
**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

Case No. CV-08-0986-SI — - 2 - — STIPULATION REGARDING EXEMPLAR PRODUCTS

| | |
|---|---|
| DATED: October 7, 2008 | **COVINGTON & BURLING, LLP**<br><br>By: /s/ Alan Blankenheimer<br>   Robert T. Haslam<br>   Alan Blankenheimer<br><br>**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.**<br><br>*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

October __, 2008

_____
Honorable Susan Illston
United States District Judge

Case No. CV-08-0986-SI — - 3 - — STIPULATION REGARDING EXEMPLAR PRODUCTS