IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO,<br><br>    Defendant.<br>                                                      / | No. C 08-00986 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: n/a at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

TUTORIAL: **4/29/09 & 4/30/09   @ 3:30 p.m.** (2 hrs each day)

MARKMAN HEARING: **5/6/09 & 5/7/09   @ 3:30 p.m.** (2 hrs each day)

NON-EXPERT DISCOVERY CUTOFF is December 7, 2009.

DESIGNATION OF EXPERTS: 12/28/2009; REBUTTAL: 1/18/10.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 15, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by April 9, 2010;

    Opp. Due April 23, 2010;  Reply Due April 30, 2010;

    and set for hearing no later than May 14, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 31, 2010 at 3:30 PM.

JURY TRIAL DATE: September 13, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                      SUSAN ILLSTON
                                                      United States District Judge