| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Brad P. Engdahl (*pro hac vice*) <br> E-mail: BPEngdahl@rkmc.com <br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN 55402 <br> Telephone: 612-349-8500 <br> Facsimile: 612-339-4181 <br><br> Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134) <br> E-mail: Rhaslam@cov.com <br> **Covington & Burling L.L.P.** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA 94065 <br> Telephone: 650-632-4700 <br> Facsimile: 650-632-4800 <br><br> Christine Saunders Haskett (Bar No. 188053) <br> E-mail: Chaskett@cov.com <br> **Covington & Burling L.L.P.** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-591-7087 <br> Facsimile: 415-955-6587 <br><br> Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION REGARDING PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING** <br><br> [Civil L.R. 7-12] |

Advanced Micro Devices, Inc. and ATI Technologies ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLP; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively "Samsung") jointly submit this Stipulation regarding page limits for claim construction briefing.

WHEREAS, pursuant to Civil Local Rule 7-4(b), each party claiming patent infringement is allotted 25 pages for its opening brief in support of its constructions of terms from its asserted patents.

WHEREAS, pursuant to Civil Local Rule 7-4(b), each party is allotted 25 pages for its responsive brief in support of its constructions of terms from the other party's asserted patents.

WHEREAS, pursuant to Civil Local Rule 7-4(b), each party is allotted 15 pages for its reply brief in support of its constructions of terms from its asserted patents.

WHEREAS, pursuant to Civil Local Rule 7-4(b), the total pages of claim construction briefing would not exceed 130 pages.

WHEREAS, the parties have met and conferred and reached agreement that 15 terms from AMD's asserted patents are currently in dispute and 4 terms from Samsung's asserted patents are currently in dispute (Dkt. #92).

WHEREAS, the parties wish to enter a joint stipulation adjusting the page limits for claim construction briefing to reflect the number of terms that will be discussed in each brief.

Now, therefore, pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung, that:

1. With the Court's approval, the parties shall adjust the page limits for claim construction briefing in accordance with the following table, which results in a maximum of 140 pages (10 additional pages). The adjustment adds 10 pages to AMD's opening brief addressing the 15 terms from AMD's patents and adds 10 pages to Samsung's responsive brief addressing the 15 terms from AMD's patents. The adjustment subtracts 5 pages from Samsung's opening brief addressing the 4 terms from Samsung's patents and subtracts 5 pages from AMD's responsive brief addressing the 4 terms from Samsung's patents:

|  | **Terms from AMD's Patents** | **Terms from Samsung's patents** |
|---|---|---|
| Opening Brief | 35 Pages | 20 Pages |
| Responsive Brief | 35 Pages | 20 Pages |
| Reply Brief | 15 Pages | 15 Pages |
| **TOTAL** | **85 Pages** | **55 Pages** |

| | | |
|---|---|---|
| 1 | DATED: January 23, 2009 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 2 | | |
| 3 | | By: /s/ William H. Manning |
| | | William H. Manning |
| 4 | | Brad P. Engdahl |
| 5 | | **ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES ULC** |
| 6 | | |
| 7 | DATED: January 23, 2009 | **COVINGTON & BURLING L.L.P.** |
| 8 | | |
| 9 | | By: /s/ Christine S. Haskett |
| | | Robert T. Haslam |
| 10 | | Christine Saunders Haskett |
| 11 | | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.** |

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

January __, 2009

_/s/ Susan Illston_
Honorable Susan Illston
United States District Judge