| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Brad P. Engdahl (*pro hac vice*) <br> E-mail: BPEngdahl@rkmc.com <br> Samuel L. Walling (*pro hac vice*) <br> E-mail: SLWalling@rkmc.com <br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN 55402 <br> Telephone: 612-349-8500 <br> Facsimile: 612-339-4181 | Robert T. Haslam (Bar No. 71134) <br> E-mail: Rhaslam@cov.com <br> **Covington & Burling LLP** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA 94065 <br> Telephone: 650-632-4700 <br> Facsimile: 650-632-4800 <br><br> Christine Saunders Haskett (Bar No. 188053) <br> E-mail: Chaskett@cov.com <br> **Covington & Burling LLP** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-591-6000 <br> Facsimile: 415-591-6091 |
| Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL** <br><br> **[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively, "Samsung") jointly submit this Stipulation regarding the filing of Protected Material under seal.

1    WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the
2    public record in this action any Protected Material or document summarizing, discussing or
3    otherwise referencing Protected Material." Dkt. No. 60 at 12.

4    WHEREAS, Defendants and Counterclaimants' Opening Claim Construction Brief
5    contains Highly Confidential AMD Protected Material.

6    WHEREAS, the parties acknowledge that AMD does not waive any right to later
7    challenge the inclusion of AMD Protected Material in Defendants and Counterlaimants' Opening
8    Claim Construction Brief.

9    Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
10   and between AMD and Samsung that, subject to the Court's approval, the unredacted version of
11   Defendants and Counterclaimants' Opening Claim Construction Brief filed on March 16, 2009
12   shall be filed under seal, and the redacted version of this document shall be publicly filed with the
13   Court.

15   DATED: March 16, 2009                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

17                                        By:___/s/ William Manning_____

18                                             William H. Manning
                                               Samuel L. Walling

19                                        **ATTORNEYS FOR ADVANCED MICRO
20                                        DEVICES, INC. AND ATI TECHNOLOGIES,
                                          ULC**

21   DATED: March 16, 2009                **COVINGTON & BURLING LLP**
22

23                                        By:__/s/ Christine Saunders Haskett_____

24                                             Robert T. Haslam
                                               Christine Saunders Haskett
25

26                                        **ATTORNEYS FOR SAMSUNG
                                          ELECTRONICS CO., LTD.; SAMSUNG
27                                        SEMICONDUCTOR, INC.; SAMSUNG
                                          AUSTIN SEMICONDUCTOR, LLC; SAMSUNG
28                                        ELECTRONICS AMERICA, INC.; SAMSUNG**

Case No. CV-08-0986-SI              - 2 -              STIP. AND [PROPOSED] ORDER RE FILING
                                                       PROTECTED MATERIAL UNDER SEAL

|   |   |
|---|---|
| 1 | **TELECOMMUNICATIONS AMERICA, LLC;** |
| 2 | **SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA,** |
| 3 | **INC.** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2009

*/s/ Susan Illston*
Honorable Susan Illston
United States District Judge

Case No. CV-08-0986-SI — - 3 - — STIP. AND [PROPOSED] ORDER RE FILING PROTECTED MATERIAL UNDER SEAL

**ECF CERTIFICATION**

I, Christine Saunders Haskett, am the ECF User whose identification and password are being used to file this Stipulation regarding the the filing of Protected Material under seal In compliance with General Order 45.X.B, I hereby attest that William H. Manning has concurred in this filing.

DATED: March 16, 2009          **COVINGTON & BURLING LLP**

By /s Christine Saunders Haskett
   CHRISTINE SAUNDERS HASKETT

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.