| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Brad P. Engdahl (*pro hac vice*) <br> E-mail: BPEngdahl@rkmc.com <br> Samuel L. Walling (*pro hac vice*) <br> E-mail: SLWalling@rkmc.com <br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN 55402 <br> Telephone: 612-349-8500 <br> Facsimile: 612-339-4181 | Robert T. Haslam (Bar No. 71134) <br> E-mail: Rhaslam@cov.com <br> **Covington & Burling LLP** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA 94065 <br> Telephone: 650-632-4700 <br> Facsimile: 650-632-4800 <br><br> Christine Saunders Haskett (Bar No. 188053) <br> E-mail: Chaskett@cov.com <br> **Covington & Burling LLP** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-591-6000 <br> Facsimile: 415-591-6091 |
| Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL** <br><br> **[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively, "Samsung") jointly submit this Stipulation regarding the filing of Protected Material under seal.

1  WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the public record in this action any Protected Material or document summarizing, discussing or otherwise referencing Protected Material." Dkt. No. 60 at 12.

WHEREAS, the Declaration of Christine Saunders Haskett in Support of Samsung's Motion for Summary Judgment of Invalidity of U.S. Patent No. 5,545,592 contains Highly Confidential AMD Protected Material.

Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that, subject to the Court's approval, the unredacted version of the Declaration of Christine Saunders Haskett in Support of Samsung's Motion for Summary Judgment of Invalidity of U.S. Patent No. 5,545,592 shall be filed under seal, and the redacted version of this document shall be publicly filed with the Court.

DATED: March 19, 2009                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ William H. Manning
William H. Manning
Samuel L. Walling

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED: March 19, 2009                    **COVINGTON & BURLING LLP**

By: /s/ Christine S. Haskett
Robert T. Haslam
Christine Saunders Haskett

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.**

Case No. CV-08-0986-SI — - 2 - — STIP. AND [PROPOSED] ORDER RE FILING PROTECTED MATERIAL UNDER SEAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2009

_____
Honorable Susan Illston
United States District Judge

| | |
|---|---|
| Case No. CV-08-0986-SI | - 3 - STIP. AND [PROPOSED] ORDER RE FILING PROTECTED MATERIAL UNDER SEAL |

**ECF CERTIFICATION**

I, Christine Saunders Haskett, am the ECF User whose identification and password are being used to file this Stipulation regarding the the filing of Protected Material under seal  In compliance with General Order 45.X.B, I hereby attest that William H. Manning has concurred in this filing.

DATED:  March 19, 2009     **COVINGTON & BURLING LLP**

By /s/ Christine Saunders Haskett
CHRISTINE SAUNDERS HASKETT

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.

SF: 117401-1

Case No. CV-08-0986-SI     - 4 -     STIP. AND [PROPOSED] ORDER RE FILING PROTECTED MATERIAL UNDER SEAL