IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | No. C 08-00986 SI |
| Plaintiffs, | **ORDER GRANTING SAMSUNG'S REQUEST FOR EXTENSION [Docket No. 154]** |
| v. | |
| SAMSUNG ELECTRONICS CO., et al., | |
| Defendants. | |

Samsung has requested a short extension of the March 30, 2009 deadline for compliance with this Court's March 9 discovery order. Samsung has requested the extension in order to coordinate production with third-party Qualcomm, Inc. and to negotiate the terms of an amendment to the protective order. The Court finds that an extension is warranted and extends the production deadline to **April 6, 2009.**

**IT IS SO ORDERED.**

Dated: April 1, 2009

SUSAN ILLSTON
United States District Judge