IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | No. C 08-00986 SI |
| Plaintiffs and Counterdefendants, | **ORDER RE: DISCOVERY DISPUTES** |
| v. | |
| SAMSUNG ELECTRONICS CO., et al., | |
| Defendants and Counterclaimants. | |

Now before the Court are two discovery disputes. The first dispute concerns discovery relating to U.S. Patent No. 5,545,592 ("the '592 patent"). Samsung has moved for a protective order barring AMD from taking discovery "regarding Samsung processors in connection with" the '592 patent. Samsung Letter Br., at 1. AMD opposes the motion and seeks an order compelling Samsung to produce "technical reports, process flows, and recipes sufficient to show the process for making Samsung processor contacts." AMD Letter Br. at 1. A hearing on Samsung's motion for summary judgment of invalidity of the '592 patent is scheduled for May 8, 2009. AMD has already filed its opposition to Samsung's motion [Docket No. 196] and does not argue that the discovery it seeks is necessary in order to oppose this motion. The Court will resolve this dispute when it decides Samsung's summary judgment motion.

The second dispute concerns Samsung's request for an order making Dr. Alexander Glew available for deposition and for a continuance of the May 8 hearing on Samsung's motion for summary judgment of invalidity of the '592 patent. On April 17, AMD filed a declaration by Dr. Glew in support of its opposition to Samsung's summary judgment motion. On April 20, Samsung requested that AMD make Dr. Glew available for a deposition of no more than three hours before Samsung files its reply

1 brief, which is due tomorrow (April 24).  AMD opposes Samsung's request, arguing that Samsung has
2 moved for summary judgment prematurely.
3 　　　　The Court finds that Samsung's deposition of Dr. Glew may produce relevant evidence.  The
4 Court rules as follows: AMD shall make Dr. Glew available for a deposition of no more than three hours
5 before **5:00 p.m. on Wednesday, April 29**.  Samsung shall file its reply by **Friday, May 1**.  The
6 hearing on Samsung's motion for summary judgment of invalidity shall be continued by one week and
7 heard at **9:00 a.m. on Friday, May 15**.

9 　　　**IT IS SO ORDERED.**

11 Dated: April 23, 2009

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge