| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Brad P. Engdahl (*pro hac vice*) <br> E-mail: BPEngdahl@rkmc.com <br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN 55402 <br> Telephone: 612-349-8500 <br> Facsimile: 612-339-4181 <br><br> John P. Bovich (SBN 150688) <br> E-mail: JBovich@reedsmith.com <br> **Reed Smith LLP** <br> Two Embarcadero Center, Suite 2000 <br> San Francisco, CA 94111 <br> Telephone: 415-543-8700 <br><br> Attorneys for Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134) <br> E-mail: Rhaslam@cov.com <br> **Covington & Burling LLP** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA 94065 <br> Telephone: 650-632-4700 <br> Facsimile: 650-632-4800 <br><br> Christine Saunders Haskett <br> E-mail: Chaskett@cov.com <br> **Covington & Burling LLP** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-591-7087 <br> Facsimile: 415-955-6587 <br><br> Attorneys for Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al. <br><br> Defendants. | Case No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES TO BRING DEMONSTRATIVE EVIDENCE TO COURTROOM FOR CLAIM CONSTRUCTION TUTORIAL AND HEARING** <br><br> **[Civil L.R. 7-12]** <br><br> DATE: April 29-30, May 6-7, 2009 <br> TIME: 3:30 p.m. <br> COURTROOM: 10, 19th floor <br> JUDGE: The Honorable Susan Illston |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively, "Samsung") jointly submit this Stipulation regarding bringing demonstrative evidence into the courtroom for Claim Construction.

Case No. CV-08-0986-SI — - 1 - — STIPULATION AND (PROPOSED) ORDER RE: DEMONSTRATIVE EVIDENCE FOR CLAIM CONSTRUCTION

WHEREAS, AMD and Samsung (the "Parties") request permission to bring certain audiovisual equipment into the Courtroom for Claim Construction Tutorials scheduled for 3:30 p.m. on April 29 and 30, 2009 and the Claim Construction Hearing scheduled for 3:30 p.m. on May 6 and 7, 2009.

WHEREAS, the Parties further request access to the Courtroom at approximately 7:30 a.m. on April 29 and 30, 2009, and May 6 and 7, 2009, if possible, to allow it to set up the audiovisual equipment in time for the Tutorial and Hearing.

WHEREAS, the Parties request permission to bring the following equipment:

1. 2 LCD/plasma displays with floor stands;
2. 1 VGA distribution amplifier;
3. 2 wireless presentation controllers;
4. One laptop computer per attorney present with certain of such laptops to be used for presentation purposes; and
5. An assortment of cables and switches.

Pursuant to Civil L.R. 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that, subject to the Court's approval, the Parties will be permitted to bring the aforementioned items into the Courthouse and into this Courtroom in advance of the hearing on April 29 and 30, 2009, and May 6 and 7, 2009, as requested.

DATED: April 22, 2009              **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By /s/ William H. Manning
   William H. Manning
   Brad P. Engdahl

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

Case No. CV-08-0986-SI — - 2 - — STIPULATION AND (PROPOSED) ORDER RE: DEMONSTRATIVE EVIDENCE FOR CLAIM CONSTRUCTION

| | | |
|---|---|---|
| 1 | DATED: April 22, 2009 | **COVINGTON & BURLING LLP** |
| 2 | | |
| 3 | | By: /s/ Christine S. Haskett |
| 4 | |    Robert T. Haslam<br>   Christine Saunders Haskett |
| 5 | | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.** |

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**IT IS SO ORDERED.**

Dated: _____

By: /s/ Susan Illston
   Susan Illston
   United States District Judge

---

Case No. CV-08-0986-SI -3- STIPULATION AND (PROPOSED) ORDER RE: DEMONSTRATIVE EVIDENCE FOR CLAIM CONSTRUCTION

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS