William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Samuel L. Walling (*pro hac vice*)
E-mail: SLWalling@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Plaintiffs and
Counterdefendants Advanced Micro
Devices, Inc., et al.

Robert T. Haslam (Bar No. 71134)
E-mail: Rhaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Christine Saunders Haskett (Bar No. 188053)
E-mail: Chaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING PARTIES TO BRING COMPUTER EQUIPMENT AND DEMONSTRATIVE EVIDENCE TO COURTROOM FOR HEARING SCHEDULED FOR MAY 20, 2009** <br><br> **[Civil L.R. 7-12]** <br><br> DATE: May 20, 2009 <br> TIME: 10:00 a.m. <br> COURTROOM: 10, 19th Floor <br> JUDGE: The Honorable Susan Illston |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively,

1  "Samsung") jointly submit this Stipulation regarding bringing computer equipment and
2  demonstrative evidence into the courtroom for the hearing scheduled for May 20, 2009.
3      WHEREAS, AMD and Samsung (the "Parties") request permission to bring certain
4  audiovisual equipment into the Courtroom for the hearing scheduled for 10:00 a.m. on May 20,
5  2009.
6      WHEREAS, the Parties further request access to the Courtroom at approximately 8:30
7  a.m. on May 20, 2009, if possible, to allow for set up of the audiovisual equipment in time for the
8  Hearing.
9      WHEREAS, the Parties request permission to bring the following equipment:
10    1. One laptop computer per attorney present with certain of such laptops to be used
11      for presentation purposes; and
12    2. An assortment of cables and laptop computer peripheral equipment.
13      Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
14  and between AMD and Samsung that, subject to the Court's approval, the Parties will be
15  permitted to bring the aforementioned items into the Courthouse and into this Courtroom in
16  advance of the hearing on May 20, 2009.

DATED: May 18, 2009     **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Samuel L. Walling

William H. Manning
Samuel L. Walling

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

Case No. CV-08-0986-SI     - 2 -     STIP. AND [PROPOSED] ORDER RE COMPUTER EQUIPMENT AND DEMONSTRATIVE EVIDENCE

| | | |
|---|---|---|
| 1 | DATED: May 18, 2009 | **COVINGTON & BURLING LLP** |
| 2 | | |
| 3 | | By: /s/ Christine Saunders Haskett |
| 4 | | Robert T. Haslam<br>Christine Saunders Haskett |
| 5 | | |
| 6 | | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2009

_/s/ Susan Illston_
Honorable Susan Illston
United States District Judge

Case No. CV-08-0986-SI — - 3 - — STIP. AND [PROPOSED] ORDER RE COMPUTER EQUIPMENT AND DEMONSTRATIVE EVIDENCE

## ECF CERTIFICATION

I, Christine Saunders Haskett, am the ECF User whose identification and password are being used to file this Stipulation regarding bringing computer equipment and demonstrative evidence into the courtroom for the hearing scheduled for May 20, 2009.  In compliance with General Order 45.X.B, I hereby attest that Samuel L. Walling has concurred in this filing.

DATED:  May 18, 2009               **COVINGTON & BURLING LLP**

                                   By /s/ Christine Saunders Haskett
                                       CHRISTINE SAUNDERS HASKETT

                                   Attorneys for Defendants and Counterclaimants
                                   Samsung Electronics Co., Ltd., et al.