| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>Aaron R. Fahrenkrog (*pro hac vice*)<br>E-mail: ARFahrenkrog@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br><br>John P. Bovich (Bar No. 150688)<br>E-mail: JBovich@reedsmith.com<br>**Reed Smith LLP**<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415-543-8700 | Robert T. Haslam (Bar No. 71134)<br>E-mail: RHaslam@cov.com<br>**Covington & Burling LLP**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: 650-632-4700<br>Facsimile: 650-632-4800<br><br>Christine Saunders Haskett (Bar No. 188053)<br>E-mail: CHaskett@cov.com<br>**Covington & Burling LLP**<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415-591-6000<br>Facsimile: 415-591-6091<br><br>Alan H. Blankenheimer (Bar. No. 218713)<br>E-mail: ABlankenheimer@cov.com<br>**Covington & Burling LLP**<br>9191 Towne Centre Drive, 6th Floor<br>San Diego, CA 92122<br>Telephone: 858-678-1801<br>Facsimile: 858-678-1601 |
| Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>    Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION**<br><br>**[Civil L.R. 7-12]** |

  Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC;

1  Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively
2  "Samsung") jointly submit this Stipulation. This Stipulation shall apply only to this case,
3  captioned *Advanced Micro Devices, Inc., et al. v. Samsung Electronics Co., Ltd., et al.,* Case No.
4  CV-08-0986-SI.
5    Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
6  and between AMD and Samsung that:
7  1.  Samsung shall produce the following, subject to the provisions set forth in the Stipulation
8      Setting Discovery Protocol (Dkt. #83):
9      A.  Within 14 days of this Stipulation, documents sufficient to identify all Samsung
10         memory products that Samsung has used, made, imported, sold, or offered for sale
11         in the United States since January 1, 2002;
12     B.  Within 14 days of this Stipulation, documents sufficient to identify all Samsung
13         semiconductor products that incorporate at least one ARM core design identified
14         in the Stipulation Regarding Exemplar Products for Discovery (hereinafter
15         "Exemplar Stipulation") (Dkt. #89) that Samsung has used, made, imported, sold,
16         or offered for sale in the United States since January 1, 2002;
17     C.  Within 30 days of this Stipulation, documents sufficient to identify the model
18         number and quantity of each Samsung DRAM, SRAM, and NAND Flash memory
19         product incorporated in each Samsung consumer product or other product
20         (including but not limited to memory module, hard disk drive, solid state drive,
21         optical disk drive, or multi-chip package) that Samsung has used, made, imported,
22         sold, or offered for sale in the United States since January 1, 2002 and documents
23         sufficient to identify the model number and quantity of each Samsung NOR Flash
24         memory product incorporated in each Samsung consumer product or other product
25         (including but not limited to memory module, hard disk drive, solid state drive,
26         optical disk drive, or multi-chip package) that Samsung has used, made, imported,
27         sold, or offered for sale in the United States since January 1, 2008;
28

Case No. CV-08-0986-SI        - 2 -        STIPULATION

D.  Within 30 days of this Stipulation, documents sufficient to identify the model number and quantity of each Samsung semiconductor product, incorporating at least one ARM core design identified in the Exemplar Stipulation (Dkt. #89), incorporated in each Samsung consumer product or other product (including but not limited to memory module, hard disk drive, solid state drive, optical disk drive, or multi-chip package) that Samsung has used, made, imported, sold, or offered for sale in the United States since January 1, 2008;

E.  Within 30 days of this Stipulation, documents sufficient to identify the model number and quantity of each third-party semiconductor product, incorporating at least one ARM core design identified in the Exemplar Stipulation (Dkt. #89), incorporated in each Samsung consumer product or other product (including but not limited to memory module, hard disk drive, solid state drive, optical disk drive, or multi-chip package) that Samsung has used, made, imported, sold, or offered for sale in the United States since January 1, 2008; and

F.  Within 45 days of this Stipulation, a correlation of each exemplar product identified in the Exemplar Stipulation (Dkt. #89) to each Samsung memory product, Samsung semiconductor product incorporating an ARM core design, and third-party semiconductor product incorporating an ARM core design identified above in paragraphs A-E.

2.  AMD agrees to update its Patent Local Rule 3-1(a) and (b) disclosures in light of the documents and information Samsung produces under section 1 above. This information will be provided by September 4, 2009, and may be updated for good cause, including updating necessitated by Samsung's subsequent production of documents.

3.  By July 31, 2009, the parties will stipulate to the dates of hypothetical negotiations.

4.  By September 18, 2009, the parties will stipulate for trial to the completeness, accuracy and admissibility of the list of Samsung products accused of infringing AMD's asserted patents.

5. Within 60 days following the Court's Claim Construction Order, the parties will stipulate for trial to exemplar products and to the products represented by each exemplar product.

6. Samsung will make the 30(b)(6) witnesses it produced on January 14, February 11, June 9, June 10, and July 1, 2009, available, at AMD's discretion, for continued depositions on topics and documents that could not be covered in the original depositions due to Samsung's production of documents immediately prior to or at the depositions.

   A. To the extent that AMD notices further depositions related to the topics covered by the documents referred to in the immediately prior sentence, or further depositions related to the patents addressed by the witnesses referred to above at which any follow-up questions could be answered, or if Samsung can adequately answer without deposition any follow-up questions, AMD will bear the expense of any such continued deposition.

   B. To the extent that a continued deposition of any of the witnesses referred to in the first sentence of this paragraph 6 is noticed for further deposition by AMD, and if the conditions specified in paragraph 6(A) do not apply, and the only topic on which questioning will be conducted relates to the documents referred to in the first sentence of this paragraph 6, Samsung will bear reasonable costs associated with continuing these depositions, unless Samsung makes a showing of good cause, submitted to the Court.

7. Each party shall produce all documents then subject to production and relevant to future depositions of its witnesses no fewer than 7 days in advance of the date on which the deposition is scheduled.

8. Within 14 days of the parties' agreement to any exemplar product that is not identified in the Exemplar Stipulation (Dkt. #89), Samsung shall produce a correlation of that exemplar product to each Samsung memory product, Samsung semiconductor product incorporating an ARM core design, and third-party semiconductor product incorporating an ARM core design identified above in paragraphs 1(A)-(E).

| | | |
|---|---|---|
| 1 | DATED: July 16, 2009 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 2 | | |
| 3 | | By: /s/ William H. Manning |
| 4 | | William H. Manning<br>Brad P. Engdahl |
| 5 | | Aaron R. Fahrenkrog |
| 6 | | **ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC** |
| 7 | | |
| 8 | | |
| 9 | DATED: July 16, 2009 | **COVINGTON & BURLING LLP** |
| 10 | | |
| 11 | | By: /s/ Christine Saunders Haskett |
| 12 | | Robert T. Haslam<br>Christine Saunders Haskett<br>Alan H. Blankenheimer |
| 13 | | |
| 14 | | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.** |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | *Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.* |
| 20 | | |
| 21 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** | |
| 22 | | |
| 23 | July __, 2009 | _____ |
| 24 | | Honorable Susan Illston<br>United States District Judge |

Case No. CV-08-0986-SI — - 5 - — STIPULATION