ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1    William H. Manning (*pro hac vice*)      Robert T. Haslam (Bar No. 71134)
    E-mail: WHManning@rkmc.com      E-mail: Rhaslam@cov.com
2    Brad P. Engdahl (*pro hac vice*)      **Covington & Burling LLP**
    E-mail: BPEngdahl@rkmc.com      333 Twin Dolphin Drive, Suite 700
3    Samuel L. Walling (*pro hac vice*)      Redwood Shores, CA 94065
    E-mail: SLWalling@rkmc.com      Telephone: 650-632-4700
4    **Robins, Kaplan, Miller & Ciresi L.L.P.**      Facsimile: 650-632-4800
    2800 LaSalle Plaza
5    800 LaSalle Avenue      Christine Saunders Haskett (Bar No. 188053)
    Minneapolis, MN 55402      E-mail: Chaskett@cov.com
6    Telephone: 612-349-8500      **Covington & Burling LLP**
    Facsimile: 612-339-4181      One Front Street
7         San Francisco, CA 94111
    John P. Bovich (Bar No. 150688)      Telephone: 415-591-7087
8    E-mail: JBovich@reedsmith.com      Facsimile: 415-955-6587
9    **Reed Smith LLP**
    101 Second Street, Suite 1800      Alan H. Blankenheimer (Bar. No. 218713)
10    San Francisco, CA 94105      E-mail: ABlankenheimer@cov.com
    Telephone: 415-543-8700      **Covington & Burling LLP**
11         9191 Towne Centre Drive, 6th Floor
        San Diego, CA 92122
12         Telephone: 858-678-1801
        Facsimile: 858-678-1601
13

14    Attorneys for Plaintiffs and      Attorneys for Defendants and Counterclaimants
    Counterdefendants Advanced Micro      Samsung Electronics Co., Ltd., et al.
    Devices, Inc., et al.

15

16                UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19    ADVANCED MICRO DEVICES, INC., et      Case. No. CV-08-0986-SI
    al.,
20         **STIPULATION AND [PROPOSED]**
       Plaintiffs,      **ORDER RE: MODIFYING COURT'S**
21         **PRETRIAL PREPARATION ORDER**
      v.
22         **[Civil L.R. 7-12]**
    SAMSUNG ELECTRONICS CO., LTD., et
23    al.,
        AS AMENDED
24        Defendants.

25

26        Advanced Micro Devices, Inc. and ATI Technologies ULC (collectively "AMD"), and

27    Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor,

28    LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLP; Samsung

    Case. No. CV-08-0986-SI            STIPULATION AND [PROPOSED] ORDER
                                    RE: MODIFYING COURT'S PRETRIAL
                                          PREPARATION ORDER

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1    Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively "Samsung") jointly

2    submit this Stipulation modifying the dates set forth in the Court's Pretrial Preparation Order (Dkt.

3    #100),  in the above-captioned litigation.

4         WHEREAS, the parties wish to modify the case timeline established in the Court's Pretrial

5    Preparation Order (Dkt. #100), given the date on which the Claim Construction Order (Dkt. #255)

6    was entered;

7         WHEREAS, the parties agree that the stipulated timeline set forth below permits the parties

8    suffient time to meet the deadlines established therein;

9         WHEREAS, the parties further agree that, should the timeline for trial set forth below

10   conflict with the Court's calendar, the parties request a conference call with the court clerk

11   regarding scheduling and subsequent submission of a further stipulation;

12        Now, therefore, pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND

13   AGREED, by and between AMD and Samsung, that:

14        The following dates will be in place for the remainder of the case:

15   **1**.   **AMD's and Samsung's Final Infringement Contentions**    **December 23, 2009**

16   **2.**   **AMD's and Samsung's Final Invalidity Contentions**    **January 29, 2010**

17   **3.**   **Fact Discovery Cutoff**    **March 5, 2010**

18   **4.**   **Opening Expert Reports**    **April 9, 2010**

19   **5.**   **Rebuttal Expert Reports**    **May 14, 2010**

20   **6.**   **Expert Discovery Cutoff**    **July 2, 2010**

21   **7.**   **Dispositive Motion Filing Cutoff**    **July 30, 2010**

22   **8.**   **Oppositions to Dispositive Motions Due**    **August 13, 2010**

23   **9.**   **Replies to Dispositive Motions Due**    **August 20, 2010**

24   **10.**   **Dispositive Motion Hearings**    **September 3, 2010**

25   **11.**   **Pretrial Filings Due**  12/14/2010    ~~**December 14, 2010**~~

26   **12.**   **Pretrial Conference**  Jan 11, 2011    ~~**December 28, 2010**~~

27   **13.**   **Trial**    January 24, 2011    ~~**January 10, 2011**~~

28

Case No. CV-08-0986-SI                          STIPULATION AND [PROPOSED] ORDER RE:
                              - 2 -              MODIFYING COURT'S PRETRIAL
                                                 PREPARATION ORDER.

DATED: October 23, 2009     **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**


By:\_\_/s/ William H. Manning_____
         William H. Manning
         Samuel L. Walling

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES ULC**

DATED: October 23, 2009     **COVINGTON & BURLING L.L.P.**


By:\_\_/s/ Christine S. Haskett_____
         Robert T. Haslam
         Christine Saunders Haskett

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.**

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October \_\_, 2009     _____
         Honorable Susan Illston
         United States District Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

Case No. CV-08-0986-SI

- 3 -

STIPULATION AND [PROPOSED] ORDER RE: MODIFYING COURT'S PRETRIAL PREPARATION ORDER.