| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Brad P. Engdahl (*pro hac vice*) <br> E-mail: BPEngdahl@rkmc.com <br> Samuel L. Walling (*pro hac vice*) <br> E-mail: SLWalling@rkmc.com <br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN 55402 <br> Telephone: 612-349-8500 <br> Facsimile: 612-339-4181 <br><br> John P. Bovich (Bar No. 150688) <br> E-mail: JBovich@reedsmith.com <br> **Reed Smith LLP** <br> 101 Second Street, Suite 1800 <br> San Francisco, CA 94105 <br> Telephone: 415-543-8700 <br><br> Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134) <br> E-mail: Rhaslam@cov.com <br> **Covington & Burling LLP** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA 94065 <br> Telephone: 650-632-4700 <br> Facsimile: 650-632-4800 <br><br> Christine Saunders Haskett (Bar No. 188053) <br> E-mail: Chaskett@cov.com <br> **Covington & Burling LLP** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-591-7087 <br> Facsimile: 415-955-6587 <br><br> Alan H. Blankenheimer (Bar. No. 218713) <br> E-mail: ABlankenheimer@cov.com <br> **Covington & Burling LLP** <br> 9191 Towne Centre Drive, 6th Floor <br> San Diego, CA 92122 <br> Telephone: 858-678-1801 <br> Facsimile: 858-678-1601 <br><br> Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER RE: MODIFYING COURT'S PRETRIAL PREPARATION ORDER** <br><br> **[Civil L.R. 7-12]** <br><br> AS AMENDED |

Advanced Micro Devices, Inc. and ATI Technologies ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLP; Samsung

Case. No. CV-08-0986-SI STIPULATION AND [PROPOSED] ORDER RE: MODIFYING COURT'S PRETRIAL PREPARATION ORDER

1  Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively "Samsung") jointly
2  submit this Stipulation modifying the dates set forth in the Court's Pretrial Preparation Order (Dkt.
3  #100), in the above-captioned litigation.
4      WHEREAS, the parties wish to modify the case timeline established in the Court's Pretrial
5  Preparation Order (Dkt. #100), given the date on which the Claim Construction Order (Dkt. #255)
6  was entered;
7      WHEREAS, the parties agree that the stipulated timeline set forth below permits the parties
8  suffient time to meet the deadlines established therein;
9      WHEREAS, the parties further agree that, should the timeline for trial set forth below
10 conflict with the Court's calendar, the parties request a conference call with the court clerk
11 regarding scheduling and subsequent submission of a further stipulation;
12     Now, therefore, pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND
13 AGREED, by and between AMD and Samsung, that:
14     The following dates will be in place for the remainder of the case:

| # | Item | Date |
|---|---|---|
| 1. | **AMD's and Samsung's Final Infringement Contentions** | **December 23, 2009** |
| 2. | **AMD's and Samsung's Final Invalidity Contentions** | **January 29, 2010** |
| 3. | **Fact Discovery Cutoff** | **March 5, 2010** |
| 4. | **Opening Expert Reports** | **April 9, 2010** |
| 5. | **Rebuttal Expert Reports** | **May 14, 2010** |
| 6. | **Expert Discovery Cutoff** | **July 2, 2010** |
| 7. | **Dispositive Motion Filing Cutoff** | **July 30, 2010** |
| 8. | **Oppositions to Dispositive Motions Due** | **August 13, 2010** |
| 9. | **Replies to Dispositive Motions Due** | **August 20, 2010** |
| 10. | **Dispositive Motion Hearings** | **September 3, 2010** |
| 11. | **Pretrial Filings Due** 12/14/2010 | ~~December 14, 2010~~ |
| 12. | **Pretrial Conference** Jan 11, 2011 | ~~December 28, 2010~~ |
| 13. | **Trial** January 24, 2011 | ~~January 10, 2011~~ |

Case No. CV-08-0986-SI — - 2 - — STIPULATION AND [PROPOSED] ORDER RE: MODIFYING COURT'S PRETRIAL PREPARATION ORDER.

| | | |
|---|---|---|
| 1 | DATED: October 23, 2009 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 2 | | |
| 3 | | By:  /s/ William H. Manning |
| | | William H. Manning |
| 4 | | Samuel L. Walling |
| 5 | | **ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES ULC** |
| 6 | | |
| 7 | DATED: October 23, 2009 | **COVINGTON & BURLING L.L.P.** |
| 8 | | |
| 9 | | By:  /s/ Christine S. Haskett |
| | | Robert T. Haslam |
| 10 | | Christine Saunders Haskett |
| 11 | | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA, INC.** |

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October __, 2009                    _____
                                            Honorable Susan Illston
                                            United States District Judge

---

Case No. CV-08-0986-SI   - 3 -   STIPULATION AND [PROPOSED] ORDER RE: MODIFYING COURT'S PRETRIAL PREPARATION ORDER.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS