| | |
|---|---|
| 1 | William H. Manning (*pro hac vice*) |
| | WHManning@rkmc.com |
| 2 | Brad P. Engdahl (*pro hac vice*) |
| | BPEngdahl@rkmc.com |
| 3 | Samuel L. Walling (*pro hac vice*) |
| | SLWalling@rkmc.com |
| 4 | **Robins, Kaplan, Miller & Ciresi L.L.P.** |
| | 2800 LaSalle Plaza |
| 5 | 800 LaSalle Avenue |
| | Minneapolis, MN 55402 |
| 6 | Telephone: 612-349-8500 |
| | Facsimile: 612-339-4181 |

Robert T. Haslam (Bar No. 71134)
Rhaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Christine Saunders Haskett (Bar No. 188053)
Chaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Plaintiffs and
Counterdefendants Advanced Micro
Devices, Inc., et al.

Alan H. Blankenheimer (Bar No. 218713)
ablankenheimer@cov.com
Laura E. Muschamp (Bar No. 228717)
lmuschamp@cov.com
Jo Dale Carothers (Bar No. 228703)
jcarothers@cov.com
**Covington & Burling LLP**
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone:   (858) 678-1800
Facsimile:   (858) 678-1600

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING THE PRODUCTION OF DOCUMENTS THAT CONTAIN CONFIDENTIAL INFORMATION OF TSMC ENTITIES** <br><br> **[Civil L.R. 7-12]** |

CASE NO. CV-08-0986-SI

STIP. AND [PROPOSED] ORDER RE
PRODUCTION OF DOCUMENTS RE TSMC

1  Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and
2  Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor,
3  LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC;
4  Samsung Techwin Co., Ltd.; and Samsung Opto-Electronics America, Inc. (collectively,
5  "Samsung") jointly submit this Stipulation regarding the production of documents that contain
6  confidential information of Taiwan Semiconductor Manufacturing Corporation, Ltd. and/or
7  TSMC North America, Inc (collectively, "the TSMC Entities").
8  WHEREAS, certain ATI products accused in this lawsuit by Samsung allegedly were
9  manufactured by Taiwan Semiconductor Manufacturing Co. Ltd..
10  WHEREAS, the TSMC Entities are third parties with a heightened interest in protecting
11  their highly confidential technical information, the parties have agreed to certain additional
12  protections in order to facilitate production of documents and other information that contain
13  confidential information of any of the TSMC Entities.
14  Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
15  and between AMD and Samsung that, subject to the Court's approval, the Joint Stipulated
16  Protective Order (Dkt. #60), and amendments thereto, will be amended as follows for the purpose
17  of any documents produced in this litigation that contain confidential information of any of the
18  TSMC Entities ("TSMC Entities Confidential Information").  This stipulation relates only to
19  confidential information of any of the TSMC Entities, which includes documents produced by
20  AMD that are proprietary documents of any of the TSMC Entities or otherwise contain
21  confidential information of any of the TSMC Entities; and confidential information of any of the
22  TSMC Entities obtained through other means, such as deposition testimony, and does not alter the
23  agreement of the parties or any stipulation or Order currently in place between the parties with
24  respect to documents or information that do not contain confidential information of any of the
25  TSMC Entities.
26  (1) Section 5.2(b) shall be modified at page 5, line 28; page 6 , line 5; page 6, line 9; page;
27  6, line 15 to add: "or Highly Confidential -- Restricted Access Only" following  "Highly
28  Confidential – Outside Counsel's Eyes Only."

CASE NO. CV-08-0986-SI — - 1 - — STIP. AND [PROPOSED] ORDER RE PRODUCTION OF DOCUMENTS RE TSMC

1  (2) Section 7.3 will be modified to add: (c) Any TSMC Entities Confidential Information, as defined above, designated as "Highly Confidential -- Restricted Access Only" may not be disclosed to mock jury members.

(3) Section 7.3(a) will be modified to add: disclosure of any TSMC Entities Confidential Information, as defined above, designated as "Highly Confidential -- Restricted Access Only" to a person described in Section 7.2(f) may be made only as may be permitted below by Section 7.3(b).

(4) Section 10 will be modified to add, starting at the end of line 20 of page 12:  The parties agree that they will file under seal as permitted by Judge Illston's Standing Order, or any other applicable rule or law, any information or item in any form that has been designated "Highly Confidential -- Restricted Access Only" that contains any TSMC Entities Confidential Information or any information derived therefrom.

(5) Section 13.1 will be modified to add:  No modification of the Protective Order will be permitted that will have the effect of altering any provision that applies to any information or item designated "Highly Confidential -- Restricted Access Only" that contains any TSMC Entities Confidential Information or any information derived therefrom in a manner such that any TSMC Entities Confidential Information is made any more accessible than as permitted herein without the written permission of the appropriate TSMC Entit(ies) or as ordered by the Court.  No party shall seek any such modification to the Protective Order without the written permission of the appropriate TSMC Entit(ies) or without filing a motion pursuant Civil Local Rule 7 (and in compliance with Civil Local Rule 79-5, if applicable).  Notice of any such motion must be given to the appropriate TSMC Entit(ies) in the same manner and time as required to be made to a party.  Nothing in this paragraph shall have the effect of making any of the TSMC Entities a party to this action.

(6) A new section, 13.6, will be added that provides: Subject to the Federal Rules of Evidence, any information or item in any form designated as "Highly Confidential -- Restricted Access Only" that contains any TSMC Entities Confidential Information or derived therefrom will be offered or received into evidence at any court hearing or in any trial of the matter only in

camera, meaning that the courtroom is closed to all individuals other than outside counsel for the parties and any necessary law firm staff of the firms of the parties' outside counsel assisting at trial, the judge, the jury, and any necessary court personnel, unless agreed to by the appropriate TSMC Entit(ies) or as ordered by the Court.  No person shall seek to introduce or have received into evidence other than in camera any information or item in any form designated "Highly Confidential -- Restricted Access Only" that contains any TSMC Entities Confidential Information or derived therefrom without the written permission of the appropriate TSMC Entit(ies) or without filing a motion pursuant Civil Local Rule 7 (and in compliance with Civil Local Rule 79-5, if applicable).  Notice of any such motion must be given to the appropriate TSMC Entit(ies) in the same manner and time as required to be made to a party." Nothing in this paragraph shall have the effect of making any of the TSMC Entities a party to this action.

DATED:  November 19, 2009                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  /s/ Cole M. Fauver
 Cole M. Fauver
 Samuel L. Walling

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED:  November 19, 2009                **COVINGTON & BURLING LLP**

By:  /s/ Laura E. Muschamp
 Robert T. Haslam
 Christine Saunders Haskett
 Laura E. Muschamp

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG TECHWIN CO., LTD.; AND SAMSUNG OPTO-ELECTRONICS AMERICA**

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3   _____, 2009

   _____
   Honorable Susan Illston
   United States District Judge

| | |
|---|---|
| 1 | **ECF CERTIFICATION** |
| 2 | I, Laura E. Muschamp, am the ECF User whose identification and password are being |
| 3 | used to file this Stipulation regarding the Production of Documents That Contain Confidential |
| 4 | Information of TSMC Entities.  In compliance with General Order 45.X.B, I hereby attest that |
| 5 | Cole M. Fauver has concurred in this filing. |

DATED:  November 19, 2009                                    **COVINGTON & BURLING LLP**

                                                             By /s/ Laura E. Muschamp
                                                                  LAURA E. MUSCHAMP

                                                             Attorneys for Defendants and Counterclaimants
                                                             Samsung Electronics Co., Ltd., et al.

SD: 3554-1