1   William H. Manning (*pro hac vice*)          Robert T. Haslam (Bar No. 71134)
    E-mail: WHManning@rkmc.com                   E-mail: Rhaslam@cov.com
2   Brad P. Engdahl (*pro hac vice*)             **Covington & Burling LLP**
    E-mail: BPEngdahl@rkmc.com                   333 Twin Dolphin Drive, Suite 700
3   Samuel L. Walling (*pro hac vice*)           Redwood Shores, CA  94065
    E-mail: SLWalling@rkmc.com                   Telephone:  650-632-4700
4   **Robins, Kaplan, Miller & Ciresi L.L.P.**   Facsimile:  650-632-4800
    2800 LaSalle Plaza
5   800  LaSalle Avenue                          Christine Saunders Haskett (Bar No. 188053)
    Minneapolis, MN  55402                       E-mail: Chaskett@cov.com
6   Telephone:  612-349-8500                     **Covington & Burling LLP**
    Facsimile:  612-339-4181                     One Front Street
7                                                San Francisco, CA 94111
    Attorneys for Plaintiffs and                 Telephone: 415-591-6000
8   Counterdefendants Advanced Micro             Facsimile: 415-591-6091
    Devices, Inc., et al.
9                                                Alan H. Blankenheimer (Bar No. 218713)
                                                 E-mail: ablankenheimer@cov.com
10                                               Laura E. Muschamp (Bar No. 228717)
                                                 E-mail: lmuschamp@cov.com
11                                               Jo Dale Carothers (Bar No. 228703)
                                                 E-mail: jcarothers@cov.com
12                                               **Covington & Burling LLP**
                                                 9191 Towne Centre Drive, 6th Floor
13                                               San Diego, CA  92122-1225
                                                 Telephone: 858-678-1800
14                                               Facsimile:  858-678-1600

15                                               Attorneys for Defendants and Counterclaimants
                                                 Samsung Electronics Co., Ltd., et al.
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19  ADVANCED MICRO DEVICES, INC., et      Case No.  CV-08-0986-SI
    al.,
20                                         **STIPULATION AND [PROPOSED]**
                 Plaintiffs,               **ORDER PERMITTING PROTECTED**
21                                         **MATERIAL TO BE FILED UNDER SEAL**
         v.
22                                         **[Civil L.R. 7-12]**
    SAMSUNG ELECTRONICS CO., LTD.,
23  et al.,

24               Defendants.

25

26       Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and

27  Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor,

28  LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and

1    Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation

2    regarding the filing of Protected Material under seal.

3          WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the

4    public record in this action any Protected Material or document summarizing, discussing or

5    otherwise referencing Protected Material." Dkt. No. 60 at 12.

6          WHEREAS, Defendants and Counterclaimants' Opposition to Plaintiff AMD's Motion

7    for Summary Judgment of No Inequitable-Conduct Affirmative Defense Relating to U.S. Patent

8    No. 5,559,990, Exhibits 5, 15, 16, 18, and 21 to the Declaration of Matthew C. Lapple in Support

9    of Samsung's Opposition to Plaintiff AMD's Motion for Summary Judgment of No Inequitable-

10    Conduct Affirmative Defense Relating to U.S. Patent No. 5,559,990 and the Declaration of

11    Matthew C. Lapple in Support of Samsung's Motion under FRCP 56(F) contain Highly

12    Confidential AMD Protected Material.

13          Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by

14    and between AMD and Samsung that, subject to the Court's approval, the unredacted version of

15    Defendants and Counterclaimants' Opposition to Plaintiff AMD's Motion for Summary

16    Judgment of No Inequitable-Conduct Affirmative Defense Relating to U.S. Patent No. 5,559,990,

17    the unredacted version of Exhibits 5, 15, 16, 18, and 21 to the Declaration of Matthew C. Lapple

18    in Support of Samsung's Opposition to Plaintiff AMD's Motion for Summary Judgment of No

19    Inequitable-Conduct Affirmative Defense Relating to U.S. Patent No. 5,559,990 and the

20    unredacted version of the Declaration of Matthew C. Lapple in Support of Samsung's Motion

21    under FRCP 56(F) shall be filed under seal, and the redacted version of these documents shall be

22    publicly filed with the Court.

23    DATED: January 22, 2010          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

24                        By:*/s/ William H. Manning*

25                          William H. Manning

                           Samuel L. Walling

26

27          **ATTORNEYS FOR ADVANCED MICRO**
             **DEVICES, INC. AND ATI TECHNOLOGIES,**

28          **ULC**

1

2  DATED:  January 22, 2010          **COVINGTON & BURLING LLP**

3                                    By:___/s/ Matthew C. Lapple_____

4                                       Robert T. Haslam
                                        Matthew C. Lapple

5                                    **ATTORNEYS FOR SAMSUNG**
6                                    **ELECTRONICS CO., LTD.; SAMSUNG**
                                     **SEMICONDUCTOR, INC.; SAMSUNG**
7                                    **AUSTIN SEMICONDUCTOR, LLC; SAMSUNG**
                                     **ELECTRONICS AMERICA, INC.; SAMSUNG**
8                                    **TELECOMMUNICATIONS AMERICA, LLC;**
                                     **SAMSUNG DIGITAL IMAGING CO., LTD.**

9

10  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12  _____, 2010              _____
                                     Honorable Susan Illston
13                                   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF CERTIFICATION

I, Matthew C. Lapple, am the ECF User whose identification and password are being used to file this Stipulation regarding the filing of Protected Material under seal in compliance with General Order 45.X.B, I hereby attest that William H. Manning has concurred in this filing.

DATED:  January 22, 2010            **COVINGTON & BURLING LLP**

By */s/ Matthew C. Lapple*
MATTHEW C. LAPPLE

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.