| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>Samuel L. Walling (*pro hac vice*)<br>E-mail: SLWalling@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br><br>John P. Bovich (Bar No. 150688)<br>E-mail: JBovich@reedsmith.com<br>**Reed Smith LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: 415-543-8700<br><br>Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134)<br>E-mail: RHaslam@cov.com<br>**Covington & Burling LLP**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: 650-632-4700<br>Facsimile: 650-632-4800<br><br>Alan H. Blankenheimer (Bar. No. 218713)<br>E-mail: ABlankenheimer@cov.com<br>Laura Muschamp (Bar No. 228717)<br>E-mail: LMuschamp@cov.com<br>**Covington & Burling LLP**<br>9191 Towne Centre Drive, 6th Floor<br>San Diego, CA 92122<br>Telephone: 858-678-1801<br>Facsimile: 858-678-1601<br><br><br><br>Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>　　　　Defendants. | Case. No. CV-08-0986-SI<br><br>**ADDENDUM TO STIPULATION REGARDING EXEMPLAR PRODUCTS FOR THE PURPOSES OF PROVING INFRINGEMENT / NON-INFRINGEMENT**<br><br>**[Civil L.R. 7-12]** |

　　Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications

1  America, LLP; and Samsung Digital Imaging Co., Ltd. (collectively "Samsung") jointly
2  submit this Stipulation regarding exemplar products.

3  This Stipulation shall apply only to this case, captioned *Advanced Micro Devices,*
4  *Inc., et al. v. Samsung Electronics Co., Ltd., et al.,* Case No. CV-08-0986-SI.  This
5  Stipulation shall not raise any presumption of infringement or non-infringement by any
6  product in this or any other case or other circumstances.

7  This Stipulation is intended to modify the parties' Stipulation Regarding Exemplar
8  Products for the Purposes of Proving Infringement / Non-infringement (Dkt. #278), which
9  identifies exemplar products for the purpose of proving whether the Accused
10 Instrumentalities identified by AMD and Samsung in their respective Patent Local Rule 3-
11 1 disclosures infringe the patent claims asserted in this matter.

12 Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND
13 AGREED, by and between AMD and Samsung that:

14

15 Exhibit A to the parties' Stipulation Regarding Exemplar Products for the Purposes
16 of Proving Infringement / Non-infringement (Dkt. #278) is hereby modified according to
17 the changes set forth in Laura Muschamp's January 14, 2010 letter to Brad Engdahl,
18 attached as Exhibit A-1 to this Stipulation.

19
20
21 DATED:  January 27, 2010                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
22
23                                          By: _____
24                                              William H. Manning
                                                Brad P. Engdahl
25                                              Samuel L. Walling

26                                          **ATTORNEYS FOR ADVANCED MICRO**
                                            **DEVICES, INC. AND ATI TECHNOLOGIES,**
27                                          **ULC**
28

Case No. CV-08-0986-SI         - 2 -          ADDENDUM TO STIPULATION RE:
                                                  EXEMPLAR PRODUCTS

| | |
|---|---|
| DATED: January 27, 2010 | **COVINGTON & BURLING LLP** |
| | By:  /s/ Laura Muschamp |
| | Robert T. Haslam |
| | Alan H. Blankenheimer |
| | Laura Muschamp |
| | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.** |
| | *Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

January __, 2010

_____
Honorable Susan Illston
United States District Judge

---

Case No. CV-08-0986-SI    - 3 -    ADDENDUM TO STIPULATION RE: EXEMPLAR PRODUCTS