| | |
|---|---|
| William H. Manning (*pro hac vice*) | Robert T. Haslam (Bar No. 71134) |
| E-mail: WHManning@rkmc.com | E-mail: RHaslam@cov.com |
| Brad P. Engdahl (*pro hac vice*) | **Covington & Burling LLP** |
| E-mail: BPEngdahl@rkmc.com | 333 Twin Dolphin Drive, Suite 700 |
| Samuel L. Walling (*pro hac vice*) | Redwood Shores, CA 94065 |
| E-mail: SLWalling@rkmc.com | Telephone: 650-632-4700 |
| **Robins, Kaplan, Miller & Ciresi L.L.P.** | Facsimile: 650-632-4800 |
| 2800 LaSalle Plaza | |
| 800 LaSalle Avenue | Alan H. Blankenheimer (Bar. No. 218713) |
| Minneapolis, MN 55402 | E-mail: ABlankenheimer@cov.com |
| Telephone: 612-349-8500 | Laura Muschamp (Bar No. 228717) |
| Facsimile: 612-339-4181 | E-mail: LMuschamp@cov.com |
| | **Covington & Burling LLP** |
| John P. Bovich (Bar No. 150688) | 9191 Towne Centre Drive, 6th Floor |
| E-mail: JBovich@reedsmith.com | San Diego, CA 92122 |
| **Reed Smith LLP** | Telephone: 858-678-1801 |
| 101 Second Street, Suite 1800 | Facsimile: 858-678-1601 |
| San Francisco, CA 94105 | |
| Telephone: 415-543-8700 | |
| | |
| Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br>Plaintiffs, <br><br>v. <br><br>SAMSUNG ELECTRONICS CO., LTD., et al., <br><br>Defendants. | Case. No. CV-08-0986-SI <br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL** <br><br>**[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications

1  America, LLP; and Samsung Digital Imaging Co., Ltd. (collectively "Samsung") jointly
2  submit this Stipulation regarding the filing of Protected Material under seal.

3  WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file
4  in the public record in this action any Protected Material or document summarizing,
5  discussing or otherwise referencing Protected Material." (Dkt. #60 at 12).

6  WHEREAS, Exhibit A-1 to the Addendum to Stipulation Regarding Exemplar
7  Products for the Purpose of Proving Infringement / Non-Infringement contains
8  Confidential Samsung Protected Material.

9  Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND
10 AGREED, by and between AMD and Samsung that, subject to the Court's approval, the
11 unredacted version of Exhibit A-1 to the Addendum to Stipulation Regarding Exemplar
12 Products for the Purpose of Proving Infringement / Non-Infringement shall be filed under
13 seal, and a manual filing notice referencing this document shall be publicly filed with the
14 Court.

16  DATED: January 27, 2010            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

18                                     By: _____
19                                         William H. Manning
                                           Brad P. Engdahl
20                                         Samuel L. Walling

21                                     **ATTORNEYS FOR ADVANCED MICRO
                                       DEVICES, INC. AND ATI TECHNOLOGIES,
22                                     ULC**

23  DATED: January 27, 2010            **COVINGTON & BURLING LLP**
24

25                                     By: /s/ Laura Muschamp
26                                         Robert T. Haslam
                                           Alan H. Blankenheimer
27                                         Laura Muschamp
28

Case No. CV-08-0986-SI            - 2 -         STIP. AND [PROPOSED] ORDER RE: FILING
                                                PROTECTED MATERIAL UNDER SEAL

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

|   |   |
|---|---|
| 1 | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.** |

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

January __, 2010

_____
Honorable Susan Illston
United States District Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS