| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Brad P. Engdahl (*pro hac vice*) <br> E-mail: BPEngdahl@rkmc.com <br> Aaron R. Fahrenkrog (*pro hac vice*) <br> E-mail: ARFahrenkrog@rkmc.com <br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN 55402 <br> Telephone: 612-349-8500 <br> Facsimile: 612-339-4181 <br><br> John P. Bovich (Bar No. 150688) <br> E-mail: JBovich@reedsmith.com <br> **Reed Smith LLP** <br> 101 Second Street, Suite 1800 <br> San Francisco, CA 94105 <br> Telephone: 415-543-8700 | Robert T. Haslam (Bar No. 71134) <br> E-mail: RHaslam@cov.com <br> **Covington & Burling LLP** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA 94065 <br> Telephone: 650-632-4700 <br> Facsimile: 650-632-4800 <br><br> Christine Saunders Haskett (Bar No. 188053) <br> E-mail: CHaskett@cov.com <br> **Covington & Burling LLP** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-591-6000 <br> Facsimile: 415-591-6091 <br><br> Alan H. Blankenheimer (Bar. No. 218713) <br> E-mail: ABlankenheimer@cov.com <br> Christopher J. Longman (Bar. No. 234473) <br> E-mail: CLongman@cov.com <br> **Covington & Burling LLP** <br> 9191 Towne Centre Drive, 6th Floor <br> San Diego, CA 92122 <br> Telephone: 858-678-1801 <br> Facsimile: 858-678-1601 |
| Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL** <br><br> **[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and

Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor,

1  LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; and
2  Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation
3  regarding the filing of Protected Material under seal.
4      WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the
5  public record in this action any Protected Material or document summarizing, discussing or
6  otherwise referencing Protected Material."  (Dkt. #60 at 12.)
7      WHEREAS, AMD represents that AMD's letter regarding the admissibility of certain
8  documents created by ARM Limited contains material from documents that Samsung has
9  designated as Highly Confidential Protected Material.
10     Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
11 and between AMD and Samsung that, subject to the Court's approval,
12     1.    AMD's letter regarding the admissibility of certain documents created by ARM
13 Limited shall be filed under seal, and a version of the letter with the confidential information
14 redacted shall be filed publicly with the Court.

DATED:  February 4, 2010        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /s/  Aaron R. Fahrenkrog
    William H. Manning
    Aaron R. Fahrenkrog

**ATTORNEYS FOR PLAINTIFFS
ADVANCED MICRO DEVICES, INC. AND
ATI TECHNOLOGIES ULC**

| | | |
|---|---|---|
| 1 | DATED:  February 4, 2010 | **COVINGTON & BURLING LLP** |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Robert T. Haslam |
| | | Alan H. Blankenheimer |
| 5 | | Christine Saunders Haskett |
| | | Christopher J. Longman |

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; AND SAMSUNG DIGITAL IMAGING CO., LTD.**

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

February __, 2010

_____
Honorable Susan Illston
United States District Judge