UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | Case. No. CV-08-0986-SI |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |

Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC (collectively "AMD") have moved the Court pursuant to Fed. R. Evid. 104, 402, 801, and 901 for an Order determining the admissibility, for proving infringement of U.S. Patent Nos. 5,623,434 or 5,377,200, of documents created by ARM Limited or its predecssors, successors, and affiliates (collectively "ARM"), but produced by in this litigation by Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and Samsung Digital Imaging Co., Ltd. (collectively "Samsung").

AMD's motion is GRANTED. The Court holds that any document produced by Samsung in this litigation and either:

(1) Received by Samsung from ARM pursuant to Samsung's licenses with ARM for the eight ARM exemplar designs identified in Exhibits E and F to the Stipulation Regarding Exemplar Products for the Purposes of Proving Infringement / Non infringement (Dkt. #278); or

(2) Cited in Samsung's responses to AMD's Interrogatory No. 4, Part (b), with respect to AMD's asserted patents 5,623,434 and 5,377,200;

shall be admissible if offered by AMD for the purpose of proving infringement by Samsung of U.S. Patent Nos. 5,623,434 or 5,377,200.

1  **IT IS SO ORDERED.**

2

3  February __, 2010

      _____
4     Honorable Susan Illston
      United States District Judge