| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>Samuel L. Walling (*pro hac vice*)<br>E-mail: SLWalling@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181 | Robert T. Haslam (Bar No. 71134)<br>E-mail: Rhaslam@cov.com<br>**Covington & Burling LLP**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: 650-632-4700<br>Facsimile: 650-632-4800<br><br>Christine Saunders Haskett (Bar No. 188053)<br>E-mail: Chaskett@cov.com<br>**Covington & Burling LLP**<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415-591-6000<br>Facsimile: 415-591-6091 |
| Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING PARTIES TO BRING COMPUTER EQUIPMENT AND DEMONSTRATIVE EVIDENCE TO COURTROOM FOR HEARING SCHEDULED FOR FEBRUARY 12, 2010**<br><br>**[Civil L.R. 7-12]**<br><br>DATE: February ~~12~~ 24, 2010<br>TIME: ~~9:00 a.m.~~ 4 p.m.<br>COURTROOM: 10, 19th Floor<br>JUDGE: The Honorable Susan Illston |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; and Samsung Digital Imaging Co., Ltd.; (collectively, "Samsung") jointly submit this Stipulation

regarding bringing computer equipment and demonstrative evidence into the courtroom for the hearing scheduled for February 12, 2010.

WHEREAS, AMD and Samsung (the "Parties") request permission to bring certain audiovisual equipment into the Courtroom for the hearing scheduled for 9:00 a.m. on February 12, 2010.

WHEREAS, the Parties further request access to the Courtroom at approximately 8:30 a.m. on February 12, 2010, if possible, to allow for set up of the audiovisual equipment in time for the Hearing.

WHEREAS, the Parties request permission to bring the following equipment:

1. One laptop computer per attorney present with certain of such laptops to be used for presentation purposes; and
2. An assortment of cables and laptop computer peripheral equipment.

Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that, subject to the Court's approval, the Parties will be permitted to bring the aforementioned items into the Courthouse and into this Courtroom in advance of the hearing on February 12, 2010.

DATED:  February 10, 2010                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ William H. Manning
William H. Manning
Samuel L. Walling

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

| | | |
|---|---|---|
| 1 | DATED: February 10, 2010 | **COVINGTON & BURLING LLP** |
| 2 | | |
| 3 | | By: /s/ Christine Saunders Haskett |
| 4 | | Robert T. Haslam<br>Christine Saunders Haskett |
| 5 | | Laura E. Muschamp |

<br>

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2010            _____
                                        Honorable Susan Illston
                                        United States District Judge

| | |
|---|---|
| 1 | **ECF CERTIFICATION** |

2    I, Christine Saunders Haskett, am the ECF User whose identification and password are
3  being used to file this Stipulation regarding bringing computer equipment and demonstrative
4  evidence into the courtroom for the hearing scheduled for February 12, 2010.  In compliance
5  with General Order 45.X.B, I hereby attest that William H. Manning has concurred in this filing.

6

7  DATED:  February 10, 2010            **COVINGTON & BURLING LLP**

8                                              By /s/ Christine Saunders Haskett
9                                                 CHRISTINE SAUNDERS HASKETT

10                                         Attorneys for Defendants and Counterclaimants
                                           Samsung Electronics Co., Ltd., et al.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28