IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADVANCED MICRO DEVICES, INC., et al.,  No. C 08-00986 SI

       Plaintiffs,

  v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

       Defendants.
                                                   /

**ORDER RE: ADMISSIBILITY OF CERTAIN DOCUMENTS PRODUCED BY SAMSUNG**

      Plaintiff AMD has filed a request for an order declaring that certain documents produced during discovery by defendant Samsung shall be admissible at trial if offered by AMD to prove infringement of two of the patents at issue in this case, the '434 and '200 patents. AMD asserts that the documents at issue should be ruled admissible because Samsung has relied on these documents as supposed proof of non-infringement and has admitted their authenticity, and because the documents are relevant, non-hearsay evidence.

      Samsung opposes the request on the grounds it is procedurally improper and premature. The Court agrees. Even if Samsung has relied to some extent on the documents at issue, for example by referring to some of the documents in its interrogatory responses, the Court is not prepared to rule at this time that the entire body of documents covered by AMD's request will be admissible at trial, thus effectively preempting any objection that may arise in the eleven months currently remaining before trial. As the trial draws nearer and AMD is able to identify the specific documents it seeks to offer, it may seek to obtain a stipulation from Samsung or alternatively may move the Court for an order regarding the admissibility of the specific documents at that time.

      **IT IS SO ORDERED.**

Dated: February 17, 2010

                                                              SUSAN ILLSTON
                                                              United States District Judge