IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADVANCED MICRO DEVICES, INC., et al.,               No. C 08-00986 SI

    Plaintiffs,                                                          **ORDER**

  v.

SAMSUNG ELECTRONICS CO., LTD., et al.,

                                            /

      AMD's motion for summary judgment and motion for judgment on the pleadings are set for oral argument on February 24, 2010 at 4:00 p.m. In its opposition to the summary judgment motion, filed on January 22, 2010, Samsung requested that the Court defer adjudication of the motion because it had not yet taken the depositions of Elvan Young and Anne Killingsworth. Since then, the hearing was moved from February 12, 2010 to February 24, 2010, and according to Samsung, Ms. Killingsworth's deposition was scheduled for February 11, 2010.

      The Court is not inclined to defer adjudication of the motion. However, if the parties wish to supplement their papers by bringing to the Court's attention any material information presented at Ms. Killingsworth's deposition, they may do so no later than **Friday, February 19, 2010.**

**IT IS SO ORDERED.**

Dated: February 17, 2010

                                                                SUSAN ILLSTON
                                                                United States District Judge