William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Anthony G. Beasley (*pro hac vice*)
E-mail: AGBeasley@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

John P. Bovich (Bar No. 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: 415-543-8700

Attorneys for Plaintiffs and
Counterdefendants Advanced Micro
Devices, Inc., et al.

Robert T. Haslam (Bar No. 71134)
E-mail: RHaslam@cov.com
Amy K. Van Zant (Bar No. 197426)
E-mail: AVanZant@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Alan H. Blankenheimer (Bar. No. 218713)
E-mail: ABlankenheimer@cov.com
**Covington & Burling LLP**
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: 858-678-1801
Facsimile: 858-678-1601

Christine Saunders Haskett (Bar No. 188053)
E-mail: CHaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-7087
Facsimile: 415-955-6587

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>    Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL**<br><br>**[Civil L.R. 7-12]** |

    Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications

America, LLP; and Samsung Digital Imaging Co., Ltd. (collectively "Samsung") jointly submit this Stipulation regarding the filing of Protected Material under seal.

WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the public record in this action any Protected Material or document summarizing, discussing or otherwise referencing Protected Material." (Dkt. #60 at 12).

WHEREAS, portions of AMD's Motion to Compel and Exhibits 5, 7, and 8 thereto contain Confidential Samsung Protected Material.

Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that, subject to the Court's approval, the unredacted version of AMD's Motion to Compel and Exhibits thereto shall be filed under seal, and a manual filing notice referencing this document shall be publicly filed with the Court.

DATED: February 16, 2010           **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                   By:   /s/ Anthony G. Beasley
                                       William H. Manning
                                       Brad P. Engdahl
                                       Anthony G. Beasley

                                   **ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED: February 16, 2010           **COVINGTON & BURLING LLP**

                                   By:   /s/ Amy K. Van Zant
                                       Robert T. Haslam
                                       Alan H. Blankenheimer
                                       Christine S. Haskett
                                       Amy K. Van Zant

                                   **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG**

**SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

February __, 2010                    _____

                                    Honorable Susan Illston
                                    United States District Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS