| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>Aaron R. Fahrenkrog (*pro hac vice*)<br>E-mail: ARFahrenkrog@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br><br>John P. Bovich (Bar No. 150688)<br>E-mail: JBovich@reedsmith.com<br>**Reed Smith LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: 415-543-8700 | Robert T. Haslam (Bar No. 71134)<br>E-mail: RHaslam@cov.com<br>**Covington & Burling LLP**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: 650-632-4700<br>Facsimile: 650-632-4800<br><br>Christine Saunders Haskett (Bar No. 188053)<br>E-mail: CHaskett@cov.com<br>**Covington & Burling LLP**<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415-591-6000<br>Facsimile: 415-591-6091<br><br>Alan H. Blankenheimer (Bar. No. 218713)<br>E-mail: ABlankenheimer@cov.com<br>Christopher J. Longman (Bar. No. 234473)<br>E-mail: CLongman@cov.com<br>**Covington & Burling LLP**<br>9191 Towne Centre Drive, 6th Floor<br>San Diego, CA 92122<br>Telephone: 858-678-1801<br>Facsimile: 858-678-1601 |
| Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>          Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL**<br><br>**[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and

Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor,

1  LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; and
2  Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation
3  regarding the filing of Protected Material under seal.
4      WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the
5  public record in this action any Protected Material or document summarizing, discussing or
6  otherwise referencing Protected Material."  (Dkt. #60 at 12.)
7      WHEREAS, AMD represents that AMD's letter regarding the admissibility of certain
8  documents produced by Samsung contains material from documents that Samsung has designated
9  as Highly Confidential Protected Material.
10     WHEREAS, AMD represents that the Declaration of Andrew Wolfe, Ph.D. in Support of
11 AMD's Motion to Determine the Admissibility of Certain Documents Produced by Samsung
12 contains material from documents that Samsung has designated as Highly Confidential Protected
13 Material.
14     WHEREAS, Samsung disputes that AMD's letter regarding the admissibility of certain
15 documents produced by Samsung is necessary or permitted but, to the extent the Court will
16 permit the filing, Samsung stipulates to filing under seal as laid forth below.
17     Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
18 and between AMD and Samsung that, subject to the Court's approval,
19     1.    AMD's letter regarding the admissibility of certain documents produced by
20 Samsung shall be filed under seal, and a version of the letter with the confidential information
21 redacted shall be filed publicly with the Court.
22     2.    The Declaration of Andrew Wolfe, Ph.D. in Support of AMD's Motion to
23 Determine the Admissibility of Certain Documents Produced by Samsung shall be filed under
24 seal, and a version of the declaration with the confidential information redacted shall be filed
25 publicly with the Court.
26
27
28

Case No. CV-08-0986-SI         - 2 -         STIP. AND [PROPOSED] ORDER RE FILING
                                              PROTECTED MATERIAL UNDER SEAL

| | |
|---|---|
| DATED: February 16, 2010 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| | By: /s/ Aaron R. Fahrenkrog |
| | William H. Manning |
| | Aaron R. Fahrenkrog |
| | **ATTORNEYS FOR PLAINTIFFS ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES ULC** |
| DATED: February 16, 2010 | **COVINGTON & BURLING LLP** |
| | By: /s/ Christopher J. Longman |
| | Robert T. Haslam |
| | Alan H. Blankenheimer |
| | Christine Saunders Haskett |
| | Christopher J. Longman |
| | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; AND SAMSUNG DIGITAL IMAGING CO., LTD.** |

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

February __, 2010

_____
Honorable Susan Illston
United States District Judge