| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>Samuel L. Walling (*pro hac vice*)<br>E-mail: SLWalling@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br><br>Attorneys for Plaintiffs and<br>Counterdefendants Advanced Micro<br>Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134)<br>E-mail: Rhaslam@cov.com<br>**Covington & Burling LLP**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: 650-632-4700<br>Facsimile: 650-632-4800<br><br>Christine Saunders Haskett (Bar No. 188053)<br>E-mail: Chaskett@cov.com<br>**Covington & Burling LLP**<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415-591-6000<br>Facsimile: 415-591-6091<br><br>Alan H. Blankenheimer (Bar No. 218713)<br>E-mail: ablankenheimer@cov.com<br>Laura E. Muschamp (Bar No. 228717)<br>E-mail: lmuschamp@cov.com<br>Jo Dale Carothers (Bar No. 228703)<br>E-mail: jcarothers@cov.com<br>**Covington & Burling LLP**<br>9191 Towne Centre Drive, 6th Floor<br>San Diego, CA 92122-1225<br>Telephone: 858-678-1800<br>Facsimile: 858-678-1600<br><br>Attorneys for Defendants and Counterclaimants<br>Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>         Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL**<br><br>**[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and

1  Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation
2  regarding the filing of Protected Material under seal.

3  WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the
4  public record in this action any Protected Material or document summarizing, discussing or
5  otherwise referencing Protected Material."  Dkt. No. 60 at 12.

6  WHEREAS, Defendants and Counterclaimants' Supplemental Submission in Support of
7  Opposition to Plaintiff AMD's Motion for Summary Judgment of Inequitable-Conduct
8  Affirmative Defense Relating to U.S. Patent No. 5,559,990 and Exhibit A to the Declaration of
9  Laura E. Muschamp in Support of Samsung's Supplemental Submission in Support of Opposition
10 to Plaintiff AMD's Motion for Summary Judgment of Inequitable-Conduct Affirmative Defense
11 Relating to U.S. Patent No. 5,559,990 contain Highly Confidential AMD Protected Material.

12 Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
13 and ~~between AMD and Samsung that, subject to the Court's approval, the unredacted version of~~
14 ~~Defendants and Counterclaimants' Supplemental Submission in Support of Opposition to~~
15 ~~Plaintiff AMD's Motion for Summary Judgment of Inequitable-Conduct Affirmative Defense~~
16 ~~Relating to U.S. Patent No. 5,559,990 and~~ Exhibit A to the Declaration of Laura E. Muschamp in
17 Support of Samsung's Supplemental Submission in Support of Opposition to Plaintiff AMD's
18 Motion for Summary Judgment of Inequitable-Conduct Affirmative Defense Relating to U.S.
19 Patent No. 5,559,990 shall be filed under seal, and the redacted version of these documents shall
20 be publicly filed with the Court.

21 DATED:  February 19, 2010                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

22                                          By:___/s/ Samuel L. Walling_____
23                                             Brad P. Engdahl
                                               Samuel L. Walling
24
25                                          **ATTORNEYS FOR ADVANCED MICRO
                                            DEVICES, INC. AND ATI TECHNOLOGIES,
26                                          ULC**

27

28

1 | DATED:  February 19, 2010     **COVINGTON & BURLING LLP**

2 | By: _/s/ Laura E. Muschamp_____

3 | Robert T. Haslam
4 | Laura E. Muschamp

5 | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

9 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11 | _____, 2010

_[signature: Susan Illston]_

Honorable Susan Illston
United States District Judge

---

Case No. CV-08-0986-SI  — 3 —  STIP. AND [PROPOSED] ORDER RE FILING PROTECTED MATERIAL UNDER SEAL

**ECF CERTIFICATION**

I, Laura E. Muschamp, am the ECF User whose identification and password are being used to file this Stipulation regarding the filing of Protected Material under seal in compliance with General Order 45.X.B, I hereby attest that Samuel L. Walling has concurred in this filing.

DATED: February 19, 2010   **COVINGTON & BURLING LLP**

By  /s/ Laura E. Muschamp
    LAURA E. MUSCHAMP

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.