| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Brad P. Engdahl (*pro hac vice*) <br> E-mail: BPEngdahl@rkmc.com <br> Samuel L. Walling (*pro hac vice*) <br> E-mail: SLWalling@rkmc.com <br> Anthony G. Beasley (*pro hac vice*) <br> Email: AGBeasley@rkmc.com <br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN 55402 <br> Telephone: 612-349-8500 <br> Facsimile: 612-339-4181 | Robert T. Haslam (Bar No. 71134) <br> E-mail: Rhaslam@cov.com <br> **Covington & Burling LLP** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA 94065 <br> Telephone: 650-632-4700 <br> Facsimile: 650-632-4800 <br><br> Christine Saunders Haskett (Bar No. 188053) <br> E-mail: Chaskett@cov.com <br> **Covington & Burling LLP** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-591-6000 <br> Facsimile: 415-591-6091 |
| Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL** <br><br> **[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; and Samsung Digital Imaging Co. Ltd. (collectively, "Samsung") jointly submit this Stipulation regarding the filing of Protected Material under seal.

1  WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the
2  public record in this action any Protected Material or document summarizing, discussing or
3  otherwise referencing Protected Material."  Dkt. No. 60 at 12.

4  WHEREAS, Samsung's Opposition to AMD's Motion To Compel Samsung To Produce
5  License Agreements, and Exhibits B, C, and D thereto, contain Highly Confidential Protected
6  Material.

7  Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
8  and between AMD and Samsung that, subject to the Court's approval, the unredacted version of
9  Samsung's Opposition to AMD's Motion To Compel Samsung To Produce License Agreements,
10 and Exhibits B, C, and D thereto, shall be filed under seal, and Manual Filing Notifications
11 referencing these documents shall be publicly filed with the Court.

DATED:  February 23, 2010          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  /s/ Anthony G. Beasley

William H. Manning
Anthony G. Beasley

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED:  February 23, 2010          **COVINGTON & BURLING LLP**

By:  /s/ Robert T. Haslam

Robert T. Haslam
Amy K. Van Zant

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; AND SAMSUNG DIGITAL IMAGING CO. LTD.**

1
2   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4   _____, 2010                   _____
                                              Honorable Susan Illston
5                                             United States District Judge
6
7
...
28

**ECF CERTIFICATION**

I, Robert T. Haslam, am the ECF User whose identification and password are being used to file this Stipulation regarding the the filing of Protected Material under seal  In compliance with General Order 45.X.B, I hereby attest that Anthony Beasley has concurred in this filing.

DATED:  February 23, 2010              **COVINGTON & BURLING LLP**

By /s/Robert T. Haslam
ROBERT T. HASLAM

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.