ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
SAMUEL F. ERNST (Bar No. 223963)
sernst@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111
Telephone:     (415) 591-6000
Facsimile:      (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA  92122-1225
Telephone:     (858) 678-1800
Facsimile:      (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, and SAMSUNG DIGITAL IMAGING CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI<br><br>**STIPULATION REGARDING MANUFACTURE OF PRODUCTS BY SAMSUNG AUSTIN SEMICONDUCTOR, L.L.C. AND PRODUCTION OF SAS SALES DATA**<br><br>**MANUAL FILING NOTIFICATON** |

**MANUAL FILING NOTIFICATION**

**Regarding: STIPULATION REGARDING MANUFACTURE OF PRODUCTS BY SAMSUNG AUSTIN SEMICONDUCTOR, L.L.C. AND PRODUCTION OF SAS SALES DATA**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____
_____

DATED:  MARCH 11, 2010                                  COVINGTON & BURLING LLP

                                                        By:   _/s/ Robert T. Haslam_____
                                                              Robert T. Haslam

                                                        Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, and SAMSUNG DIGITAL IMAGING CO., LTD.

| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>Anthony G. Beasley (*pro hac vice*)<br>E-mail: AGBeasley@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br><br>Attorneys for Plaintiffs and<br>Counterdefendants Advanced Micro<br>Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134)<br>E-mail: Rhaslam@cov.com<br>**Covington & Burling LLP**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: 650-632-4700<br>Facsimile: 650-632-4800<br><br>Christine S. Haskett (Bar No. 188053)<br>E-mail: Chaskett@cov.com<br>**Covington & Burling LLP**<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415-591-6000<br>Facsimile: 415-591-6091<br><br>Alan H. Blankenheimer (Bar No. 218713)<br>E-mail: ablankenheimer@cov.com<br>Laura E. Muschamp (Bar No. 228717)<br>E-mail: lmuschamp@cov.com<br>Jo Dale Carothers (Bar No. 228703)<br>E-mail: jcarothers@cov.com<br>**Covington & Burling LLP**<br>9191 Towne Centre Drive, 6th Floor<br>San Diego, CA 92122-1225<br>Telephone: 858-678-1800<br>Facsimile: 858-678-1600<br><br>Attorneys for Defendants and<br>Counterclaimants Samsung<br>ElectronicsCo., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>　　　　　　Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL**<br><br>**[Civil L.R. 7-12]** |

1 | Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and
2 | Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor,
3 | LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and
4 | Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation
5 | regarding the filing of Protected Material under seal.

6 | WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the
7 | public record in this action any Protected Material or document summarizing, discussing or
8 | otherwise referencing Protected Material." Dkt. No. 60 at 12.

9 | WHEREAS, the Stipulation Regarding Manufacture of Products by Samsung Austin
10 | Semiconductor, L.L.C. and Production of SAS Sales Data contains Confidential Protected
11 | Material.

12 | Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
13 | and between AMD and Samsung that, subject to the Court's approval, the unredacted version of
14 | the Stipulation Regarding Manufacture of Products by Samsung Austin Semiconductor, L.L.C.
15 | and Production of SAS Sales Data shall be filed under seal, and a Notice of Manual Filing shall
16 | be publicly filed with the Court.

17 | DATED: March 11, 2010         **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

18 |                               By:____/s/ William H. Manning____
19 |                                   William H. Manning
                                       Anthony G. Beasley
20 |
21 |                               **ATTORNEYS FOR ADVANCED MICRO
                                  DEVICES, INC. AND ATI TECHNOLOGIES,
22 |                               ULC**

| | | |
|---|---|---|
| 1 | DATED: March 11, 2010 | **COVINGTON & BURLING LLP** |
| 2 | | By:___/s/ Robert T. Haslam_____ |
| 3 | |     Robert T. Haslam<br>    Amy K. Van Zant |

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2010

_____
Honorable Susan Illston
United States District Judge

CASE NO. CV-08-0986-SI     - 3 -     STIP. AND [PROPOSED] ORDER RE FILING PROTECTED MATERIAL UNDER SEAL

1 **ECF CERTIFICATION**

2     I, Robert T. Haslam, am the ECF User whose identification and password are being used

3 to file this Stipulation regarding the filing of Protected Material under seal in compliance with

4 General Order 45.X.B, I hereby attest that William H. Manning has concurred in this filing.

5

6 DATED: March 11, 2010                **COVINGTON & BURLING LLP**

7                                          By  /s/ Robert T. Haslam

8                                               ROBERT T. HASLAM

9                               Attorneys for Defendants and Counterclaimants

10                              Samsung Electronics Co., Ltd., et al.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | ROBERT T. HASLAM (Bar No. 71134)
rhaslam@cov.com
2 | MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
3 | CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
chaskett@cov.com
4 | SAMUEL F. ERNST (Bar No. 223963)
sernst@cov.com
5 | COVINGTON & BURLING LLP
One Front Street
6 | San Francisco, CA  94111
Telephone:    (415) 591-6000
7 | Facsimile:    (415) 591-6091

8 | ALAN H. BLANKENHEIMER (Bar No. 218713)
ablankenheimer@cov.com
9 | LAURA E. MUSCHAMP (Bar No. 228717)
lmuschamp@cov.com
10 | JO DALE CAROTHERS (Bar No. 228703)
jcarothers@cov.com
11 | COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
12 | San Diego, CA  92122-1225
Telephone:    (858) 678-1800
13 | Facsimile:    (858) 678-1600

Attorneys for Defendants and Counterclaimants SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, and SAMSUNG DIGITAL IMAGING CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | CASE NO. 3:08-CV-0986-SI |
| Plaintiffs and Counterdefendants, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants and Counterclaimants. | |

**CERTIFICATE OF SERVICE BY E-MAIL**
Case No.: 3:08-CV-0986-SI, N.D. Cal.

I, Kimberley M. Sydorak, declare as follows:

I am employed with the law firm of Covington & Burling LLP, whose address is One Front Street, San Francisco, CA 94111

On March 11, 2010, I served the following:

**STIPULATION REGARDING MANUFACTURE OF PRODUCTS BY SAMSUNG AUSTIN SEMICONDUCTOR, L.L.C. AND PRODUCTION OF SAS SALES DATA (SEALED VERSION)**

on the below parties in this action by sending an electronic image via e-mail using the below e-mail addresses:

| | |
|---|---|
| John P. Bovich, Esq.<br>E-mail: JBovich@reedsmith.com<br>REED SMITH LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105<br>Tel.: (415) 543-8700<br>Fax: (415) 391-8269 | William H. Manning, Esq.<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl, Esq.<br>E-mail: BPEngdahl@rkmc.com<br>Samuel Walling<br>Email: SLWalling@rkmc.com<br>ROBINS, KAPLAN, MILLER<br>  & CIRESI LLP<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Tel.: (612) 349-8500<br>Fax: (612) 339-4181 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this proof of service was executed on March 11, 2010 at San Francisco, California.

Kimberley M. Sydorak