| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Brad P. Engdahl (*pro hac vice*) <br> E-mail: BPEngdahl@rkmc.com <br> Anthony G. Beasley (*pro hac vice*) <br> E-mail: AGBeasley@rkmc.com <br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN  55402 <br> Telephone:  612-349-8500 <br> Facsimile:  612-339-4181 <br><br> Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134) <br> E-mail: Rhaslam@cov.com <br> **Covington & Burling LLP** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA  94065 <br> Telephone:  650-632-4700 <br> Facsimile:  650-632-4800 <br><br> Christine S. Haskett (Bar No. 188053) <br> E-mail: Chaskett@cov.com <br> **Covington & Burling LLP** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-591-6000 <br> Facsimile: 415-591-6091 <br><br> Alan H. Blankenheimer (Bar No. 218713) <br> E-mail: ablankenheimer@cov.com <br> Laura E. Muschamp (Bar No. 228717) <br> E-mail: lmuschamp@cov.com <br> Jo Dale Carothers (Bar No. 228703) <br> E-mail: jcarothers@cov.com <br> **Covington & Burling LLP** <br> 9191 Towne Centre Drive, 6th Floor <br> San Diego, CA  92122-1225 <br> Telephone: 858-678-1800 <br> Facsimile:  858-678-1600 <br><br> Attorneys for Defendants and Counterclaimants Samsung ElectronicsCo., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No.  CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL** <br><br> **[Civil L.R. 7-12]** |

1   Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and
2   Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor,
3   LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and
4   Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation
5   regarding the filing of Protected Material under seal.

6   WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the
7   public record in this action any Protected Material or document summarizing, discussing or
8   otherwise referencing Protected Material." Dkt. No. 60 at 12.

9   WHEREAS, the Stipulation Regarding Samsung Cost Data and Extension of Motion to
10  Compel Deadlines contains Confidential Protected Material.

11  Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
12  and between AMD and Samsung that, subject to the Court's approval, the unredacted version of
13  the Stipulation Regarding Samsung Cost Data and Extension of Motion to Compel Deadlines
14  shall be filed under seal, and a Notice of Manual Filing shall be publicly filed with the Court.

15  DATED: March 12, 2010                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

16                                       By:____/s/ William H. Manning____

17                                       William H. Manning
                                         Anthony G. Beasley
18

19                                       **ATTORNEYS FOR ADVANCED MICRO
                                         DEVICES, INC. AND ATI TECHNOLOGIES,**
20                                       **ULC**

1 | DATED: March 12, 2010      **COVINGTON & BURLING LLP**

2

By:\_\_\_/s/ Robert T. Haslam_____
    Robert T. Haslam
    Amy K. Van Zant

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2010      _____
    Honorable Susan Illston
    United States District Judge

**ECF CERTIFICATION**

I, Robert T. Haslam, am the ECF User whose identification and password are being used to file this Stipulation regarding the filing of Protected Material under seal in compliance with General Order 45.X.B, I hereby attest that William H. Manning has concurred in this filing.

DATED:  March 12, 2010              **COVINGTON & BURLING LLP**

                                     By __/s/ Robert T. Haslam_____
                                           ROBERT T. HASLAM

                                     Attorneys for Defendants and Counterclaimants
                                     Samsung Electronics Co., Ltd., et al.