| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Brad P. Engdahl (*pro hac vice*) <br> E-mail: BPEngdahl@rkmc.com <br> Cole M. Fauver (*pro hac vice*) <br> E-mail: CMFauver@rkmc.com <br> Logan J. Drew (*pro hac vice*) <br> E-mail: LJDrew@rkmc.com <br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN 55402 <br> Telephone: 612-349-8500 <br> Facsimile: 612-339-4181 <br><br> Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134) <br> E-mail: Rhaslam@cov.com <br> **Covington & Burling LLP** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA 94065 <br> Telephone: 650-632-4700 <br> Facsimile: 650-632-4800 <br><br> Christine S. Haskett (Bar No. 188053) <br> E-mail: Chaskett@cov.com <br> **Covington & Burling LLP** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-591-6000 <br> Facsimile: 415-591-6091 <br><br> Alan H. Blankenheimer (Bar No. 218713) <br> E-mail: ablankenheimer@cov.com <br> Laura E. Muschamp (Bar No. 228717) <br> E-mail: lmuschamp@cov.com <br> Jo Dale Carothers (Bar No. 228703) <br> E-mail: jcarothers@cov.com <br> **Covington & Burling LLP** <br> 9191 Towne Centre Drive, 6th Floor <br> San Diego, CA 92122-1225 <br> Telephone: 858-678-1800 <br> Facsimile: 858-678-1600 <br><br> Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER REQUESTING TO EXTEND THE DEADLINES TO FILE CERTAIN MOTIONS TO COMPEL IF THE PARTIES CANNOT REACH AGREEMENT ON THE SPECIFIED DISPUTES** <br><br> **[Civil L.R. 7-12]** |

CASE NO. CV-08-0986-SI

STIP. AND [PROPOSED] ORDER RE REQUESTING DEADLINE EXTENSION

1   Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and
2   Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor,
3   LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and
4   Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation
5   regarding the request to extend the deadline to file motions to compel regarding specified
6   discovery disputes.

7   WHEREAS, the parties agree that there is still room for more negotiation which may
8   obviate the need to engage in motions practice with regard to discovery issues concerning U.S.
9   Patent No. 5,740,065.  Therefore, the parties jointly stipulate to request to extend the deadline to
10  file discovery-related motions to compel solely with respect to the following discovery requests:
11  Samsung's Interrogatory 98, Samsung's related 30(b)(6) deposition request Topic 31 served
12  February 5, 2010, AMD's Request for Production 276, AMD's Interrogatories 58-60 and AMD's
13  related 30(b)(6) deposition request Topic 323 served January 5, 2010.

14  Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
15  and between AMD and Samsung that, subject to the Court's approval, the deadline for filing
16  motions to compel shall be extended by seven (7) days (until March 26, 2010).  The parties
17  further agree that this stipulation will in no way lengthen the period of time in which to serve
18  discovery.  The parties further agree that this stipulation will not change or serve as the basis for
19  changing any other deadline in the case, particularly the deadlines for serving expert reports.

21  DATED:  March 19, 2010                     **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

22                                              By:____*/s/ Cole M. Fauver*_____
23                                                  William H. Manning
                                                    Cole M. Fauver
24                                                  Logan J. Drew

25                                              **ATTORNEYS FOR ADVANCED MICRO
                                                DEVICES, INC. AND ATI TECHNOLOGIES,**
26                                              **ULC**

CASE NO. CV-08-0986-SI             - 2 -          STIP. AND [PROPOSED] ORDER RE
                                                  REQUESTING DEADLINE EXTENSION

1 | DATED: March 19, 2010 | **COVINGTON & BURLING LLP**

By: ___*/s/Christine Saunders Haskett*___
Christine Saunders Haskett
Alexa Hansen

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

____03/22____, 2010

_____
Honorable Susan Illston
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Susan Illston signature]*

**ECF CERTIFICATION**

I, Christine Saunders Haskett, am the ECF User whose identification and password are being used to file this Stipulation regarding requesting to extend deadlines to file motions to compel on specific items of discovery.  I hereby attest that Cole M. Fauver has concurred in this filing.

DATED:  March 19, 2010          **COVINGTON & BURLING LLP**

By  */s/Christine Saunders Haskett*
CHRISTINE SAUNDERS HASKETT

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.