William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Samuel L. Walling (*pro hac vice*)
Email: SLWalling@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Robert T. Haslam (Bar No. 71134)
E-mail: RHaslam@cov.com
**Covington & Burling, LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Alan H. Blankenheimer (Bar No. 006164)
E-mail: ABlankenheimer@cov.com
Owais Siddiqui (Bar No. 230004)
Email: OSiddiqui@cov.com
**Covington & Burling, LLP**
9191 Towne Centre Drive, Suite 600
San Diego, CA 92122
Telephone: 858-658-1800
Facsimile: 858-678-1600

Attorneys for Plaintiffs and
Counterdefendants Advanced Micro
Devices, Inc., et al.

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION REGARDING CERTAIN FACTS RELATED TO VLSI TECHNOLOGY AND NXP SEMICONDUCTORS**<br><br>**[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and Samsung Digital Imaging Co., Ltd. (collectively "Samsung") jointly submit this Stipulation regarding certain facts related to VLSI Technology and NXP Semiconductors.

In this Stipulation, "VLSI" refers to VLSI Technology, Inc. "NXP" refers to NXP Semiconductors USA, Inc., which is a successor of VLSI Technology, Inc. ("VLSI"). "ARM"

1  refers to ARM Holdings plc.  "ARM6xx" refers to the ARM6 family of chips, including
2  ARM610, ARM600, and ARM60.
3      In this Stipulation, "authentic" refers to the requirement of authentication or identification
4  in Article IX of the Federal Rules of Evidence.
5      In accordance with Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND
6  AGREED, by and between AMD and Samsung that:
7    1. The documents that NXP produced in this litigation in response to Samsung's subpoena
8  are authentic.  These documents bear production numbers NXP0000001 through NXP0000441.
9    2. The documents that NXP produced at NXP0000001 through NXP0000411, but not the
10 document at NXP0000412-441, are VLSI business records that are admissible under the Federal
11 Rule of Evidence 803(6) business records exception to the hearsay rule.
12   3. To the extent ARM6xx chips were made in 1991 or 1992, they were made by VLSI in the
13 United States.
14   4. The ARM6xx chips on the boards that Guy Larri of ARM brought to his March 2-3, 2010,
15 deposition are authentic, as is the labeling on the chips' packaging.  Photographs of these boards
16 were produced by ARM in this case and bear production numbers
17 ARM_AMD_SAMSUNG00000597 through ARM_AMD_SAMSUNG00000600 and
18 ARM_AMD_SAMSUNG00002727 through ARM_AMD_SAMSUNG000002734.
19   5. This Stipulation applies only to this case, captioned *Advanced Micro Devices, Inc., et al.*
20 *v. Samsung Electronics Co., Ltd., et al.,* Case No. CV-08-0986-SI.
21
22 DATED:  March 22, 2010                     **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
23
24                                             By:____*/s/ Samuel L. Walling*
25                                                 William H. Manning
26                                                 Samuel L. Walling
27
28

Case No. CV-08-0986-SI                    - 2 -        STIPULATION REGARDING CERTAIN
FACTS RELATED TO VLSI TECHNOLOGY
AND NXP SEMICONDUCTORS

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

*Defendants' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

DATED: March 22, 2010

**COVINGTON & BURLING, LLP**

By: /s/ Robert T. Haslam
　　Robert T. Haslam
　　Alan H. Blankenheimer
　　Owais Siddiqui

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, AND SAMSUNG DIGITAL IMAGING CO., LTD.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

March __22__, 2010

_____
Honorable Susan Illston
United States District Judge

Case No. CV-08-0986-SI　　- 3 -　　STIPULATION REGARDING CERTAIN FACTS RELATED TO VLSI TECHNOLOGY AND NXP SEMICONDUCTORS

**ECF CERTIFICATION**

I, Robert T. Haslam, am the ECF User whose identification and password are being used to file this Stipulation regarding certain facts related to VLSI Technology and NXP Semiconductors. I hereby attest that Samuel L. Walling has concurred in this filing.

DATED:  March 22, 2010             **COVINGTON & BURLING LLP**

By  _/s/ Robert T. Haslam_
ROBERT T. HASLAM

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.