| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>Cole M. Fauver (*pro hac* vice)<br>E-mail: CMFauver@rkmc.com<br><br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br><br>Attorneys for Plaintiffs and<br>Counterdefendants Advanced Micro<br>Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134)<br>E-mail: Rhaslam@cov.com<br>**Covington & Burling LLP**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: 650-632-4700<br>Facsimile: 650-632-4800<br><br>Christine S. Haskett (Bar No. 188053)<br>E-mail: Chaskett@cov.com<br>**Covington & Burling LLP**<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415-591-6000<br>Facsimile: 415-591-6091<br><br>Alan H. Blankenheimer (Bar No. 218713)<br>E-mail: ablankenheimer@cov.com<br>Laura E. Muschamp (Bar No. 228717)<br>E-mail: lmuschamp@cov.com<br>Jo Dale Carothers (Bar No. 228703)<br>E-mail: jcarothers@cov.com<br>**Covington & Burling LLP**<br>9191 Towne Centre Drive, 6th Floor<br>San Diego, CA 92122-1225<br>Telephone: 858-678-1800<br>Facsimile: 858-678-1600<br><br>Attorneys for Defendants and<br>Counterclaimants Samsung Electronics<br>Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>       Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL**<br><br>**[Civil L.R. 7-12]** |

1  Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and
2  Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor,
3  LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and
4  Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation
5  regarding the filing of Protected Material under seal.

6  WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the
7  public record in this action any Protected Material or document summarizing, discussing or
8  otherwise referencing Protected Material."  Dkt. No. 60 at 12.

9  WHEREAS, the Stipulation Regarding Correlation of Process Flows to Processors Sold in
10 Relation to the '429 and '648 Patents contains Confidential Protected Material.

11 Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
12 and between AMD and Samsung that, subject to the Court's approval, the unredacted version of
13 the Stipulation Regarding Correlation of Process Flows to Processors Sold in Relation to the '429
14 and '648 Patents shall be filed under seal, and a Notice of Manual Filing shall be publicly filed
15 with the Court.

16 DATED:  March 19, 2010                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

17                                           By:     /s/Cole M. Fauver
18                                                 William H. Manning
                                                   Cole M. Fauver
19
20                                           **ATTORNEYS FOR ADVANCED MICRO
                                             DEVICES, INC. AND ATI TECHNOLOGIES,**
21                                           **ULC**

22
23
24
25
26
27
28

1 | DATED:  March 19, 2010 | **COVINGTON & BURLING LLP**

2 | By:  */s/ Robert T. Haslam*
          Robert T. Haslam
3 |       Laura E. Muschamp

4

5 | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

9 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11 | _____, 2010

12 | Honorable Susan Illston
     United States District Judge

CASE NO. CV-08-0986-SI         - 3 -         STIP. AND [PROPOSED] ORDER RE FILING PROTECTED MATERIAL UNDER SEAL

**ECF CERTIFICATION**

I, Robert T. Haslam, am the ECF User whose identification and password are being used to file this Stipulation regarding the filing of Protected Material under seal in compliance with General Order 45.X.B, I hereby attest that Cole M. Fauver has concurred in this filing.

DATED:  March 19, 2010　　　　　　　　**COVINGTON & BURLING LLP**

　　　　　　　　　　　　　　　　　　　　By  _/s/ Robert T. Haslam_____
　　　　　　　　　　　　　　　　　　　　　　ROBERT T. HASLAM

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants and Counterclaimants
　　　　　　　　　　　　　　　　　　　　Samsung Electronics Co., Ltd., et al.