William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

John P. Bovich (Bar No. 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: 415-543-8700

Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al.

Robert T. Haslam (Bar No. 71134)
E-mail: RHaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Christine S. Haskett (Bar No. 188053)
E-mail: CHaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Alan H. Blankenheimer (Bar. No. 218713)
E-mail: ABlankenheimer@cov.com
**Covington & Burling LLP**
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: 858-678-1801
Facsimile: 858-678-1601

Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION REGARDING AUTHENTICITY OF SAMSUNG MEMORY CHIPS** <br><br> [Civil L.R. 7-12] |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin

Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; and Samsung Digital Imaging Co., Ltd. (collectively "Samsung") jointly submit this Stipulation.  This Stipulation shall apply only to this case, captioned *Advanced Micro Devices, Inc., et al. v. Samsung Electronics Co., Ltd., et al.,* Case No. CV-08-0986-SI.

WHEREAS, AMD purchased several Samsung memory chips for each of the following model numbers: K4H510438C, K4T1G164QA, K9WAG08U1A and K4M51163PC for use in testing for infringement-purposes, and provided one sample chip for each model number to Samsung to confirm authenticity;

WHEREAS, Samsung confirmed the authenticity of such chips; and

WHEREAS, it is in both parties' interests to enter into a stipulation as to the authenticity of the above-referenced chips

NOW THEREFORE, pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that the K4H510438C, K4T1G164QA, K9WAG08U1A, and K4M51163PC chips purchased by AMD are authentic and satisfy the requirements of Federal Rule of Evidence 901(a).  In so stipulating, Samsung does not stipulate to the correctness or admissibility of any analysis performed or conclusions reached by AMD regarding those chips.

DATED: March 23, 2010    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _/s/William H. Manning_____
   William H. Manning
   Brad P. Engdahl

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED: March 23, 2010        **COVINGTON & BURLING LLP**

By: _/s/Christine Saunders Haskett_____
    Robert T. Haslam
    Christine Saunders Haskett
    Alan H. Blankenheimer

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2010        _____
    Honorable Susan Illston
    United States District Judge

Case No. CV-08-0986-SI    - 3 -    STIPULATION RE: AUTHENTICITY OF SAMSUNG MEMORY CHIPS