1   William H. Manning (*pro hac vice*)        Robert T. Haslam (Bar No. 71134)
    E-mail: WHManning@rkmc.com                 E-mail: Rhaslam@cov.com
2   Brad P. Engdahl (*pro hac vice*)           **Covington & Burling LLP**
    E-mail: BPEngdahl@rkmc.com                 333 Twin Dolphin Drive, Suite 700
3   Aaron R. Fahrenkrog (*pro hac vice*)       Redwood Shores, CA  94065
    E-mail: ARFahrenkrog@rkmc.com              Telephone:  650-632-4700
4   **Robins, Kaplan, Miller & Ciresi L.L.P.** Facsimile:  650-632-4800
    2800 LaSalle Plaza
5   800 LaSalle Avenue                         Christine Saunders Haskett (Bar. No. 188053)
    Minneapolis, MN 55402                      E-mail: Chaskett@cov.com
6   Telephone:    612-349-8500                 **Covington & Burling LLP**
    Facsimile:    612-339-4181                 One Front Street
7                                              San Francisco, CA 94111
    John P. Bovich (SBN 150688)                Telephone: 415-591-7087
8   E-mail: JBovich@reedsmith.com              Facsimile:  415-955-6587
    **Reed Smith LLP**
9   101 Second Street
    San Francisco, CA 94105
10  Telephone:  415-543-8700

11  Attorneys for Advanced Micro Devices,      Attorneys for Samsung Electronics Co., Ltd.,
    Inc., et al.                               et al.

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16 ADVANCED MICRO DEVICES, INC., et al., | Case No. CV-08-0986-SI |
| 17 Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES TO BRING COMPUTER EQUIPMENT AND DEMONSTRATIVE EVIDENCE TO COURTROOM FOR HEARING SCHEDULED FOR APRIL 2, 2010** |
| 18 v. | |
| 19 SAMSUNG ELECTRONICS CO., LTD., et al., | |
| 20 | **[Civil L.R. 7-12]** |
| 21 Defendants. | Date:          April 2, 2010 |
| 22 | Time:          9:00 a.m. |
| | Courtroom:  10, 19th floor |
| 23 | Judge:         The Honorable Susan Illston |

24          Advanced Micro Devices, Inc. and ATI Technologies ULC (collectively, "AMD"), and

25   Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor,

26   LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; and

27   Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation

28

1  regarding bringing computer equipment and demonstrative evidence into the courtroom for the

2  hearing scheduled for April 2, 2010.

3      WHEREAS, AMD and Samsung (the "Parties") request permission to bring certain

4  audiovisual equipment into the Courtroom for the hearing scheduled for 9:00 a.m. on April 2,

5  2010.

6      WHEREAS, the Parties further request access to the Courtroom at approximately 8:30

7  a.m. on April 2, 2010, if possible, to allow them to set up the audiovisual equipment in time for

8  the hearing.

9      WHEREAS, the Parties request permission to bring the following equipment:

10      1.      One laptop computer per attorney present with certain of such laptops to be used

11              for presentation purposes; and

12      2.      An assortment of cables and laptop computer peripheral equipment.

13      Pursuant to Civil L.R. 7-12, IT IS HEREBY STIPULATED AND AGREED, by and

14  between AMD and Samsung that, subject to the Court's approval, the Parties will be permitted to

15  bring the aforementioned items into the Courthouse and into this Courtroom in advance of the

16  hearing on April 2, 2010.

17

18  DATED:  March 30, 2010          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

19

20                                  By:  ___/s/ Aaron R. Fahrenkrog_____ _____

21                                      William H. Manning
                                        Aaron R. Fahrenkrog

22                                  **ATTORNEYS FOR ADVANCED MICRO**

23                                  **DEVICES, INC. AND ATI TECHNOLOGIES**
                                    **ULC**

24

25

26

27

28

1    DATED:  March 30, 2010                **COVINGTON & BURLING LLP**

2

3                                          By:  __/s/ Christine Saunders Haskett_____

4                                               Robert T. Haslam
                                                Christine Saunders Haskett

5                                          **ATTORNEYS FOR SAMSUNG**
6                                          **ELECTRONICS CO., LTD.; SAMSUNG**
                                           **SEMICONDUCTOR, INC.; SAMSUNG**
7                                          **AUSTIN SEMICONDUCTOR, LLC; SAMSUNG**
                                           **ELECTRONICS AMERICA, INC.; SAMSUNG**
8                                          **TELECOMMUNICATIONS AMERICA, LLC;**
                                           **AND SAMSUNG DIGITAL IMAGING CO.,**
9                                          **LTD.**

10

11

12   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13

14   _____, 2010                _____

15                                         Honorable Susan Illston
                                           United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF CERTIFICATION

I, Aaron R. Fahrenkrog, am the ECF User whose identification and password are being used to file this Stipulation regarding bringing computer equipment and demonstrative evidence into the courtroom for the hearing scheduled for April 2, 2010.  In compliance with General Order 45.X.B, I hereby attest that Christine Saunders Haskett has concurred in this filing.


DATED:  March 30, 2010                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**


                                          By:   /s/ Aaron R. Fahrenkrog
                                                Aaron R. Fahrenkrog

                                          **ATTORNEY FOR ADVANCED MICRO
                                          DEVICES, INC. AND ATI TECHNOLOGIES
                                          ULC**

STIPULATION AND (PROPOSED) ORDER
RE: COMPUTER EQUIPMENT AND
DEMONSTRATIVE EVIDENCE