| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail:  WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail:  BPEngdahl@rkmc.com<br>Aaron R. Fahrenkrog (*pro hac vice*)<br>E-mail:  ARFahrenkrog@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone:    612-349-8500<br>Facsimile:    612-339-4181<br><br>John P. Bovich (SBN 150688)<br>E-mail: JBovich@reedsmith.com<br>**Reed Smith LLP**<br>101 Second Street<br>San Francisco, CA 94105<br>Telephone:  415-543-8700<br><br>Attorneys for Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134)<br>E-mail: Rhaslam@cov.com<br>**Covington & Burling LLP**<br>333 Twin Dolphin<br>Redwood Shores, CA<br>Telephone:  650-632-<br>Facsimile:  650-632-<br><br>Christine Saunders Haskett (Bar. No. 188053)<br>E-mail: Chaskett@cov.com<br>**Covington & Burling LLP**<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415-591-7087<br>Facsimile:  415-955-6587<br><br><br><br><br><br>Attorneys for Samsung Electronics Co., Ltd., et al. |

**DENIED**
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>                            Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>                            Defendants. | Case No. CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PARTIES TO BRING COMPUTER EQUIPMENT AND DEMONSTRATIVE EVIDENCE TO COURTROOM FOR HEARING SCHEDULED FOR APRIL 2, 2010**<br><br>**[Civil L.R. 7-12]**<br><br>Date:           April 2, 2010<br>Time:          9:00 a.m.<br>Courtroom: 10, 19th floor<br>Judge:         The Honorable Susan Illston |

Advanced Micro Devices, Inc. and ATI Technologies ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; and Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation

1  regarding bringing computer equipment and demonstrative evidence into the courtroom for the
2  hearing scheduled for April 2, 2010.

3      WHEREAS, AMD and Samsung (the "Parties") request permission to bring certain
4  audiovisual equipment into the Courtroom for the hearing scheduled for 9:00 a.m. on April 2,
5  2010.

6      WHEREAS, the Parties further request access to the Courtroom at approximately 8:30
7  a.m. on April 2, 2010, if possible, to allow them to set up the audiovisual equipment in time for
8  the hearing.

9      WHEREAS, the Parties request permission to bring the following equipment:

10      1.    One laptop computer per attorney present with certain of such laptops to be used
11          for presentation purposes; and

12      2.    An assortment of cables and laptop computer peripheral equipment.

13      Pursuant to Civil L.R. 7-12, IT IS HEREBY STIPULATED AND AGREED, by and
14  between AMD and Samsung that, subject to the Court's approval, the Parties will be permitted to
15  bring the aforementioned items into the Courthouse and into this Courtroom in advance of the
16  hearing on April 2, 2010.

17

18  DATED:  March 30, 2010                  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

19
20                                          By:  ___/s/ Aaron R. Fahrenkrog_____
21                                            William H. Manning
                                          Aaron R. Fahrenkrog

22                                    **ATTORNEYS FOR ADVANCED MICRO**
23                                    **DEVICES, INC. AND ATI TECHNOLOGIES**
                                  **ULC**

24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED:  March 30, 2010 | **COVINGTON & BURLING LLP** |
| 2 | | |
| 3 | | By:  __/s/ Christine Saunders Haskett_____ |
| 4 | | Robert T. Haslam<br>Christine Saunders Haskett |
| 5 | | |
| 6 | | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; AND SAMSUNG DIGITAL IMAGING CO., LTD.** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2010             _____
                                                         Honorable Susan Illston
                                                         United States District Judge

Case No. CV-08-0986-SI        - 3 -        STIPULATION AND (PROPOSED) ORDER RE: COMPUTER EQUIPMENT AND DEMONSTRATIVE EVIDENCE

1 **ECF CERTIFICATION**

2   I, Aaron R. Fahrenkrog, am the ECF User whose identification and password are being

3 used to file this Stipulation regarding bringing computer equipment and demonstrative evidence

4 into the courtroom for the hearing scheduled for April 2, 2010.  In compliance with General

5 Order 45.X.B, I hereby attest that Christine Saunders Haskett has concurred in this filing.

7   DATED:  March 30, 2010           **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

            By:    /s/ Aaron R. Fahrenkrog
                     Aaron R. Fahrenkrog

            **ATTORNEY FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES ULC**