William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Cole M. Fauver (*pro hac vice*)
E-mail: CMFauver@rkmc.com
Logan J. Drew (*pro hac vice*)
E-mail: LJDrew@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Plaintiffs and
Counterdefendants Advanced Micro
Devices, Inc., et al.

Robert T. Haslam (Bar No. 71134)
E-mail: Rhaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Christine S. Haskett (Bar No. 188053)
E-mail: Chaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Alan H. Blankenheimer (Bar No. 218713)
E-mail: ablankenheimer@cov.com
Laura E. Muschamp (Bar No. 228717)
E-mail: lmuschamp@cov.com
Jo Dale Carothers (Bar No. 228703)
E-mail: jcarothers@cov.com
**Covington & Burling LLP**
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: 858-678-1800
Facsimile: 858-678-1600

Attorneys for Defendants and
Counterclaimants Samsung Electronics
Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>　　　　　　Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING TO EXTEND THE DEADLINES TO FILE CERTAIN MOTIONS TO COMPEL IF THE PARTIES CANNOT REACH AGREEMENT ON THE SPECIFIED DISPUTES**<br><br>**[Civil L.R. 7-12]** |

1    Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and
2    Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor,
3    LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and
4    Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation
5    regarding the request to extend the deadline to file motions to compel regarding specified
6    discovery disputes.

7    WHEREAS, the parties agree that there is still room for more negotiation which may
8    obviate the need to engage in motions practice with regard to discovery issues concerning U.S.
9    Patent No. 5,740,065 ("'065 patent"). Therefore, the parties jointly stipulate to request to extend
10   the deadline to file discovery-related motions to compel solely with respect to the following
11   discovery requests: Samsung's Interrogatory 98, Samsung's related 30(b)(6) deposition request
12   Topic 31 served February 5, 2010, AMD's Request for Production 276, AMD's Interrogatories
13   58-60 and AMD's related 30(b)(6) deposition request Topic 323 served January 5, 2010.

14   WHEREAS, the parties agree that there is still room for more negotiation which may
15   obviate the need to engage in motions practice with regard to the production of additional AMD
16   sales data. Therefore, the parties jointly stipulate to request to extend the deadline to file
17   discovery-related motions to compel solely with respect to the production of additional AMD
18   sales data.

19   WHEREAS, the parties have scheduled a telephonic meet-and-confer to be held on
20   Sunday, March 28, 2010, during which the parties will attempt to resolve the issues set forth
21   above.

22   Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
23   and between AMD and Samsung that, subject to the Court's approval, the deadline for filing
24   motions to compel with respect to the issues set forth above shall be extended by five (5) days
25   (until March 31, 2010). The parties further agree that this stipulation will in no way lengthen the
26   period of time in which to serve discovery. With regard to discovery issues relating to the '065
27   patent, the parties further agree that this stipulation will not change or serve as the basis for
28   changing any other deadline in the case, particularly the deadlines for serving expert reports.

1  With regard to AMD sales data issues, AMD will continue to contest any extension to the expert
2  report due date.
3
4  DATED: March 26, 2010          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
5                                  By: */s/Cole M. Fauver*
6                                       William H. Manning
                                         Cole M. Fauver
7                                        Logan J. Drew

8                                  **ATTORNEYS FOR ADVANCED MICRO
                                    DEVICES, INC. AND ATI TECHNOLOGIES,
9                                   ULC**
10
11
12
13 DATED: March 26, 2010          **COVINGTON & BURLING LLP**
14                                  By: */s/Christine Saunders Haskett*
                                         Christine Saunders Haskett
15                                       Alexa Hansen

16                                 **ATTORNEYS FOR SAMSUNG
                                    ELECTRONICS CO., LTD.; SAMSUNG
17                                  SEMICONDUCTOR, INC.; SAMSUNG
                                    AUSTIN SEMICONDUCTOR, LLC; SAMSUNG
18                                  ELECTRONICS AMERICA, INC.; SAMSUNG
                                    TELECOMMUNICATIONS AMERICA, LLC;
19                                  SAMSUNG DIGITAL IMAGING CO., LTD.**
20
21 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
22
23 _____, 2010          _____
                                    Honorable Susan Illston
24                                  United States District Judge
25
26
27
28

**ECF CERTIFICATION**

I, Logan J. Drew, am the ECF User whose identification and password are being used to file this Stipulation regarding requesting to extend deadlines to file motions to compel on specific items of discovery. I hereby attest that Christine S. Haskett has concurred in this filing.

DATED: March 26, 2010             **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By */s/Logan J. Drew*

LOGAN J. DREW

Attorneys for Plaintiffs and Counter-defendants Advanced Micro Devices, Inc., et al.