

William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Cole M. Fauver (*pro hac vice*)
Email: CMFauver@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Samuel L. Walling (*pro hac vice*)
E-mail: SLWalling@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800  LaSalle Avenue
Minneapolis, MN  55402
Telephone:  612-349-8500
Facsimile:  612-339-4181

Attorneys for Plaintiffs and
Counterdefendants Advanced Micro
Devices, Inc., et al.

Robert T. Haslam (Bar No. 71134)
E-mail: Rhaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA  94065
Telephone:  650-632-4700
Facsimile:  650-632-4800

Christine Saunders Haskett (Bar No. 188053)
E-mail: Chaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone:  415-591-6000
Facsimile:  415-591-6091

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No.  CV-08-0986-SI <br><br> **STIPULATED DISMISSAL OF CERTAIN COUNTERCLAIMS** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd. ("SEC"); Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; and Samsung Digital Imaging Co., Ltd. (collectively, "Samsung"), by and through their respective counsel hereby stipulate and agree as follows:

Case No. CV-08-0986-SI

1. SEC's counterclaim for infringement of U.S. Patent No. 5,781,750 against AMD is hereby dismissed with prejudice as to all products accused in this case, as identified in Exhibit 1 hereto.

2. AMD's counterclaim for declaratory judgment of invalidity of U.S. Patent No. 5,781,750 is hereby dismissed without prejudice.

3. Each party shall bear its own fees and costs.

DATED: March 10, 2010          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: __/s/ Cole M. Fauver_____
       Cole M. Fauver

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED: March 10, 2010          **COVINGTON & BURLING LLP**

By: __/s/ Robert T. Haslam_____
       Robert T. Haslam

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; AND SAMSUNG DIGITAL IMAGING CO., LTD.**

**IT IS SO ORDERED.**

_____, 2010          _____
                           Honorable Susan Illston
                           United States District Judge

**Exhibit 1**

- K6E
- K6-2E
- K6-2E+
- K6CH
- K6-IIIE+
- K6LF
- K6ST
- K6ST50

- K8DH
- K8SH
- K8-BH65
- K8-BH90
- K8BHE4
- K8CH
- K8-DH65
- K8-DH90
- K8E-BH65
- K8E-BH90
- K8E-DH65
- K8E-DH90
- K8E-JH90
- K8E-SH90
- K8-JH90
- K8-SH90
- K8SHE4N6

- GHDEER
- GHDEER-E
- GHRIDGE
- GFNLION

**ECF CERTIFICATION**

I, Robert T. Haslam, am the ECF User whose identification and password are being used to file this Stipulated Dismissal of Certain Counterclaims in compliance with General Order 45.X.B, I hereby attest that William H. Manning has concurred in this filing.

DATED:  March 10, 2010 **COVINGTON & BURLING LLP**

By   /s/ Robert T. Haslam
    ROBERT T. HASLAM

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.