William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Andrew M. Kepper (*pro hac vice*)
E-mail:  AMKepper@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800  LaSalle Avenue
Minneapolis, MN  55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

John P. Bovich (Bar No. 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: 415-543-8700

Attorneys for Plaintiffs and
Counterdefendants Advanced Micro
Devices, Inc., et al.

Robert T. Haslam (Bar No. 71134)
E-mail: RHaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA  94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Alan H. Blankenheimer (Bar. No. 218713)
E-mail: ABlankenheimer@cov.com
**Covington & Burling LLP**
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: 858-678-1801
Facsimile: 858-678-1601

Christine Saunders Haskett (Bar No. 188053)
E-mail: CHaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone:  415-591-7087
Facsimile:  415-955-6587

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case. No.  CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING TO SCHEDULE FOR EXCHANGE OF EXPERT REPORTS**<br><br>**[Civil L.R. 7-12]** |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLP; and Samsung Digital Imaging Co., Ltd. (collectively "Samsung") jointly submit this Stipulation regarding the schedule for exchange of expert reports.

WHEREAS, Samsung has informed AMD that Samsung's infringement expert on U.S. Patent Nos. 5,173,442 and 5,091,339 (the "Carey patents") is experiencing medical issues and has requested a two-week extension to submit its Infringement Expert Report for the Carey patents;

WHEREAS, AMD agrees to Samsung's request for a two-week extension to submit its Infringement Expert Report for the Carey patents in exchange for a two-week extension to submit its Invalidity Expert Report for the Carey patents;

WHEREAS, Samsung has requested and AMD has agreed to an extension of the deadline for the exchange of Damages Expert Reports;

Now, therefore, pursuant to Civil Local Rule 7-12 and Federal Rule of Civil Procedure 15(a)(2), IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that:

1. Samsung's Infringement Expert Report and AMD's Invalidity Expert Report for the Carey Patents shall be exchanged on April 23, 2010.

2. AMD and Samsung shall exchange all other opening infringement and opening invalidity expert reports on April 9, 2010.

3. Rebuttal expert reports for the Carey Patents shall be exchanged on May 21, 2010.

4. All other rebuttal expert reports relating to infringement or invalidity shall be exchanged on May 14, 2010.

5. AMD and Samsung's Opening Damages Expert Reports shall be exchanged on April 23, 2010.

6. AMD and Samsung's Rebuttal Damages Expert Reports shall be exchanged on

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1    May 28, 2010.

2        7.   Samsung will have until April 5, 2010 to file a motion to compel relating to

3    AMD's production of flash memory sales data and/or ATI sales data.  Samsung will not

4    seek further extension for its damages expert reports or any other damages discovery

5    deadline.

6        8.   The above agreements and modifications to the exchange of expert reports will

7    not otherwise affect the trial schedule for this case.  All other dates on the trial schedule,

8    including the dates for close of expert discovery, dispositive motions and trial, shall

9    remain as set forth in the parties' October 29, 2009 stipulation (Dkt. #267).

10

11

12   DATED: March 31, 2010          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

13

14                                 By:

15                                     William H. Manning
                                       Brad P. Engdahl
16                                     Andrew M. Kepper

17                                 **ATTORNEYS FOR PLAINTIFFS**
                                   **ADVANCED MICRO DEVICES, INC. AND**
18                                 **ATI TECHNOLOGIES, ULC**

19

20

21

22   DATED: March 31, 2010          **COVINGTON & BURLING LLP**

23

24                                 By:  s/ Robert T. Haslam

25                                     Robert T. Haslam
                                       Alan H. Blankenheimer
26                                     Christine S. Haskett

27                                 **ATTORNEYS FOR SAMSUNG**
                                   **ELECTRONICS CO., LTD.; SAMSUNG**
28                                 **SEMICONDUCTOR, INC.; SAMSUNG**

Case No. CV-08-0986-SI          - 3 -          STIP. AND [PROPOSED] ORDER RELATING TO
                                               SCHEDULE FOR EXCHANGE OF EXPERT
                                               REPORTS

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**AUSTIN SEMICONDUCTOR, LLC;
SAMSUNG ELECTRONICS AMERICA,
INC.; SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC; SAMSUNG DIGITAL IMAGING CO.,
LTD.**

*Plaintiffs' counsel attests that concurrence in
the filing of this document has been obtained
from the above-named signatory.*

Case No. CV-08-0986-SI                - 4 -       STIP. AND [PROPOSED] ORDER RELATING TO
SCHEDULE FOR EXCHANGE OF EXPERT
REPORTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

April __, 2010

_____
Honorable Susan Illston
United States District Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

Case No. CV-08-0986-SI

STIP. AND [PROPOSED] ORDER RELATING TO
SCHEDULE FOR EXCHANGE OF EXPERT
REPORTS