IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, et al., | No. C 08-00986 SI |
| Plaintiffs/Counterdefendants, | **ORDER GRANTING SAMSUNG'S REQUEST TO ALLOW DEPOSITION OF WILLIAM TRIGGS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants/Counterclaimants. / | |

On March 24, 2010, the Court issued an order directing the parties to further meet and confer regarding Samsung's request to allow the deposition of William Triggs. The parties were unable to come to an agreement during the meet and confer, and Samsung has renewed its motion. The Court now grants Samsung's request.

There is no dispute that Samsung served the deposition subpoena on Mr. Triggs several weeks prior to the fact discovery deadline of March 5, 2010, and that the deposition did not occur before the close of discovery because the witness was unavailable. The Court recognizes the importance of adhering to the discovery schedule, but does not wish to penalize Samsung simply because the witness was not available before the deadline.

Samsung's request to allow the deposition of Mr. Triggs is GRANTED. The parties shall schedule the deposition at their convenience, but in any event no later than **April 23, 2010.**

**IT IS SO ORDERED.**

Dated: April 6, 2010

SUSAN ILLSTON
United States District Judge