1   William H. Manning (*pro hac vice*)          Robert T. Haslam (Bar No. 71134)
    E-mail: WHManning@rkmc.com                   E-mail: Rhaslam@cov.com
2   Brad P. Engdahl (*pro hac vice*)            **Covington & Burling LLP**
    E-mail: BPEngdahl@rkmc.com                   333 Twin Dolphin Drive, Suite 700
3   Samuel L. Walling (*pro hac vice*)          Redwood Shores, CA  94065
    E-mail: SLWalling@rkmc.com                   Telephone:  650-632-4700
4   **Robins, Kaplan, Miller & Ciresi L.L.P.**   Facsimile:  650-632-4800
    2800 LaSalle Plaza
5   800  LaSalle Avenue                          Christine Saunders Haskett (Bar No. 188053)
    Minneapolis, MN  55402                       E-mail: Chaskett@cov.com
6   Telephone:  612-349-8500                     **Covington & Burling LLP**
    Facsimile:  612-339-4181                     One Front Street
7                                                San Francisco, CA 94111
                                                 Telephone: 415-591-6000
8                                                Facsimile: 415-591-6091

9   Attorneys for Plaintiffs and                 Attorneys for Defendants and Counterclaimants
    Counterdefendants Advanced Micro             Samsung Electronics Co., Ltd., et al.
10  Devices, Inc., et al.

11

12                      UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14

15  ADVANCED MICRO DEVICES, INC., et        Case. No.  CV-08-0986-SI
    al.,
16                                           **STIPULATION RE DATES OF FIRST
                Plaintiffs,                   SALE FOR THE '592 PATENT AND
17                                            EXTENSION OF DEADLINE FOR
         v.                                   MOTION TO COMPEL ADDITIONAL
18                                            FINANCIAL DATA**
    SAMSUNG ELECTRONICS CO., LTD.,
19  et al.,

20              Defendants.

21

22      Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and

23  Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor,

24  LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; and

25  Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation

26  regarding dates of first sale for U.S. Patent No. 5,545,592 (Iacoponi).

27

28

Case No. CV-08-0986-SI                                    STIP. RE '592 FIRST SALE DATES AND
                                                          EXTENSION OF DEADLINE

1    WHEREAS, identification of the dates of first sale for products that use the patents-in-suit

2  is necessary to determine reasonable royalty damages but can be a complex and time-consuming

3  process and may result in finding that such dates cannot be determined to an absolute certainty;

4    WHEREAS, the Parties recognize that it is in the interests of efficiency and convenience

5  to stipulate to dates of first sale that are believed to reasonably approximate the actual first dates

6  of sale for purposes of calculating damages;

7    WHEREAS, the parties previously stipulated to the dates of first sale for all patents in suit

8  other than the Iacoponi '592 patent;

9    WHEREAS, the parties have reached an agreement regarding the date of first sale for the

10 Iacoponi '592 patent.

11   THEREFORE, the parties wish to stipulate that the parties will use January 2000 as the

12 date of first sale for a product that practices the Iacoponi '592 patent for purposes of calculating

13 damages in this case. FURTHERMORE, the parties continue to negotiate regarding AMD's

14 production of flash memory sales data and ATI sales data.  Samsung has raised questions about

15 AMD's production and AMD has indicated it will respond to these questions by April 8, 2010.

16    THEREFORE, the parties agree that Samsung will have until April 8, 2010 to file

17 a motion to compel relating to AMD's production of flash memory sales data and/or ATI sales

18 data.  Samsung will not seek a further extension for its damages expert reports or any other

19 damages-related discovery deadline.

20

21

22

23

24

25

26

27

28

DATED: April 5, 2010      **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: */s/ William H. Manning*
_____

     William H. Manning
     Samuel L. Walling

**ATTORNEYS FOR ADVANCED MICRO
DEVICES, INC. AND ATI TECHNOLOGIES,
ULC**

DATED:April 5, 2010      **COVINGTON & BURLING LLP**

By: */s/ Robert T. Haslam*
_____

     Robert T. Haslam
     Amy K. Van Zant

**ATTORNEYS FOR SAMSUNG
ELECTRONICS CO., LTD.; SAMSUNG
SEMICONDUCTOR, INC.; SAMSUNG
AUSTIN SEMICONDUCTOR, LLC; SAMSUNG
ELECTRONICS AMERICA, INC.; SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC;
SAMSUNG DIGITAL IMAGING CO., Ltd.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2010      _____

     Honorable Susan Illston
     United States District Judge

Case No. CV-08-0986-SI      STIP. RE '592 FIRST SALE DATES AND
     EXTENSION OF DEADLINE

1

**ECF CERTIFICATION**

2       I, Robert T. Haslam, am the ECF User whose identification and password are being used

3   to file this Stipulation regarding dates of first sale for the '592 patent and extension of deadline

4   for motion to compel additional financial data.  In compliance with General Order 45.X.B, I

5   hereby attest that William H. Manning has concurred in this filing.

6

7   DATED:  April 5, 2010                                **COVINGTON & BURLING L.L.P.**

8

9                                                        By:   ___*/s/ Robert T. Haslam*_____

                                                             Robert T. Haslam

10

11                                                       **ATTORNEYS FOR SAMSUNG
                                                         ELECTRONICS CO., LTD.; SAMSUNG
                                                         SEMICONDUCTOR, INC.; SAMSUNG
12                                                       AUSTIN SEMICONDUCTOR, LLC; SAMSUNG
                                                         ELECTRONICS AMERICA, INC.; SAMSUNG
13                                                       TELECOMMUNICATIONS AMERICA, LLC;
                                                         SAMSUNG DIGITAL IMAGING CO., Ltd.**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV-08-0986-SI                          - 2 -          STIP. RE '592 FIRST SALE DATES AND
                                                               EXTENSION OF DEADLINE