| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>Cole M. Fauver (*pro hac vice*)<br>E-mail: CMFauver@rkmc.com<br><br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br><br>John P. Bovich (Bar No. 150688)<br>E-mail: JBovich@reedsmith.com<br>**Reed Smith LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone 415-543-8700<br><br>Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134)<br>E-mail: Rhaslam@cov.com<br>**Covington & Burling LLP**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA  94065<br>Telephone:  650-632-4700<br>Facsimile:  650-632-4800<br><br>Christine S. Haskett (Bar No. 188053)<br>E-mail: Chaskett@cov.com<br>**Covington & Burling LLP**<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415-591-6000<br>Facsimile: 415-591-6091<br><br>Alan H. Blankenheimer (Bar No. 218713)<br>E-mail: ablankenheimer@cov.com<br>Laura E. Muschamp (Bar No. 228717)<br>E-mail: lmuschamp@cov.com<br>Jo Dale Carothers (Bar No. 228703)<br>E-mail: jcarothers@cov.com<br>**Covington & Burling LLP**<br>9191 Towne Centre Drive, 6th Floor<br>San Diego, CA  92122-1225<br>Telephone: 858-678-1800<br>Facsimile:  858-678-1600<br><br>Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Case. No.  CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF ANSWERS AND COUNTERCLAIMS**<br><br>**[Civil L.R. 7-12]** |

1    Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and
2 Samsung Electronics Co., Ltd. ("SEC"), Samsung Semiconductor, Inc. ("SSI"), Samsung Austin
3 Semiconductor, LLC ("SAS"), Samsung Electronics America, Inc. ("SEA"), Samsung
4 Telecommunications America, LLC ("STA"), and Samsung Digital Imaging Co., Ltd. ("SDIC")
5 (collectively, "Samsung") jointly submit this Stipulation regarding the filing of answers and
6 counterclaims by Samsung.
7    WHEREAS, on March 9, 2010, AMD filed a Third Amended Complaint for Patent
8 Infringement against Samsung.
9    WHEREAS, on March 16, 2010, the Court granted AMD's Motion for Judgment on the
10 Pleadings of No Inequitable Conduct Relating to U.S. Patent No. 5,545,592, and also granted
11 Samsung leave to amend its counterclaim by March 26, 2010.
12    WHEREAS, on March 26, 2010, Samsung filed Second Amended Answers and
13 Counterclaims on behalf of SEC, SSI, SAS, SEA, and STA that purported to respond to AMD's
14 First Amended Complaint for Patent Infringement rather than to the operative Third Amended
15 Complaint for Patent Infringement.
16    WHEREAS, AMD does not object to Samsung's filing answers and counterclaims in
17 response to AMD's Third Amended Complaint at this time.
18    Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
19 and between AMD and Samsung that:
20    1.    AMD consents to the filing of the following pleadings by Samsung on April 5,
21 2010:
22    • Third Amended Answer and Counterclaims of Defendant and Counterclaimant
23     Samsung Electronics Co., Ltd. to Third Amended Complaint, in the form attached
24     hereto as Appendix A;
25    • Third Amended Answer and Counterclaims of Defendant and Counterclaimant
26     Samsung Semiconductor, Inc. to Third Amended Complaint, in the form attached
27     hereto as Appendix B;
28

1  • Third Amended Answer and Counterclaims of Defendant and Counterclaimant Samsung Austin Semiconductor, LLC to Third Amended Complaint, in the form attached hereto as Appendix C;

• Third Amended Answer and Counterclaims of Defendant and Counterclaimant Samsung Electronics America, Inc. to Third Amended Complaint, in the form attached hereto as Appendix D;

• Third Amended Answer and Counterclaims of Defendant and Counterclaimant Samsung Telecommunications America, LLC to Third Amended Complaint, in the form attached hereto as Appendix E;

• Third Amended Answer and Counterclaims of Defendant and Counterclaimant Samsung Digital Imaging Co., Ltd. to Third Amended Complaint, in the form attached hereto as Appendix F

2. Within fourteen (14) days of the filing of the answers and counterclaims described in paragraph 1 above, AMD may file responsive pleadings pursuant to Federal Rules of Civil Procedure 7 and 15.

3. Samsung agrees that AMD need not respond to Samsung's Second Amended Answers and Counterclaims filed on March 26, 2010.

DATED: April 5, 2010                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:__/s/_William H. Manning_____ ___

  William H. Manning
  Brad P. Engdahl

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

1 | DATED: April 5, 2010      **COVINGTON & BURLING LLP**

2 |      By: __/s/ Robert T. Haslam_____

3

4 |      Robert T. Haslam
     Christine S. Haskett

5 | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

10 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12 | _____, 2010      _/s/ Susan Illston_____

13 |      Honorable Susan Illston
     United States District Judge

**ECF CERTIFICATION**

I, Robert T. Haslam, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding The Filing of Answers and Counterclaims. In compliance with General Order 45.X.B, I hereby attest that William H. Manning has concurred in this filing.

DATED: April 5, 2010                    **COVINGTON & BURLING L.L.P.**

                                        By:  */s/ Robert T. Haslam*
                                             Robert T. Haslam

                                        **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., Ltd.**