William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Samuel L. Walling (*pro hac vice*)
E-mail: SLWalling@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800  LaSalle Avenue
Minneapolis, MN  55402
Telephone:  612-349-8500
Facsimile:  612-339-4181

John P. Bovich (Bar No. 150688)
E-mail: Jbovich@reedsmith.com
**Reed Smith LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: 415-543-8700

Robert T. Haslam (Bar No. 71134)
E-mail: Rhaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA  94065
Telephone:  650-632-4700
Facsimile: 650-632-4800

Christine Saunders Haskett (Bar No. 188053)
E-mail: Chaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Alan H. Blankenheimer (Bar No. 218713)
E-mail: ablankenheimer@cov.com
**Covington & Burling LLP**
9191 Towne Centre Drive, 6th Floor
San Diego, CA  92122-1225
Telephone: 858-678-1800
Facsimile: 858-678-1600

Attorneys for Plaintiffs and
Counterdefendants Advanced Micro
Devices, Inc., et al.

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>               Plaintiffs,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>               Defendants. | Case. No.  CV-08-0986-SI<br><br>**SECOND ADDENDUM TO STIPULATION REGARDING EXEMPLAR PRODUCTS FOR THE PURPOSES OF PROVING INFRINGEMENT / NON-INFRINGEMENT**<br><br>**[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively,

"AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung

Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung

1   Telecommunications America, LLC; and Samsung Digital Imaging Co., Ltd. (collectively,
2   "Samsung") jointly submit this Stipulation regarding the exemplars products.

3        This Stipulation shall apply only to this case, captioned *Advanced Micro Devices,*
4   *Inc., et al. v. Samsung Electronics Co., Ltd., et al.,* Case No. CV-08-0986-SI.   This
5   Stipulation shall not raise any presumption of infringement or non-infringement by any
6   product in this or any other case or other circumstances.

7        This Stipulation is intended to modify the parties' Stipulation Regarding Exemplar
8   Products for the Purposes of Proving Infringement / Non-infringement (Dkt. # 278),
9   which identifies exemplar products for purpose of proving whether the Accused
10   Instrumentalities identified by AMD and Samsung in their respective Patent Local Rule 3-
11   1 disclosures infringe the patent claims asserted in this matter.

12        Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND
13   AGREED, by and between AMD and Samsung that:

14        With respect to U.S. Patent No. 4,737,830, Exhibits C and C-1 to the parties'
15   Stipulation Regarding Exemplar Products for the Purposes of Proving Infringement / Non-
16   infringement (Dkt. # 278) are hereby replaced by Exhibit C-2, attached to this Stipulation.
17   The parties agree that each exemplar product, and a list of Accused Instrumentalities in its
18   corresponding exemplar group, is set forth in Exhibit C-2 to this Stipulation.

19        With respect to U.S. Patent No. 5,248,893, the parties agree that the K4H510438C
20   product will be the exemplar product for the exemplar group "893 RCAT A" (non-ASC
21   RCAT products), as identified in Exhibit B to the parties' Stipulation Regarding Exemplar
22   Products for the Purposes of Proving Infringement / Non-infringement (Dkt. # 278).
23   Although the K4H510438C product was produced through the KCGM process, the parties
24   agree that for purposes of this case it shall be treated as though it were manufactured
25   through the KCWE process, produced at SAMAMD0574441, and shall serve as an
26   exemplar for the "893 RCAT A" products listed in Exhibit B.  The parties further agree
27   that the K4M51163PC, a KEBL product, will be the exemplar product for the exemplar
28   group "893 RCAT B" (ASC RCAT products), as identified in Exhibit B to the parties'

1    Stipulation Regarding Exemplar Products for the Purposes of Proving Infringement / Non-

2    infringement (Dkt. # 278).

3          With respect to U.S. Patent No. 5,545,592, the parties agree that for purposes of

4    this case, the K4T1G164QA product will be treated as if it were manufactured using the

5    KEBL process produced at SAMAMD0290424 even though it was actually made using

6    the KCWG process.

7          AMD reserves its rights to move to the court to amend the preceding two

8    paragraphs of this stipulation should any of the information provided by Samsung

9    regarding the processes used to make the K4H510483C or K4T1G164QA products or the

10   characteristics of those products be inaccurate.

11         Also with respect to U.S. Patent No. 5,545,592, the parties now agree on the

12   exemplar correlations.  Therefore, the original Exhibits D and D-1 are hereby rescinded

13   and the attached First Supplemental Exhibit D now contains the agreed upon exemplars

14   and correlations.

15
     DATED:  April 6, 2010                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
16

17                                            By:  /s/ William H. Manning

18                                                 William H. Manning
                                                   Brad P. Engdahl
19                                                 Samuel L. Walling

20
                                              **ATTORNEYS FOR ADVANCED MICRO**
21                                            **DEVICES, INC. AND ATI TECHNOLOGIES,**
                                              **ULC**
22

23   DATED:  April 6, 2010                    **COVINGTON & BURLING LLP**

24
                                              By:  /s/Christine Saunders Haskett
25
                                                   Robert T. Haslam
26                                                 Alan H. Blankenheimer
                                                   Christine Saunders Haskett
27

28                                            **ATTORNEYS FOR SAMSUNG**

1                                        **ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG**

2                                        **AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG**

3                                        **TELECOMMUNICATIONS AMERICA, LLC; AND SAMSUNG DIGITAL IMAGING CO.,**

4                                        **LTD.**

5

6

7   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9   _____, 2010

10                                       Honorable Susan Illston
                                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF CERTIFICATION

I, Logan J. Drew, am the ECF User whose identification and password are being used to file this Second Addendum to Stipulation Regarding Exemplar Products for the Purposes of Proving Infringement / Non-Infringement.  In compliance with General Order 45.X.B, I hereby attest that Christine Saunders Haskett has concurred in this filing.

DATED:  April 6, 2010                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By /s/Logan J. Drew_____

William H. Manning
Brad P. Engdahl
Logan J. Drew

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

Exhibit C-2

| Samsung Group | Representative Product | Products in Group |
|---|---|---|
| 830 NAND-A | K9F4G08UOA | K9F1208R0B |
| | K9F4G08UOA | K9F1208U0B |
| | K9F4G08UOA | K9F5608R0D |
| | K9F4G08UOA | K9F5608U0D |
| | K9F4G08UOA | K9K1G08R0B |
| | K9F4G08UOA | K9K1G08U0B |
| | K9F4G08UOA | KFG1216Q2A |
| | K9F4G08UOA | KFG1216U2A |
| | K9F4G08UOA | KFG1G16Q2M |
| | K9F4G08UOA | KFH2G16Q2M |
| | K9F4G08UOA | KFM1216Q2A |
| | K9F4G08UOA | KFM1G16Q2M |
| 830 NAND-B | K9GAG08UOM | K911G08V0M |
| | K9GAG08UOM | K922G08V0M |
| | K9GAG08UOM | K944G08V0M |
| | K9GAG08UOM | K9D1G08V0A |
| | K9GAG08UOM | K9F1208U0A |
| | K9GAG08UOM | K9F1216Q0A |
| | K9GAG08UOM | K9F1216U0A |
| | K9GAG08UOM | K9F1G08R0A |
| | K9GAG08UOM | K9F1G08U0A |
| | K9GAG08UOM | K9F1G08U0M |
| | K9GAG08UOM | K9F1G16Q0M |
| | K9GAG08UOM | K9F1G16U0M |
| | K9GAG08UOM | K9F2808Q0C |
| | K9GAG08UOM | K9F2808U0C |
| | K9GAG08UOM | K9F2816U0C |
| | K9GAG08UOM | K9F2G08U0M |
| | K9GAG08UOM | K9F5608D0C |
| | K9GAG08UOM | K9F5608Q0C |
| | K9GAG08UOM | K9F5608U0C |
| | K9GAG08UOM | K9F5616D0C |
| | K9GAG08UOM | K9F5616Q0C |
| | K9GAG08UOM | K9F5616U0C |
| | K9GAG08UOM | K9HAG08U1M |
| | K9GAG08UOM | K9K1208Q0C |
| | K9GAG08UOM | K9K1208U0C |
| | K9GAG08UOM | K9K1216D0C |
| | K9GAG08UOM | K9K1216Q0C |
| | K9GAG08UOM | K9K1216U0C |
| | K9GAG08UOM | K9K1G08U0A |
| | K9GAG08UOM | K9K2G08R0A |
| | K9GAG08UOM | K9K2G08U0A |
| | K9GAG08UOM | K9K2G08U0M |
| | K9GAG08UOM | K9K2G16U0M |
| | K9GAG08UOM | K9K4G08U0M |
| | K9GAG08UOM | K9K4G08U1M |
| | K9GAG08UOM | K9L8G08U0M |
| | K9GAG08UOM | K9MBG08U5M |
| | K9GAG08UOM | K9S1208V0A |

| | K9GAG08UOM | K9S2808V0C |
|---|---|---|
| | K9GAG08UOM | K9S5608V0C |
| | K9GAG08UOM | K9T1G08U0M |
| | K9GAG08UOM | K9W4G08U1M |
| | K9GAG08UOM | K9W8G08U1M |
| | K9GAG08UOM | KFG1216Q2M |
| | K9GAG08UOM | KFG5616Q1M |
| | K9GAG08UOM | KFG5616U1M |
| 830 NAND-C | K9F4G08UOM | K9F4G08U0M |
| | K9F4G08UOM | K9K8G08U0M |
| | K9F4G08UOM | K9K8G08U1M |
| | K9F4G08UOM | K9NBG08U5M |
| | K9F4G08UOM | K9WAG08U1M |
| | K9F4G08UOM | KFG5616Q1A |
| | K9F4G08UOM | KFG5616U1A |
| 830 NAND-D | K9F1208U0M | K9D1G08V0M |
| | K9F1208U0M | K9F1208U0M |
| | K9F1208U0M | K9F2808U0B |
| | K9F1208U0M | K9F5608U0A |
| | K9F1208U0M | K9F6408U0C |
| | K9F1208U0M | K9K1G08U0M |
| | K9F1208U0M | K9S1208V0M |
| | K9F1208U0M | K9S2808V0B |
| | K9F1208U0M | K9S5608V0A |
| | K9F1208U0M | K9S6408V0C |
| | K9F1208U0M | K9F4008W0A |
| | K9F1208U0M | K9F5608Q0B |
| | K9F1208U0M | K9F5608U0B |
| | K9F1208U0M | K9F5616U0B |
| | K9F1208U0M | K9F6408U0B |
| | K9F1208U0M | K9K5608U0M |
| | K9F1208U0M | K9S5608V0B |
| 830 SRAM-A | K6R4008C1D | K6R1004C1D |
| | K6R4008C1D | K6R1004V1D |
| | K6R4008C1D | K6R1008C1C |
| | K6R4008C1D | K6R1008C1D |
| | K6R4008C1D | K6R1008V1C |
| | K6R4008C1D | K6R1008V1D |
| | K6R4008C1D | K6R1016C1C |
| | K6R4008C1D | K6R1016C1D |
| | K6R4008C1D | K6R1016V1C |
| | K6R4008C1D | K6R1016V1D |
| | K6R4008C1D | K6R3024V1D |
| | K6R4008C1D | K6R4004C1D |
| | K6R4008C1D | K6R4004V1D |
| | K6R4008C1D | K6R4008C1C |
| | K6R4008C1D | K6R4008C1D |
| | K6R4008C1D | K6R4008V1C |
| | K6R4008C1D | K6R4008V1D |
| | K6R4008C1D | K6R4016C1D |
| | K6R4008C1D | K6R4016T1D |
| | K6R4008C1D | K6R4016V1D |

| | K6R4008C1D | K6E0808C1E |
|---|---|---|
| 830 SRAM-B | K7x32xxxxC | K6F1616R6A |
| | K7x32xxxxC | K6F1616R6B |
| | K7x32xxxxC | K6F1616R6C |
| | K7x32xxxxC | K6F1616T6B |
| | K7x32xxxxC | K6F1616U6A |
| | K7x32xxxxC | K6F1616U6B |
| | K7x32xxxxC | K6F1616U6C |
| | K7x32xxxxC | K6F1616W6A |
| | K7x32xxxxC | K6F4016U7F |
| | K7x32xxxxC | K6F4016W7F |
| | K7x32xxxxC | K6F8016R6B |
| | K7x32xxxxC | K6F8016R6C |
| | K7x32xxxxC | K6F8016R6D |
| | K7x32xxxxC | K6F8016T6C |
| | K7x32xxxxC | K6F8016U6B |
| | K7x32xxxxC | K6F8016U6D |
| | K7x32xxxxC | K6F8016U7B |
| | K7x32xxxxC | K6F8016W6D |
| | K7x32xxxxC | K6F8016W7B |
| | K7x32xxxxC | K6X4008C1F |
| | K7x32xxxxC | K6X4008T1F |
| | K7x32xxxxC | K6X4016C3F |
| | K7x32xxxxC | K6X4016T3F |
| | K7x32xxxxC | K7A161800A |
| | K7x32xxxxC | K7A161830B |
| | K7x32xxxxC | K7A161880A |
| | K7x32xxxxC | K7A163600A |
| | K7x32xxxxC | K7A163601A |
| | K7x32xxxxC | K7A163630B |
| | K7x32xxxxC | K7A163631B |
| | K7x32xxxxC | K7A163680A |
| | K7x32xxxxC | K7A167244A |
| | K7x32xxxxC | K7A203200B |
| | K7x32xxxxC | K7A203600B |
| | K7x32xxxxC | K7A321800M |
| | K7x32xxxxC | K7A323600M |
| | K7x32xxxxC | K7A323601M |
| | K7x32xxxxC | K7A401800B |
| | K7x32xxxxC | K7A401809B |
| | K7x32xxxxC | K7A403200B |
| | K7x32xxxxC | K7A403201B |
| | K7x32xxxxC | K7A403600B |
| | K7x32xxxxC | K7A403601B |
| | K7x32xxxxC | K7A403609B |
| | K7x32xxxxC | K7A801800B |
| | K7x32xxxxC | K7A801801B |
| | K7x32xxxxC | K7A803600B |
| | K7x32xxxxC | K7A803601B |
| | K7x32xxxxC | K7A803609B |
| | K7x32xxxxC | K7B161825A |
| | K7x32xxxxC | K7B161835B |

3

| | |
|---|---|
| K7x32xxxxC | K7B163625A |
| K7x32xxxxC | K7B163635B |
| K7x32xxxxC | K7B203625B |
| K7x32xxxxC | K7B321825M |
| K7x32xxxxC | K7B323625M |
| K7x32xxxxC | K7B401825B |
| K7x32xxxxC | K7B403225B |
| K7x32xxxxC | K7B403625B |
| K7x32xxxxC | K7B801825B |
| K7x32xxxxC | K7B803625B |
| K7x32xxxxC | K7D161874B |
| K7x32xxxxC | K7D163674B |
| K7x32xxxxC | K7D403671B |
| K7x32xxxxC | K7D803671B |
| K7x32xxxxC | K7H803654C |
| K7x32xxxxC | K7I161882B |
| K7x32xxxxC | K7I161884B |
| K7x32xxxxC | K7I163682B |
| K7x32xxxxC | K7I163684B |
| K7x32xxxxC | K7I321882M |
| K7x32xxxxC | K7I321884M |
| K7x32xxxxC | K7I323682M |
| K7x32xxxxC | K7I323684M |
| K7x32xxxxC | K7I641882M |
| K7x32xxxxC | K7I643682M |
| K7x32xxxxC | K7J160882B |
| K7x32xxxxC | K7J161882B |
| K7x32xxxxC | K7J163682B |
| K7x32xxxxC | K7J321882M |
| K7x32xxxxC | K7J323682M |
| K7x32xxxxC | K7M161825A |
| K7x32xxxxC | K7M161835B |
| K7x32xxxxC | K7M163625A |
| K7x32xxxxC | K7M321825M |
| K7x32xxxxC | K7M323625M |
| K7x32xxxxC | K7M401825B |
| K7x32xxxxC | K7M403625B |
| K7x32xxxxC | K7M801825B |
| K7x32xxxxC | K7M803625B |
| K7x32xxxxC | K7N161801A |
| K7x32xxxxC | K7N161831B |
| K7x32xxxxC | K7N161845A |
| K7x32xxxxC | K7N163601A |
| K7x32xxxxC | K7N163631B |
| K7x32xxxxC | K7N163645A |
| K7x32xxxxC | K7N167245A |
| K7x32xxxxC | K7N321801M |
| K7x32xxxxC | K7N321845M |
| K7x32xxxxC | K7N323601M |
| K7x32xxxxC | K7N323645M |
| K7x32xxxxC | K7N327245M |
| K7x32xxxxC | K7N401801B |

| | |
|---|---|
| K7x32xxxxC | K7N401809B |
| K7x32xxxxC | K7N403601B |
| K7x32xxxxC | K7N403609B |
| K7x32xxxxC | K7N801801B |
| K7x32xxxxC | K7N801809B |
| K7x32xxxxC | K7N801845B |
| K7x32xxxxC | K7N801849B |
| K7x32xxxxC | K7N803601B |
| K7x32xxxxC | K7N803609B |
| K7x32xxxxC | K7N803645B |
| K7x32xxxxC | K7N803649B |
| K7x32xxxxC | K7P163666A |
| K7x32xxxxC | K7P321888M |
| K7x32xxxxC | K7P323666M |
| K7x32xxxxC | K7P401822B |
| K7x32xxxxC | K7P403622B |
| K7x32xxxxC | K7P801866B |
| K7x32xxxxC | K7P803611B |
| K7x32xxxxC | K7P803612B |
| K7x32xxxxC | K7P803666B |
| K7x32xxxxC | K7Q161852A |
| K7x32xxxxC | K7Q161854A |
| K7x32xxxxC | K7Q161862B |
| K7x32xxxxC | K7Q161864B |
| K7x32xxxxC | K7Q161882A |
| K7x32xxxxC | K7Q163652A |
| K7x32xxxxC | K7Q163654A |
| K7x32xxxxC | K7Q163662B |
| K7x32xxxxC | K7Q163664B |
| K7x32xxxxC | K7Q163682A |
| K7x32xxxxC | K7Q163684A |
| K7x32xxxxC | K7Q801854C |
| K7x32xxxxC | K7R160884B |
| K7x32xxxxC | K7R160982B |
| K7x32xxxxC | K7R161882B |
| K7x32xxxxC | K7R161884B |
| K7x32xxxxC | K7R163682B |
| K7x32xxxxC | K7R163684B |
| K7x32xxxxC | K7R320884M |
| K7x32xxxxC | K7R320982M |
| K7x32xxxxC | K7R321882M |
| K7x32xxxxC | K7R321884M |
| K7x32xxxxC | K7R323682M |
| K7x32xxxxC | K7R323684M |
| K7x32xxxxC | K7R640982M |
| K7x32xxxxC | K7R641882M |
| K7x32xxxxC | K7R641884M |
| K7x32xxxxC | K7R643682M |
| K7x32xxxxC | K7R643684M |
| K7x32xxxxC | K7Z163685A |
| K7x32xxxxC | K7Z163688B |
| K7x32xxxxC | K7Z167285A |

| | |
|---|---|
| K7x32xxxxC | K7Z167288B |
| K7x32xxxxC | K6F1008U2C |
| K7x32xxxxC | K6F1008V2C |
| K7x32xxxxC | K6F1016U4C |
| K7x32xxxxC | K6F2008U2E |
| K7x32xxxxC | K6F2008V2E |
| K7x32xxxxC | K6F2016R4E |
| K7x32xxxxC | K6F2016R4G |
| K7x32xxxxC | K6F2016U4E |
| K7x32xxxxC | K6F2016U6E |
| K7x32xxxxC | K6F3216R6M |
| K7x32xxxxC | K6F3216U6M |
| K7x32xxxxC | K6F4008R2E |
| K7x32xxxxC | K6F4008U2E |
| K7x32xxxxC | K6F4008U2G |
| K7x32xxxxC | K6F4016R4E |
| K7x32xxxxC | K6F4016R4G |
| K7x32xxxxC | K6F4016R6G |
| K7x32xxxxC | K6F4016U4E |
| K7x32xxxxC | K6F4016U6E |
| K7x32xxxxC | K6F4016U6G |
| K7x32xxxxC | K6F4016U7G |
| K7x32xxxxC | K6F4016W7E |
| K7x32xxxxC | K6F4016W7G |
| K7x32xxxxC | K6F8008U2A |
| K7x32xxxxC | K6F8008V2A |
| K7x32xxxxC | K6F8016U3A |
| K7x32xxxxC | K6F8016U6A |
| K7x32xxxxC | K6F8016V3A |
| K7x32xxxxC | K6F8016V6A |
| K7x32xxxxC | K6F8016W7A |
| K7x32xxxxC | K6H1616U6A |
| K7x32xxxxC | K6T0808C1D |
| K7x32xxxxC | K6T1008C2E |
| K7x32xxxxC | K6T1008U2E |
| K7x32xxxxC | K6T1008V2E |
| K7x32xxxxC | K6T4008C1B |
| K7x32xxxxC | K6T4008C1C |
| K7x32xxxxC | K6T4008V1C |
| K7x32xxxxC | K6T4016C3B |
| K7x32xxxxC | K6T4016C3C |
| K7x32xxxxC | K6T4016V3C |
| K7x32xxxxC | K6X0808C1D |
| K7x32xxxxC | K6X1008C2D |
| K7x32xxxxC | K6X1008T2D |
| K7x32xxxxC | K6X8008C2B |
| K7x32xxxxC | K6X8008T2B |
| K7x32xxxxC | K6X8016C3B |
| K7x32xxxxC | K6X8016T3B |
| K7x32xxxxC | K7A163600M |
| K7x32xxxxC | K7A203600A |
| K7x32xxxxC | K7A401800M |

| | | |
|---|---|---|
| | K7x32xxxxC | K7A403600A |
| | K7x32xxxxC | K7A403600M |
| | K7x32xxxxC | K7A403601M |
| | K7x32xxxxC | K7A803600M |
| | K7x32xxxxC | K7B161825M |
| | K7x32xxxxC | K7B403625M |
| | K7x32xxxxC | K7B801825M |
| | K7x32xxxxC | K7B803625M |
| | K7x32xxxxC | K7D161871M |
| | K7x32xxxxC | K7D161888M |
| | K7x32xxxxC | K7D163671M |
| | K7x32xxxxC | K7D321874A |
| | K7x32xxxxC | K7D323674A |
| | K7x32xxxxC | K7N161845M |
| | K7x32xxxxC | K7N163645M |
| | K7x32xxxxC | K7N401801A |
| | K7x32xxxxC | K7N403601A |
| | K7x32xxxxC | K7N801801M |
| | K7x32xxxxC | K7N801845A |
| | K7x32xxxxC | K7N801845M |
| | K7x32xxxxC | K7P401822M |
| | K7x32xxxxC | K7P403611M |
| | K7x32xxxxC | K7P803611M |
| 830 DRAM A/A | K4T1G044QA | K4D261638E |
| | K4T1G044QA | K4D263238A |
| | K4T1G044QA | K4D263238D |
| | K4T1G044QA | K4D263238E |
| | K4T1G044QA | K4D26323QE |
| | K4T1G044QA | K4D26323RA |
| | K4T1G044QA | K4D28163HD |
| | K4T1G044QA | K4D553238E |
| | K4T1G044QA | K4D64163HF |
| | K4T1G044QA | K4H1G0438A |
| | K4T1G044QA | K4H1G0838A |
| | K4T1G044QA | K4H2G0638A |
| | K4T1G044QA | K4N56163QG |
| | K4T1G044QA | K4R271669F |
| | K4T1G044QA | K4R571669E |
| | K4T1G044QA | K4R761869A |
| | K4T1G044QA | K4R881869E |
| | K4T1G044QA | K4S161622H |
| | K4T1G044QA | K4T1G044QA |
| | K4T1G044QA | K4T1G044QM |
| | K4T1G044QA | K4T1G084QA |
| | K4T1G044QA | K4T1G084QM |
| | K4T1G044QA | K4T1G164QA |
| | K4T1G044QA | K4T2G064QA |
| | K4T1G044QA | K4T2G064QM |
| | K4T1G044QA | K4T2G074QA |
| | K4T1G044QA | K4T2G264QA |
| | K4T1G044QA | K4T2G274QA |
| | K4T1G044QA | K4T4G964QA |

| | | |
|---|---|---|
| | K4T1G044QA | K4T51043QB |
| | K4T1G044QA | K4T51083QB |
| | K4T1G044QA | K4T51083QF |
| | K4T1G044QA | K4T51163QB |
| | K4T1G044QA | K4T56043QF |
| | K4T1G044QA | K4T56043QG |
| | K4T1G044QA | K4T56083QF |
| | K4T1G044QA | K4Y50024UC |
| | K4T1G044QA | K4Y50084UC |
| | K4T1G044QA | K4Y50164UC |
| | K4T1G044QA | K4Y54084UF |
| | K4T1G044QA | K4S280823D |
| | K4T1G044QA | K4S280823F |
| | K4T1G044QA | K4S510732B |
| | K4T1G044QA | K4S561633C |
| | K4T1G044QA | K4D263238M |
| | K4T1G044QA | K4D623238B |
| | K4T1G044QA | K4H1G0838A |
| | K4T1G044QA | K4H4G0638M |
| | K4T1G044QA | K4M281633F |
| | K4T1G044QA | K4M281633H |
| | K4T1G044QA | K4M28163LF |
| | K4T1G044QA | K4M28163LH |
| | K4T1G044QA | K4M28163PF |
| | K4T1G044QA | K4M283233H |
| | K4T1G044QA | K4M28323LH |
| | K4T1G044QA | K4R571669D |
| | K4T1G044QA | K4S280823I |
| | K4T1G044QA | K4T1G164QA |
| | K4T1G044QA | K4T2G274QA |
| | K4T1G044QA | K4T4G964QA |
| | K4T1G044QA | K4T56043QG |
| | K4T1G044QA | K4Y50024UC |
| | K4T1G044QA | K4Y50164UC |
| 830 DRAM A/B | K4H510438M | K4D261638F |
| | K4H510438M | K4D263238F |
| | K4H510438M | K4D26323QG |
| | K4H510438M | K4H1G0638M |
| | K4H510438M | K4H1G0738M |
| | K4H510438M | K4H280438D |
| | K4H510438M | K4H280438E |
| | K4H510438M | K4H280838D |
| | K4H510438M | K4H280838E |
| | K4H510438M | K4H281638D |
| | K4H510438M | K4H281638E |
| | K4H510438M | K4H510438M |
| | K4H510438M | K4H510638D |
| | K4H510438M | K4H510838M |
| | K4H510438M | K4H560438B |
| | K4H510438M | K4H560438D |
| | K4H510438M | K4H560438H |
| | K4H510438M | K4H560838B |

| | |
|---|---|
| K4H510438M | K4H560838D |
| K4H510438M | K4H560838H |
| K4H510438M | K4H561638B |
| K4H510438M | K4H561638D |
| K4H510438M | K4H561638H |
| K4H510438M | K4M281633H |
| K4H510438M | K4M28163LH |
| K4H510438M | K4M28163PH |
| K4H510438M | K4M283233H |
| K4H510438M | K4M28323LH |
| K4H510438M | K4M28323PH |
| K4H510438M | K4M511533E |
| K4H510438M | K4M51153LE |
| K4H510438M | K4M511633E |
| K4H510438M | K4M51163LE |
| K4H510438M | K4M51163PE |
| K4H510438M | K4M513233E |
| K4H510438M | K4M51323LE |
| K4H510438M | K4M51323PE |
| K4H510438M | K4S1G0632M |
| K4H510438M | K4S280432I |
| K4H510438M | K4S280823I |
| K4H510438M | K4S280832I |
| K4H510438M | K4S281632I |
| K4H510438M | K4S510432M |
| K4H510438M | K4S510632A |
| K4H510438M | K4S510632D |
| K4H510438M | K4S510732D |
| K4H510438M | K4S510832M |
| K4H510438M | K4S511632M |
| K4H510438M | K4S560432A |
| K4H510438M | K4S560432D |
| K4H510438M | K4S560432H |
| K4H510438M | K4S560832A |
| K4H510438M | K4S560832D |
| K4H510438M | K4S560832H |
| K4H510438M | K4S561632A |
| K4H510438M | K4S561632D |
| K4H510438M | K4S561632H |
| K4H510438M | K4E151611D |
| K4H510438M | K4E151612D |
| K4H510438M | K4E160411D |
| K4H510438M | K4E160412D |
| K4H510438M | K4E160811D |
| K4H510438M | K4E170412D |
| K4H510438M | K4E171611D |
| K4H510438M | K4E171612D |
| K4H510438M | K4E640411D |
| K4H510438M | K4E640412C |
| K4H510438M | K4F151611D |
| K4H510438M | K4F151612D |
| K4H510438M | K4F160411D |

|  | | |
|---|---|---|
|  | K4H510438M | K4F170411D |
|  | K4H510438M | K4F170412D |
|  | K4H510438M | K4F171612D |
|  | K4H510438M | K4F640411C |
|  | K4H510438M | KM416V1204 |
|  | K4H510438M | KM416V4104 |
|  | K4H510438M | KM432V515J |
|  | K4H510438M | KM44C16100 |
|  | K4H510438M | KM44C4100C |
|  | K4H510438M | KM44S16030 |
|  | K4H510438M | KM44S28238 |
|  | K4H510438M | KM48S16030 |
|  | K4H510438M | KM48S2020C |
|  | K4H510438M | KM48S8030C |
|  | K4H510438M | KM48S8030D |
|  | K4H510438M | KM48V2104C |
|  | K4H510438M | K4R271669D |
|  | K4H510438M | K4R271669E |
|  | K4H510438M | KM418RD8AC |
|  | K4H510438M | KMM965G511 |
|  | K4H510438M | M832G0115A |
|  | K4H510438M | M832G0115M |
|  | K4H510438M | KM4132G112 |
|  | K4H510438M | KM416V1204 |
|  | K4H510438M | KM418RD8AC |
|  | K4H510438M | KM4216C256 |
|  | K4H510438M | KM432S2030 |
|  | K4H510438M | KM48C512DL |
|  | K4H510438M | K4E641612D |
| 830 DRAM A/C | K4H510838C | K4D551638D |
|  | K4H510838C | K4D551638F |
|  | K4H510838C | K4D553235F |
|  | K4H510838C | K4D553238F |
|  | K4H510838C | K4D55323QF |
|  | K4H510838C | K4H1G0438M |
|  | K4H510838C | K4H1G0638C |
|  | K4H510838C | K4H1G0838M |
|  | K4H510838C | K4H1G1638M |
|  | K4H510838C | K4H280438C |
|  | K4H510838C | K4H280838C |
|  | K4H510838C | K4H4G0638M |
|  | K4H510838C | K4H510438C |
|  | K4H510838C | K4H510638E |
|  | K4H510838C | K4H510838C |
|  | K4H510838C | K4H511638C |
|  | K4H510838C | K4H560438E |
|  | K4H510838C | K4H560838E |
|  | K4H510838C | K4H561638E |
|  | K4H510838C | K4J55323QF |
|  | K4H510838C | K4M281633F |
|  | K4H510838C | K4M28163LF |
|  | K4H510838C | K4M28163PF |

| | | |
|---|---|---|
| | K4H510838C | K4M64163PH |
| | K4H510838C | K4N26323AE |
| | K4H510838C | K4N56163QF |
| | K4H510838C | K4R271669D |
| | K4H510838C | K4R271669E |
| | K4H510838C | K4R571669A |
| | K4H510838C | K4R571669D |
| | K4H510838C | K4R881869A |
| | K4H510838C | K4R881869D |
| | K4H510838C | K4S280423D |
| | K4H510838C | K4S280432D |
| | K4H510838C | K4S280823D |
| | K4H510838C | K4S280832D |
| | K4H510838C | K4S281632D |
| | K4H510838C | K4S281633D |
| | K4H510838C | K4S28163LD |
| | K4H510838C | K4S510632B |
| | K4H510838C | K4S510632E |
| | K4H510838C | K4S510732B |
| | K4H510838C | K4S510732E |
| | K4H510838C | K4S560432B |
| | K4H510838C | K4S560432E |
| | K4H510838C | K4S560832B |
| | K4H510838C | K4S560832E |
| | K4H510838C | K4S561632B |
| | K4H510838C | K4S561632E |
| | K4H510838C | K4S640432F |
| | K4H510838C | K4S640832F |
| | K4H510838C | K4S641632F |
| | K4H510838C | K4S641633F |
| | K4H510838C | K4S64163LF |
| | K4H510838C | K4S643232F |
| | K4H510838C | K4S643233F |
| | K4H510838C | K4S64323LF |
| | K4H510838C | K4T51043QC |
| | K4H510838C | K4T51083QC |
| | K4H510838C | K4T51163QC |
| | K4H510838C | K4M28163PD |
| | K4H510838C | K4S280423D |
| | K4H510838C | K4H280838B |
| | K4H510838C | K4H280838B |
| | K4H510838C | K4R881869M |
| 830 DRAM B/B | K4M56163PG | K4B510836E |
| | K4M56163PG | K4C561638F |
| | K4M56163PG | K4C89093AF |
| | K4M56163PG | K4C89183AF |
| | K4M56163PG | K4J52324QC |
| | K4M56163PG | K4J52324QE |
| | K4M56163PG | K4J55323QG |
| | K4M56163PG | K4J55323QI |
| | K4M56163PG | K4M1G323PC |
| | K4M56163PG | K4M511633C |

| | | |
|---|---|---|
| | K4M56163PG | K4M51163DC |
| | K4M56163PG | K4M51163LC |
| | K4M56163PG | K4M51163PC |
| | K4M56163PG | K4M513233C |
| | K4M56163PG | K4M51323LC |
| | K4M56163PG | K4M51323PC |
| | K4M56163PG | K4M561633G |
| | K4M56163PG | K4M56163DG |
| | K4M56163PG | K4M56163LG |
| | K4M56163PG | K4M56163PG |
| | K4M56163PG | K4M563233G |
| | K4M56163PG | K4M56323LG |
| | K4M56163PG | K4M56323PG |
| | K4M56163PG | K4U52324QE |
| | K4M56163PG | K4V56323PG |
| | K4M56163PG | K4V68323PM |
| | K4M56163PG | K4X1G153PC |
| | K4M56163PG | K4X1G323PC |
| | K4M56163PG | K4X51163PC |
| | K4M56163PG | K4X51323PC |
| | K4M56163PG | K4X56163PG |
| | K4M56163PG | K4X56323PG |
| | K4M56163PG | K4J52324QE |
| | K4M56163PG | K4M511633C |
| | K4M56163PG | K4M51163DC |
| | K4M56163PG | K4M51163LC |
| | K4M56163PG | K4M513233C |
| | K4M56163PG | K4M561633G |
| | K4M56163PG | K4M56163DG |
| | K4M56163PG | K4M56163PG |
| 830 DRAM C/A | K1B2816B6M | K1B281666M |
| | K1B2816B6M | K1B2816B6M |
| | K1B2816B6M | K1S32161CD |
| | K1B2816B6M | K1S3216BCD |
| | K1B2816B6M | K1S64161CC |
| | K1B2816B6M | K4R271669A |
| | K1B2816B6M | K4R441869A |
| | K1B2816B6M | K4D261638I |
| | K1B2816B6M | K4D263238I |
| | K1B2816B6M | K4H280438F |
| | K1B2816B6M | K4H280838F |
| | K1B2816B6M | K4H560438C |
| | K1B2816B6M | K4H560838C |
| | K1B2816B6M | K4R271669H |
| | K1B2816B6M | K4S280423F |
| | K1B2816B6M | K4S280432F |
| | K1B2816B6M | K4S280823F |
| | K1B2816B6M | K4S280832F |
| | K1B2816B6M | K4S281632F |
| | K1B2816B6M | K4S281632K |
| | K1B2816B6M | K4S283233F |
| | K1B2816B6M | K4S283234F |

|  | K1B2816B6M | K4S28323LF |
|  | K1B2816B6M | K4S510632C |
|  | K1B2816B6M | K4S510732C |
|  | K1B2816B6M | K4S511533C |
|  | K1B2816B6M | K4S51153LC |
|  | K1B2816B6M | K4S511633C |
|  | K1B2816B6M | K4S51163LC |
|  | K1B2816B6M | K4S513233C |
|  | K1B2816B6M | K4S51323LC |
|  | K1B2816B6M | K4S560432C |
|  | K1B2816B6M | K4S560832C |
|  | K1B2816B6M | K4S560832J |
|  | K1B2816B6M | K4S561632C |
|  | K1B2816B6M | K4S561632J |
|  | K1B2816B6M | K4S561633C |
|  | K1B2816B6M | K4S56163LC |
|  | K1B2816B6M | K4S161622D |
|  | K1B2816B6M | K4S280432A |
|  | K1B2816B6M | K4S280823A |
|  | K1B2816B6M | K4S640832C |
|  | K1B2816B6M | K4S641632C |
|  | K1B2816B6M | K4S643232C |
|  | K1B2816B6M | K4R271669B |
|  | K1B2816B6M | K4R441869B |
|  | K1B2816B6M | KM416RD8AC |
|  | K1B2816B6M | KM416RD8Ax |
| 830 DRAM C/B | K4X56163PF | K1S321611C |
|  | K4X56163PF | K1S3216B1C |
|  | K4X56163PF | K4E640411D |
|  | K4X56163PF | K4E640812D |
|  | K4X56163PF | K4M56163PE |
|  | K4X56163PF | K4M563233E |
|  | K4X56163PF | K4M56323LE |
|  | K4X56163PF | K4M56323PF |
|  | K4X56163PF | K4X56163PE |
|  | K4X56163PF | K4X56163PF |
|  | K4X56163PF | K4X56323PF |
| 830 DRAM C/C | K4T51043QM | K1S161611A |
|  | K4T51043QM | K1S16161CA |
|  | K4T51043QM | K1S1616B1A |
|  | K4T51043QM | K1S1616BCA |
|  | K4T51043QM | K1S321615A |
|  | K4T51043QM | K4C561638C |
|  | K4T51043QM | K4D551638H |
|  | K4T51043QM | K4E640412E |
|  | K4T51043QM | K4E640812E |
|  | K4T51043QM | K4E641611E |
|  | K4T51043QM | K4E641612E |
|  | K4T51043QM | K4E660412E |
|  | K4T51043QM | K4H1G0638B |
|  | K4T51043QM | K4H510438B |
|  | K4T51043QM | K4H510438D |

| | |
|---|---|
| K4T51043QM | K4H510838B |
| K4T51043QM | K4H510838D |
| K4T51043QM | K4H510838F |
| K4T51043QM | K4H511638B |
| K4T51043QM | K4H511638D |
| K4T51043QM | K4H560438F |
| K4T51043QM | K4H560838F |
| K4T51043QM | K4H561638F |
| K4T51043QM | K4S161622E |
| K4T51043QM | K4S1G0632B |
| K4T51043QM | K4S1G0732B |
| K4T51043QM | K4S1G0732D |
| K4T51043QM | K4S280423C |
| K4T51043QM | K4S280432C |
| K4T51043QM | K4S280823C |
| K4T51043QM | K4S280832C |
| K4T51043QM | K4S281632C |
| K4T51043QM | K4S510432B |
| K4T51043QM | K4S510432D |
| K4T51043QM | K4S510832B |
| K4T51043QM | K4S510832D |
| K4T51043QM | K4S511533F |
| K4T51043QM | K4S51153LF |
| K4T51043QM | K4S511632B |
| K4T51043QM | K4S511632D |
| K4T51043QM | K4S511633F |
| K4T51043QM | K4S51163LF |
| K4T51043QM | K4S51163PF |
| K4T51043QM | K4S513233F |
| K4T51043QM | K4S51323LF |
| K4T51043QM | K4S51323PF |
| K4T51043QM | K4S561633F |
| K4T51043QM | K4S56163LF |
| K4T51043QM | K4S56163PF |
| K4T51043QM | K4S563233F |
| K4T51043QM | K4S56323LF |
| K4T51043QM | K4S56323PF |
| K4T51043QM | K4S640432H |
| K4T51043QM | K4S640832H |
| K4T51043QM | K4S641632H |
| K4T51043QM | K4S641632N |
| K4T51043QM | K4S641633H |
| K4T51043QM | K4S64163LH |
| K4T51043QM | K4S643232H |
| K4T51043QM | K4S643233H |
| K4T51043QM | K4S64323LH |
| K4T51043QM | K4T1G064QM |
| K4T51043QM | K4T51043QE |
| K4T51043QM | K4T51043QM |
| K4T51043QM | K4T51083QE |
| K4T51043QM | K4T51083QM |
| K4T51043QM | K4T51163QE |

| | | |
|---|---|---|
| | K4T51043QM | K4E640412E |
| | K4T51043QM | K4E641611E |
| | K4T51043QM | K4S280432C |
| | K4T51043QM | K4S280823C |
| | K4T51043QM | K4S640432D |
| | K4T51043QM | K4S640432E |
| | K4T51043QM | K4S640832D |
| | K4T51043QM | K4S640832E |
| | K4T51043QM | K4S641632D |
| | K4T51043QM | K4S641632E |
| | K4T51043QM | K4S643232E |
| | K4T51043QM | KM416S1120 |
| | K4T51043QM | KM416S4030 |
| | K4T51043QM | KM416S8030 |
| | K4T51043QM | K4H510438D |
| | K4T51043QM | K4S510432D |
| | K4T51043QM | K4T51163QE |
| | K4T51043QM | KM416C1200 |
| | K4T51043QM | KM416C1204 |
| | K4T51043QM | KM416C4104 |
| | K4T51043QM | KM416S1020 |
| | K4T51043QM | KM416S1120 |
| 830 DRAM A | K4S281632E | K4M641633K |
| | K4S281632E | K4M64163PG |
| | K4S281632E | K4M64163PK |
| | K4S281632E | K4S280423B |
| | K4S281632E | K4S280423E |
| | K4S281632E | K4S280432B |
| | K4S281632E | K4S280432E |
| | K4S281632E | K4S280823B |
| | K4S281632E | K4S280823E |
| | K4S281632E | K4S280832B |
| | K4S281632E | K4S280832E |
| | K4S281632E | K4S281632B |
| | K4S281632E | K4S281632E |
| | K4S281632E | K4S283232E |
| | K4S281632E | K4S640832K |
| | K4S281632E | K4S641632K |
| | K4S281632E | K4S280423E |
| | K4S281632E | K4S280432B |
| | K4S281632E | K4S280823B |
| | K4S281632E | K4S280823E |
| | K4S281632E | KM44S32030 |
| | K4S281632E | KM44S64038 |
| | K4S281632E | KM44V16000 |
| | K4S281632E | KM44V16004 |
| | K4S281632E | KM44V16104 |
| | K4S281632E | K4M28163PE |
| | K4S281632E | K4M641633K |
| 830 DRAM C-1 | K1S161615M | K1S161615M |
| | K1S161615M | K1S1616B1M |
| | K1S161615M | K1S1616B9M |

| 830 DRAM C-2 | K1S641615B | K1S641615B |

# First Supplemental
# Exhibit D

| 592 NAND-A Exemplar Product | Products Represented by Exemplar |
|---|---|
| K9WAG08U1A | K911G08V0M |
| K9WAG08U1A | K922G08V0M |
| K9WAG08U1A | K944G08V0M |
| K9WAG08U1A | K9D1208V0A |
| K9WAG08U1A | K9D1208V0M |
| K9WAG08U1A | K9D1G08V0M |
| K9WAG08U1A | K9E2G08U0M |
| K9WAG08U1A | K9E2G08U1M |
| K9WAG08U1A | K9F1208B0B |
| K9WAG08U1A | K9F1208B0C |
| K9WAG08U1A | K9F1208Q0B |
| K9WAG08U1A | K9F1208R0B |
| K9WAG08U1A | K9F1208R0C |
| K9WAG08U1A | K9F1208U0B |
| K9WAG08U1A | K9F1208U0C |
| K9WAG08U1A | K9F1G08R0A |
| K9WAG08U1A | K9F1G08R0B |
| K9WAG08U1A | K9F1G08U0A |
| K9WAG08U1A | K9F1G08U0B |
| K9WAG08U1A | K9F1G08U0C |
| K9WAG08U1A | K9F1G08U0M |
| K9WAG08U1A | K9F1G16Q0M |
| K9WAG08U1A | K9F1G16U0M |
| K9WAG08U1A | K9F2G08R0A |
| K9WAG08U1A | K9F2G08U0A |
| K9WAG08U1A | K9F2G08U0B |
| K9WAG08U1A | K9F2G08U0M |
| K9WAG08U1A | K9F4G08U0A |
| K9WAG08U1A | K9F4G08U0B |
| K9WAG08U1A | K9F4G08U0M |
| K9WAG08U1A | K9F5608B0D |
| K9WAG08U1A | K9F5608D0C |
| K9WAG08U1A | K9F5608R0D |
| K9WAG08U1A | K9F5608U0D |
| K9WAG08U1A | K9F5616D0C |
| K9WAG08U1A | K9F5616Q0C |
| K9WAG08U1A | K9F5616U0C |
| K9WAG08U1A | K9F8G08U0M |
| K9WAG08U1A | K9G2G08U0M |
| K9WAG08U1A | K9G4G08U0A |
| K9WAG08U1A | K9G8G08U0A |
| K9WAG08U1A | K9G8G08U0B |
| K9WAG08U1A | K9G8G08U0M |
| K9WAG08U1A | K9GAG08U0M |

| 592 NAND-A Exemplar Product | Products Represented by Exemplar |
|---|---|
| K9WAG08U1A | K9GAGZ8U0M |
| K9WAG08U1A | K9HAG08U1M |
| K9WAG08U1A | K9HBG08U1A |
| K9WAG08U1A | K9HBG08U1B |
| K9WAG08U1A | K9HBG08U1M |
| K9WAG08U1A | K9HCG08U1M |
| K9WAG08U1A | K9HCG08U5M |
| K9WAG08U1A | K9HCGZ8U1M |
| K9WAG08U1A | K9K1208Q0C |
| K9WAG08U1A | K9K1208U0C |
| K9WAG08U1A | K9K1208U0M |
| K9WAG08U1A | K9K1216D0C |
| K9WAG08U1A | K9K1216Q0C |
| K9WAG08U1A | K9K1216U0C |
| K9WAG08U1A | K9K1G08R0B |
| K9WAG08U1A | K9K1G08U0B |
| K9WAG08U1A | K9K1G08U0M |
| K9WAG08U1A | K9K2G08R0A |
| K9WAG08U1A | K9K2G08U0A |
| K9WAG08U1A | K9K2G08U0M |
| K9WAG08U1A | K9K2G16U0M |
| K9WAG08U1A | K9K4G08U0M |
| K9WAG08U1A | K9K4G08U1M |
| K9WAG08U1A | K9K8G08U0A |
| K9WAG08U1A | K9K8G08U0B |
| K9WAG08U1A | K9K8G08U0M |
| K9WAG08U1A | K9K8G08U1A |
| K9WAG08U1A | K9K8G08U1B |
| K9WAG08U1A | K9K8G08U1M |
| K9WAG08U1A | K9KAG08U0M |
| K9WAG08U1A | K9L8G08U0A |
| K9WAG08U1A | K9L8G08U0M |
| K9WAG08U1A | K9LAG08U0A |
| K9WAG08U1A | K9LAG08U0B |
| K9WAG08U1A | K9LAG08U0M |
| K9WAG08U1A | K9LAG08U1A |
| K9WAG08U1A | K9LAG08U1M |
| K9WAG08U1A | K9LBG08U0M |
| K9WAG08U1A | K9LBG08U1M |
| K9WAG08U1A | K9MBG08U5M |
| K9WAG08U1A | K9MCG08U5M |
| K9WAG08U1A | K9MDG08U5M |
| K9WAG08U1A | K9NBG08U5A |
| K9WAG08U1A | K9NBG08U5M |
| K9WAG08U1A | K9NCG08U5M |

| 592 NAND-A Exemplar Product | Products Represented by Exemplar |
|---|---|
| K9WAG08U1A | K9PDG08U5M |
| K9WAG08U1A | K9Q1G08V0A |
| K9WAG08U1A | K9S1208V0M |
| K9WAG08U1A | K9S5608V0C |
| K9WAG08U1A | K9T1G08U0M |
| K9WAG08U1A | K9W4G08U1M |
| K9WAG08U1A | K9W8G08U1M |
| K9WAG08U1A | *K9WAG08U1A* |
| K9WAG08U1A | K9WAG08U1B |
| K9WAG08U1A | K9WAG08U1M |
| K9WAG08U1A | K9WBG08U1M |
| K9WAG08U1A | K9WBG08U5M |
| K9WAG08U1A | KEE00F00VA |
| K9WAG08U1A | KEE00X00VM |
| K9WAG08U1A | KEG00B00VM |
| K9WAG08U1A | KEJ00200MM |
| K9WAG08U1A | KEJ00200XA |
| K9WAG08U1A | KEJ00R00MM |
| K9WAG08U1A | KEJ00R00XA |
| K9WAG08U1A | KEK00300MM |
| K9WAG08U1A | KEK00300XA |
| K9WAG08U1A | KEL00400XA |
| K9WAG08U1A | KFG1216Q2A |
| K9WAG08U1A | KFG1216Q2B |
| K9WAG08U1A | KFG1216Q2M |
| K9WAG08U1A | KFG1216U2A |
| K9WAG08U1A | KFG1216U2B |
| K9WAG08U1A | KFG1G16Q2A |
| K9WAG08U1A | KFG1G16Q2B |
| K9WAG08U1A | KFG1G16Q2M |
| K9WAG08U1A | KFG1G16U2B |
| K9WAG08U1A | KFG2G16Q2A |
| K9WAG08U1A | KFG2G16Q2M |
| K9WAG08U1A | KFG4GH6U4M |
| K9WAG08U1A | KFG5616Q1A |
| K9WAG08U1A | KFG5616U1A |
| K9WAG08U1A | KFH2G16Q2M |
| K9WAG08U1A | KFH4G16Q2A |
| K9WAG08U1A | KFH4G16Q2M |
| K9WAG08U1A | KFH8GH6Q4M |
| K9WAG08U1A | KFH8GH6U4M |
| K9WAG08U1A | KFM1G16Q2A |
| K9WAG08U1A | KFM1G16Q2B |
| K9WAG08U1A | KFM1G16Q2C |
| K9WAG08U1A | KFM1G16Q2M |

| 592 NAND-A Exemplar Product | Products Represented by Exemplar |
|---|---|
| K9WAG08U1A | KFM2G16Q2A |
| K9WAG08U1A | KFM2G16Q2M |
| K9WAG08U1A | KFM4GH6Q4M |
| K9WAG08U1A | KFN2G16Q2M |
| K9WAG08U1A | KFN4G16Q2A |
| K9WAG08U1A | KFN4G16Q2M |
| K9WAG08U1A | KFN8GH6Q4M |
| K9WAG08U1A | KFW4G16Q2M |
| K9WAG08U1A | KM29U128T |
| K9WAG08U1A | SMFDV032 |
| K9WAG08U1A | SMFV016 |

| 592 NAND-B Exemplar Product | Products Represented by Exemplar |
|---|---|
| K9GAG08U0D | K9GAG08U0D |
| K9GAG08U0D | K9HCG08U5D |
| K9GAG08U0D | K9PDG08U5D |

| 592 NAND-C Exemplar Product | Products Represented by Exemplar |
|---|---|
| K9F5608U0A | K9D1G08V0A |
| K9F5608U0A | K9F1208Q0A |
| K9F5608U0A | K9F1208U0A |
| K9F5608U0A | K9F1208U0M |
| K9F5608U0A | K9F1216Q0A |
| K9F5608U0A | K9F1216U0A |
| K9F5608U0A | K9F1608W0A |
| K9F5608U0A | K9F2808Q0B |
| K9F5608U0A | K9F2808Q0C |
| K9F5608U0A | K9F2808U0A |
| K9F5608U0A | K9F2808U0B |
| K9F5608U0A | K9F2808U0C |
| K9F5608U0A | K9F2816U0C |
| K9F5608U0A | K9F3208W0A |
| K9F5608U0A | K9F4008W0A |
| K9F5608U0A | K9F5608Q0B |
| K9F5608U0A | K9F5608Q0C |
| K9F5608U0A | K9F5608U0A |
| K9F5608U0A | K9F5608U0B |
| K9F5608U0A | K9F5608U0C |
| K9F5608U0A | K9F5608U0M |
| K9F5608U0A | K9F5616U0B |
| K9F5608U0A | K9F6408U0A |
| K9F5608U0A | K9F6408U0B |

| 592 NAND-C Exemplar Product | Products Represented by Exemplar |
|---|---|
| K9F5608U0A | K9F6408U0C |
| K9F5608U0A | K9F6408U0M |
| K9F5608U0A | K9F8008W0M |
| K9F5608U0A | K9K1208U0A |
| K9F5608U0A | K9K1G08U0A |
| K9F5608U0A | K9K5608U0M |
| K9F5608U0A | K9S1208V0A |
| K9F5608U0A | K9S2808V0A |
| K9F5608U0A | K9S2808V0B |
| K9F5608U0A | K9S2808V0C |
| K9F5608U0A | K9S2808V0M |
| K9F5608U0A | K9S5608V0A |
| K9F5608U0A | K9S5608V0B |
| K9F5608U0A | K9S5608V0M |
| K9F5608U0A | K9S6408V0A |
| K9F5608U0A | K9S6408V0C |
| K9F5608U0A | KFG5616Q1M |
| K9F5608U0A | KFG5616U1M |
| K9F5608U0A | KFM1216Q2A |

| 592 DRAM-A Exemplar Product | Products Represented by Exemplar |
|---|---|
| K4T1G164QA | K4C561638F |
| K4T1G164QA | K4C89093AF |
| K4T1G164QA | K4C89183AF |
| K4T1G164QA | K4D261638I |
| K4T1G164QA | K4D261638K |
| K4T1G164QA | K4D263238G |
| K4T1G164QA | K4D263238I |
| K4T1G164QA | K4D263238K |
| K4T1G164QA | K4D26323QG |
| K4T1G164QA | K4D26323RA |
| K4T1G164QA | K4D551638F |
| K4T1G164QA | K4D551638H |
| K4T1G164QA | K4D553235F |
| K4T1G164QA | K4D553238F |
| K4T1G164QA | K4D55323QF |
| K4T1G164QA | K4D64163HE |
| K4T1G164QA | K4H1G0438A |
| K4T1G164QA | K4H1G0438M |
| K4T1G164QA | K4H1G0638B |
| K4T1G164QA | K4H1G0638C |
| K4T1G164QA | K4H1G0738M |
| K4T1G164QA | K4H1G0838A |

| 592 DRAM-A Exemplar Product | Products Represented by Exemplar |
|---|---|
| K4T1G164QA | K4H1G0838M |
| K4T1G164QA | K4H1G1638M |
| K4T1G164QA | K4H280438F |
| K4T1G164QA | K4H280838F |
| K4T1G164QA | K4H2G0638A |
| K4T1G164QA | K4H510438B |
| K4T1G164QA | K4H510438C |
| K4T1G164QA | K4H510438D |
| K4T1G164QA | K4H510438F |
| K4T1G164QA | K4H510438M |
| K4T1G164QA | K4H510638C |
| K4T1G164QA | K4H510638D |
| K4T1G164QA | K4H510638E |
| K4T1G164QA | K4H510838B |
| K4T1G164QA | K4H510838C |
| K4T1G164QA | K4H510838D |
| K4T1G164QA | K4H510838F |
| K4T1G164QA | K4H510838M |
| K4T1G164QA | K4H511638B |
| K4T1G164QA | K4H511638C |
| K4T1G164QA | K4H511638D |
| K4T1G164QA | K4H511638F |
| K4T1G164QA | K4H560438C |
| K4T1G164QA | K4H560438D |
| K4T1G164QA | K4H560438F |
| K4T1G164QA | K4H560438H |
| K4T1G164QA | K4H560438J |
| K4T1G164QA | K4H560838F |
| K4T1G164QA | K4H560838H |
| K4T1G164QA | K4H560838J |
| K4T1G164QA | K4H561638D |
| K4T1G164QA | K4H561638F |
| K4T1G164QA | K4H561638H |
| K4T1G164QA | K4H561638J |
| K4T1G164QA | K4H641638N |
| K4T1G164QA | K4J52324QC |
| K4T1G164QA | K4J52324QE |
| K4T1G164QA | K4J52324QH |
| K4T1G164QA | K4J55323QF |
| K4T1G164QA | K4J55323QG |
| K4T1G164QA | K4J55323QI |
| K4T1G164QA | K4K56323PG |
| K4T1G164QA | K4K56323PI |
| K4T1G164QA | K4M1G323PC |
| K4T1G164QA | K4M1G323PQ |
| K4T1G164QA | K4M281633F |

| 592 DRAM-A Exemplar Product | Products Represented by Exemplar |
|---|---|
| K4T1G164QA | K4M281633H |
| K4T1G164QA | K4M28163LF |
| K4T1G164QA | K4M28163LH |
| K4T1G164QA | K4M28163PF |
| K4T1G164QA | K4M28163PH |
| K4T1G164QA | K4M28163PN |
| K4T1G164QA | K4M283233H |
| K4T1G164QA | K4M28323LH |
| K4T1G164QA | K4M28323PH |
| K4T1G164QA | K4M511533E |
| K4T1G164QA | K4M51153LE |
| K4T1G164QA | K4M511633C |
| K4T1G164QA | K4M511633E |
| K4T1G164QA | K4M51163DC |
| K4T1G164QA | K4M51163LC |
| K4T1G164QA | K4M51163LE |
| K4T1G164QA | K4M51163PC |
| K4T1G164QA | K4M51163PE |
| K4T1G164QA | K4M513233C |
| K4T1G164QA | K4M513233E |
| K4T1G164QA | K4M51323LC |
| K4T1G164QA | K4M51323LE |
| K4T1G164QA | K4M51323PC |
| K4T1G164QA | K4M51323PE |
| K4T1G164QA | K4M561633G |
| K4T1G164QA | K4M56163DG |
| K4T1G164QA | K4M56163LG |
| K4T1G164QA | K4M56163PE |
| K4T1G164QA | K4M56163PG |
| K4T1G164QA | K4M56163PI |
| K4T1G164QA | K4M563233F |
| K4T1G164QA | K4M563233G |
| K4T1G164QA | K4M56323LG |
| K4T1G164QA | K4M56323PF |
| K4T1G164QA | K4M56323PG |
| K4T1G164QA | K4M56323PI |
| K4T1G164QA | K4M641633K |
| K4T1G164QA | K4M64163LK |
| K4T1G164QA | K4M64163PH |
| K4T1G164QA | K4M64163PK |
| K4T1G164QA | K4N1G164QE |
| K4T1G164QA | K4N1G164QQ |
| K4T1G164QA | K4N51163QE |
| K4T1G164QA | K4N51163QG |
| K4T1G164QA | K4N51163QZ |
| K4T1G164QA | K4N56163QF |

| 592 DRAM-A Exemplar Product | Products Represented by Exemplar |
|---|---|
| K4T1G164QA | K4N56163QG |
| K4T1G164QA | K4N56163QI |
| K4T1G164QA | K4R271669F |
| K4T1G164QA | K4R271669H |
| K4T1G164QA | K4R571669D |
| K4T1G164QA | K4R761869A |
| K4T1G164QA | K4R881869D |
| K4T1G164QA | K4R881869E |
| K4T1G164QA | K4R881869I |
| K4T1G164QA | K4S280432F |
| K4T1G164QA | K4S280432I |
| K4T1G164QA | K4S280432K |
| K4T1G164QA | K4S280832F |
| K4T1G164QA | K4S280832I |
| K4T1G164QA | K4S280832K |
| K4T1G164QA | K4S281632F |
| K4T1G164QA | K4S281632I |
| K4T1G164QA | K4S281632K |
| K4T1G164QA | K4S510432B |
| K4T1G164QA | K4S510432D |
| K4T1G164QA | K4S510432M |
| K4T1G164QA | K4S510632D |
| K4T1G164QA | K4S510832B |
| K4T1G164QA | K4S510832D |
| K4T1G164QA | K4S510832M |
| K4T1G164QA | K4S511533F |
| K4T1G164QA | K4S51153LF |
| K4T1G164QA | K4S511632B |
| K4T1G164QA | K4S511632D |
| K4T1G164QA | K4S511632M |
| K4T1G164QA | K4S511633F |
| K4T1G164QA | K4S51163LF |
| K4T1G164QA | K4S51163PF |
| K4T1G164QA | K4S513233F |
| K4T1G164QA | K4S51323LF |
| K4T1G164QA | K4S51323PF |
| K4T1G164QA | K4S560432D |
| K4T1G164QA | K4S560432E |
| K4T1G164QA | K4S560432H |
| K4T1G164QA | K4S560432J |
| K4T1G164QA | K4S560832E |
| K4T1G164QA | K4S560832H |
| K4T1G164QA | K4S560832J |
| K4T1G164QA | K4S561632D |
| K4T1G164QA | K4S561632E |
| K4T1G164QA | K4S561632H |

| 592 DRAM-A Exemplar Product | Products Represented by Exemplar |
|---|---|
| K4T1G164QA | K4S561632J |
| K4T1G164QA | K4S561633F |
| K4T1G164QA | K4S56163LF |
| K4T1G164QA | K4S56163PF |
| K4T1G164QA | K4S563233F |
| K4T1G164QA | K4S56323LF |
| K4T1G164QA | K4S56323PF |
| K4T1G164QA | K4S640432H |
| K4T1G164QA | K4S640832H |
| K4T1G164QA | K4S640832K |
| K4T1G164QA | K4S640832N |
| K4T1G164QA | K4S641632H |
| K4T1G164QA | K4S641632K |
| K4T1G164QA | K4S641632N |
| K4T1G164QA | K4S641633H |
| K4T1G164QA | K4S64163LH |
| K4T1G164QA | K4S643233H |
| K4T1G164QA | K4S64323LH |
| K4T1G164QA | K4T1G044QA |
| K4T1G164QA | K4T1G044QC |
| K4T1G164QA | K4T1G044QM |
| K4T1G164QA | K4T1G084QA |
| K4T1G164QA | K4T1G084QC |
| K4T1G164QA | K4T1G084QM |
| K4T1G164QA | K4T1G084QR |
| K4T1G164QA | K4T1G164QA |
| K4T1G164QA | K4T2G264QA |
| K4T1G164QA | K4T51043QB |
| K4T1G164QA | K4T51043QC |
| K4T1G164QA | K4T51043QE |
| K4T1G164QA | K4T51043QM |
| K4T1G164QA | K4T51083QB |
| K4T1G164QA | K4T51083QC |
| K4T1G164QA | K4T51083QE |
| K4T1G164QA | *K4T51083QF* |
| K4T1G164QA | K4T51083QM |
| K4T1G164QA | K4T51163QB |
| K4T1G164QA | K4T51163QC |
| K4T1G164QA | K4T51163QE |
| K4T1G164QA | K4T56043QF |
| K4T1G164QA | K4T56043QG |
| K4T1G164QA | K4T56083QF |
| K4T1G164QA | K4T56163QI |
| K4T1G164QA | K4U52324QE |
| K4T1G164QA | K4V1G323PC |
| K4T1G164QA | K4V1H303PC |

| 592 DRAM-A Exemplar Product | Products Represented by Exemplar |
|---|---|
| K4T1G164QA | K4V51323PE |
| K4T1G164QA | K4V56323PG |
| K4T1G164QA | K4V56323PI |
| K4T1G164QA | K4V68323PM |
| K4T1G164QA | K4X1G153PC |
| K4T1G164QA | K4X1G163PC |
| K4T1G164QA | K4X1G323PC |
| K4T1G164QA | K4X28163PN |
| K4T1G164QA | K4X51163PC |
| K4T1G164QA | K4X51163PE |
| K4T1G164QA | K4X51323PC |
| K4T1G164QA | K4X51323PE |
| K4T1G164QA | K4X56163PE |
| K4T1G164QA | K4X56163PF |
| K4T1G164QA | K4X56163PG |
| K4T1G164QA | K4X56163PI |
| K4T1G164QA | K4X563233F |
| K4T1G164QA | K4X56323PF |
| K4T1G164QA | K4X56323PG |
| K4T1G164QA | K4X56323PI |
| K4T1G164QA | K4X56323PL |
| K4T1G164QA | K4Y50024UC |
| K4T1G164QA | K4Y50024UE |
| K4T1G164QA | K4Y50084UC |
| K4T1G164QA | K4Y50164UC |
| K4T1G164QA | K4Y54084UF |
| K4T1G164QA | K4J52324QG |
| K4T1G164QA | K4T2G064Q |
| K4T1G164QA | K4T2G264Q |
| K4T1G164QA | K4H2G0638 |
| K4T1G164QA | K4H560838E |
| K4T1G164QA | K4H560438E |

| 592 DRAM-B Exemplar Product | Products Represented by Exemplar |
|---|---|
| K4T1G084QQ | K4B1G0446C |
| K4T1G084QQ | K4B1G0446D |
| K4T1G084QQ | *K4B1G0446E* |
| K4T1G084QQ | K4B1G0846C |
| K4T1G084QQ | K4B1G0846D |
| K4T1G084QQ | *K4B1G0846E* |
| K4T1G084QQ | K4B1G1646D |
| K4T1G084QQ | *K4B2G0446D* |
| K4T1G084QQ | K4B2G0846B |

| 592 DRAM-B Exemplar Product | Products Represented by Exemplar |
|---|---|
| K4T1G084QQ | K4B2G1646B |
| K4T1G084QQ | K4J10324QD |
| K4T1G084QQ | K4M51163PG |
| K4T1G084QQ | K4M51323PG |
| K4T1G084QQ | K4T1G044QD |
| K4T1G084QQ | K4T1G044QQ |
| K4T1G084QQ | K4T1G084QD |
| K4T1G084QQ | K4T1G084QE |
| K4T1G084QQ | K4T1G084QQ |
| K4T1G084QQ | K4T1G164QD |
| K4T1G084QQ | K4T1G164QE |
| K4T1G084QQ | K4T1G164QQ |
| K4T1G084QQ | *K4T2G044QC* |
| K4T1G084QQ | K4T2G044QQ |
| K4T1G084QQ | K4T2G084QA |
| K4T1G084QQ | *K4T4G044QQ* |
| K4T1G084QQ | K4T51043QG |
| K4T1G084QQ | K4T51083QG |
| K4T1G084QQ | K4T51163QG |
| K4T1G084QQ | K4V51323PH |
| K4T1G084QQ | K4W1G1646D |
| K4T1G084QQ | K4X1G153PE |
| K4T1G084QQ | K4X1G163PQ |
| K4T1G084QQ | K4X1G323PD |
| K4T1G084QQ | K4X1G323PQ |
| K4T1G084QQ | K4X1GA53PE |
| K4T1G084QQ | K4X2G303PC |
| K4T1G084QQ | K4X2G303PD |
| K4T1G084QQ | K4X2G323PD |
| K4T1G084QQ | K4X51163PG |
| K4T1G084QQ | K4X51323PG |
| K4T1G084QQ | K4T4G264Q |
| K4T1G084QQ | K4T4G274Q |

| 592 DRAM-C Exemplar Product | Products Represented by Exemplar |
|---|---|
| K4D261638E | K4C561638C |
| K4D261638E | K4D261638E |
| K4D261638E | K4D261638F |
| K4D261638E | K4D263238A |
| K4D261638E | K4D263238D |
| K4D261638E | K4D263238E |
| K4D261638E | K4D263238F |
| K4D261638E | K4D263238M |
| K4D261638E | K4D26323AA |

| 592 DRAM-C Exemplar Product | Products Represented by Exemplar |
|---|---|
| K4D261638E | K4D26323QE |
| K4D261638E | K4D28163HD |
| K4D261638E | K4D551638D |
| K4D261638E | K4D553238E |
| K4D261638E | K4D623237A |
| K4D261638E | K4D623238B |
| K4D261638E | K4D623238F |
| K4D261638E | K4D62323HA |
| K4D261638E | K4D64163HF |
| K4D261638E | K4E151611D |
| K4D261638E | K4E151612D |
| K4D261638E | K4E160411D |
| K4D261638E | K4E160412D |
| K4D261638E | K4E160811D |
| K4D261638E | K4E160812D |
| K4D261638E | K4E170412D |
| K4D261638E | K4E171611D |
| K4D261638E | K4E171612D |
| K4D261638E | K4E640411D |
| K4D261638E | K4E640412E |
| K4D261638E | K4E640812D |
| K4D261638E | K4E640812E |
| K4D261638E | K4E641611D |
| K4D261638E | K4E641611E |
| K4D261638E | K4E641612D |
| K4D261638E | K4E641612E |
| K4D261638E | K4E660412E |
| K4D261638E | K4E660812D |
| K4D261638E | K4E660812E |
| K4D261638E | K4E661612D |
| K4D261638E | K4E661612E |
| K4D261638E | K4F151611D |
| K4D261638E | K4F151612D |
| K4D261638E | K4F160411D |
| K4D261638E | K4F160811D |
| K4D261638E | K4F170411D |
| K4D261638E | K4F170412D |
| K4D261638E | K4F171612D |
| K4D261638E | K4F640411C |
| K4D261638E | K4F640411D |
| K4D261638E | K4F640412D |
| K4D261638E | K4F640412E |
| K4D261638E | K4F640811D |
| K4D261638E | K4F640812E |
| K4D261638E | K4F641612D |
| K4D261638E | K4F660412E |

| 592 DRAM-C Exemplar Product | Products Represented by Exemplar |
|---|---|
| K4D261638E | K4F660811D |
| K4D261638E | K4F660812E |
| K4D261638E | K4F661612E |
| K4D261638E | K4G323222A |
| K4D261638E | K4G323222M |
| K4D261638E | K4H280438B |
| K4D261638E | K4H280438C |
| K4D261638E | K4H280438D |
| K4D261638E | K4H280438E |
| K4D261638E | K4H280838B |
| K4D261638E | K4H280838C |
| K4D261638E | K4H280838D |
| K4D261638E | K4H280838E |
| K4D261638E | K4H281638B |
| K4D261638E | K4H281638D |
| K4D261638E | K4H281638E |
| K4D261638E | K4H560438B |
| K4D261638E | K4H560838B |
| K4D261638E | K4H560838C |
| K4D261638E | K4H560838D |
| K4D261638E | K4H561638B |
| K4D261638E | K4M28163PD |
| K4D261638E | K4M28163PE |
| K4D261638E | K4M563233D |
| K4D261638E | K4M563233E |
| K4D261638E | K4M56323LD |
| K4D261638E | K4M56323LE |
| K4D261638E | K4M64163PG |
| K4D261638E | K4N26323AE |
| K4D261638E | K4P160411C |
| K4D261638E | K4R271669A |
| K4D261638E | K4R271669B |
| K4D261638E | K4R271669D |
| K4D261638E | K4R271669E |
| K4D261638E | K4R441869A |
| K4D261638E | K4R441869B |
| K4D261638E | K4R571669A |
| K4D261638E | K4R571669E |
| K4D261638E | K4R881869A |
| K4D261638E | K4R881869M |
| K4D261638E | K4S161622D |
| K4D261638E | K4S161622E |
| K4D261638E | K4S280432A |
| K4D261638E | K4S280432B |
| K4D261638E | K4S280432C |
| K4D261638E | K4S280432D |

| 592 DRAM-C Exemplar Product | Products Represented by Exemplar |
|---|---|
| K4D261638E | K4S280432E |
| K4D261638E | K4S280832A |
| K4D261638E | K4S280832B |
| K4D261638E | K4S280832C |
| K4D261638E | K4S280832D |
| K4D261638E | K4S280832E |
| K4D261638E | K4S281632B |
| K4D261638E | K4S281632C |
| K4D261638E | K4S281632D |
| K4D261638E | K4S281632E |
| K4D261638E | K4S281633D |
| K4D261638E | K4S28163LD |
| K4D261638E | K4S283232E |
| K4D261638E | K4S283233F |
| K4D261638E | K4S283234F |
| K4D261638E | K4S28323LF |
| K4D261638E | K4S510432C |
| K4D261638E | K4S510632C |
| K4D261638E | K4S510732C |
| K4D261638E | K4S510832C |
| K4D261638E | K4S511533C |
| K4D261638E | K4S51153LC |
| K4D261638E | K4S511632C |
| K4D261638E | K4S511633C |
| K4D261638E | K4S51163LC |
| K4D261638E | K4S513233C |
| K4D261638E | K4S51323LC |
| K4D261638E | K4S560432A |
| K4D261638E | K4S560432B |
| K4D261638E | K4S560432C |
| K4D261638E | K4S560832A |
| K4D261638E | K4S560832B |
| K4D261638E | K4S560832C |
| K4D261638E | K4S560832D |
| K4D261638E | K4S561632A |
| K4D261638E | K4S561632B |
| K4D261638E | K4S561632C |
| K4D261638E | K4S561633C |
| K4D261638E | K4S56163LC |
| K4D261638E | K4S640432D |
| K4D261638E | K4S640432E |
| K4D261638E | K4S640432F |
| K4D261638E | K4S640832C |
| K4D261638E | K4S640832D |
| K4D261638E | K4S640832E |
| K4D261638E | K4S640832F |

| 592 DRAM-C Exemplar Product | Products Represented by Exemplar |
|---|---|
| K4D261638E | K4S641632C |
| K4D261638E | K4S641632D |
| K4D261638E | K4S641632E |
| K4D261638E | K4S641632F |
| K4D261638E | K4S641633C |
| K4D261638E | K4S641633D |
| K4D261638E | K4S641633F |
| K4D261638E | K4S64163LF |
| K4D261638E | K4S643232C |
| K4D261638E | K4S643232E |
| K4D261638E | K4S643232F |
| K4D261638E | K4S643232H |
| K4D261638E | K4S643233E |
| K4D261638E | K4S643233F |
| K4D261638E | K4S643234E |
| K4D261638E | K4S64323LF |
| K4D261638E | KFM2G16Q2M |
| K4D261638E | KM4132G112 |
| K4D261638E | KM416C1200 |
| K4D261638E | KM416C1204 |
| K4D261638E | KM416C4104 |
| K4D261638E | KM416RD8AC |
| K4D261638E | KM416RD8Ax |
| K4D261638E | KM416S1020 |
| K4D261638E | KM416S1120 |
| K4D261638E | KM416V1204 |
| K4D261638E | KM418RD8AC |
| K4D261638E | KM418RD8Ax |
| K4D261638E | KM4216C256 |
| K4D261638E | KM432S2030 |
| K4D261638E | KM432V515J |
| K4D261638E | KM44V16104 |
| K4D261638E | KM48C2100C |
| K4D261638E | KM48C512DJ |
| K4D261638E | KM48C512DL |
| K4D261638E | K4S161622H |
| K4D261638E | K4S560632 |
| K4D261638E | K4S560732 |

EX. D TO THE STIPULATION RE:
EXEMPLAR PRODUCTS