| | |
|---|---|
| William H. Manning (*pro hac vice*) | Robert T. Haslam (Bar No. 71134) |
| E-mail: WHManning@rkmc.com | E-mail: Rhaslam@cov.com |
| Brad P. Engdahl (*pro hac vice*) | **Covington & Burling LLP** |
| E-mail: BPEngdahl@rkmc.com | 333 Twin Dolphin Drive, Suite 700 |
| Cole M. Fauver (*pro hac vice*) | Redwood Shores, CA  94065 |
| E-mail: CMFauver@rkmc.com | Telephone:  650-632-4700 |
| Logan J. Drew (*pro hac vice*) | Facsimile:  650-632-4800 |
| E-mail: LJDrew@rkmc.com | |
| **Robins, Kaplan, Miller & Ciresi L.L.P.** | Christine S. Haskett (Bar No. 188053) |
| 2800 LaSalle Plaza | E-mail: Chaskett@cov.com |
| 800  LaSalle Avenue | **Covington & Burling LLP** |
| Minneapolis, MN  55402 | One Front Street |
| Telephone:  612-349-8500 | San Francisco, CA 94111 |
| Facsimile:  612-339-4181 | Telephone: 415-591-6000 |
| | Facsimile: 415-591-6091 |
| Attorneys for Plaintiffs and | |
| Counterdefendants Advanced Micro | Alan H. Blankenheimer (Bar No. 218713) |
| Devices, Inc., et al. | E-mail: ablankenheimer@cov.com |
| | Laura E. Muschamp (Bar No. 228717) |
| | E-mail: lmuschamp@cov.com |
| | Jo Dale Carothers (Bar No. 228703) |
| | E-mail: jcarothers@cov.com |
| | **Covington & Burling LLP** |
| | 9191 Towne Centre Drive, 6th Floor |
| | San Diego, CA  92122-1225 |
| | Telephone: 858-678-1800 |
| | Facsimile:  858-678-1600 |
| | |
| | Attorneys for Defendants and |
| | Counterclaimants Samsung Electronics |
| | Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | Case. No. CV-08-0986-SI |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER ALLOWING SAMSUNG TO AMEND ITS FINAL INFRINGEMENT CONTENTIONS TO REMOVE CERTAIN CLAIMS OF U.S. PATENT NO. 5,740,065 AND WITHDRAWAL OF CORRESPONDING PORTIONS OF AMD'S DECLARATORY JUDGMENT CLAIMS** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |
| | **[Civil L.R. 7-12]** |

1       Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and
2   Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor,
3   LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; and
4   Samsung Digital Imaging Co., Ltd. (collectively, "Samsung"), by and through their respective
5   counsel jointly submit this Stipulation allowing Samsung to amend its Final Infringement
6   Contentions to remove claims 8 and 11 of U.S. Patent No. 5,740,065 ("the '065 patent") and
7   allowing AMD to withdraw its corresponding declaratory judgment claims.
8       Whereas, Samsung will no longer assert claims 8 and 11 against AMD for any processes
9   which could have been accused in this action, and wishes to remove from contention its
10  infringement allegations regarding claims 8 and 11, except insofar as claim 12 requires the
11  elements of claim 8.
12      Whereas, Samsung hereby unconditionally and irrevocably covenants not to sue AMD,
13  their affiliates, successors, parents, subsidiaries and each of their suppliers, customers, or
14  distributors, for infringement of claims 1-11 of United States Patent No. 5,740,065 based on any
15  conduct by Advanced Micro Devices, Inc., ATI Technologies, ULC or GlobalFoundries, Inc. that
16  was accused or could have been accused in the present lawsuit under 35 U.S.C. § 271.
17      This covenant shall be personal to the entities named herein, their affiliates, successors,
18  parents, subsidiaries and each of their suppliers, customers, and distributors, and its benefits do
19  not extend to any other person or entity.  This covenant may not be sold, assigned or transferred
20  in any way to persons or entities not specified herein.
21      This covenant, and all rights provided by Samsung hereunder that relate to the '065
22  patent, shall be binding on any and all entities in privity with it, including but not limited to any
23  and all successors, acquirers, assignees or transferees of any of Samsung's rights that relate to the
24  '065 patent.
25      Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
26  and between AMD and Samsung that, subject to the Court's approval,
27  1) Samsung may amend its Final Infringement Contentions so as to assert only claim 12.
28

2) AMD will not raise to or in front of a jury, in any context in this litigation, that Samsung initially pursued claims 8 and 11, but has since withdrawn those claims.

3) In light of the covenant not to sue, AMD will no longer pursue its declaratory judgment claims on claims 1-11 of the '065 patent.

DATED: April 8, 2010            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:/s/ Cole M. Fauver_____
    William H. Manning
    Cole M. Fauver
    Logan J. Drew

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED: April 8, 2010            **COVINGTON & BURLING LLP**

By:/s/ Christine Saunders Haskett_____
    Christine Saunders Haskett
    Alexa Hansen

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2010            _____
    Honorable Susan Illston
    United States District Judge

**ECF CERTIFICATION**

I, Christine Saunders Haskett, am the ECF User whose identification and password are being used to file this stipulated request to allow Samsung to amend its Final Infringement Contentions to remove certain claims on U.S. Patent No. 5,740,065 and I hereby attest that Cole M. Fauver has concurred in this filing.

DATED:  April 8, 2010            **COVINGTON & BURLING LLP**

                                  By */s/ Christine Saunders Haskett*
                                      CHRISTINE SAUNDERS HASKETT

                                  Attorneys for Defendants and Counterclaimants
                                  Samsung Electronics Co., Ltd., et al.