| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Brad P. Engdahl (*pro hac vice*) <br> E-mail: BPEngdahl@rkmc.com <br> Andrew M. Kepper (*pro hac vice*) <br> E-mail: AMKepper@rkmc.com <br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN 55402 <br> Telephone: 612-349-8500 <br> Facsimile: 612-339-4181 <br><br> John P. Bovich (Bar No. 150688) <br> E-mail: Jbovich@reedsmith.com <br> **Reed Smith LLP** <br> 101 Second Street, Suite 1800 <br> San Francisco, CA 94105 <br> Telephone: 415-543-8700 <br><br> Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134) <br> E-mail: Rhaslam@cov.com <br> **Covington & Burling LLP** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA 94065 <br> Telephone: 650-632-4700 <br> Facsimile: 650-632-4800 <br><br> Christine Saunders Haskett (Bar No. 188053) <br> E-mail: Chaskett@cov.com <br> **Covington & Burling LLP** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-591-6000 <br> Facsimile: 415-591-6091 <br><br> Alan H. Blankenheimer (Bar No. 218713) <br> E-mail: ablankenheimer@cov.com <br> **Covington & Burling LLP** <br> 9191 Towne Centre Drive, 6th Floor <br> San Diego, CA 92122-1225 <br> Telephone: 858-678-1800 <br> Facsimile: 858-678-1600 <br><br> Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER AS TO BRIEFING SCHEDULE FOR SAMSUNG'S SUMMARY JUDGMENT MOTION RELATING TO U.S. PATENT NO. 6,784,879** <br><br> **[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung

1  Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung
2  Telecommunications America, LLC; Samsung Digital Imaging Co., Ltd. (collectively,
3  "Samsung") jointly submit this Stipulation regarding the briefing schedule for Samsung's
4  Motion for Summary Judgment relating to U.S. Patent No. 6,784,879 ("Orr '879 patent").

   WHEREAS, the Court has moved the Hearing date for Samsung's Summary Judgment Motion relating to the Orr '879 patent from May 7th to May 5th (Dkt. #440).

   WHEREAS, Local Rules 7-33 (a) and (c) provide that oppositions and replies are to be filed no later than 21 and 14 days before the hearing, Civil Local Rule 7-7(d) only addresses how the briefing schedule for a motion is affected when the hearing date is continued to a later date, but does not address how the briefing schedule is affected when the hearing date is moved to an earlier date.

   WHEREAS, the parties agree that the briefing schedule based on the original hearing date of May 7th shall remain in effect, subject to the Court's approval.

   Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that, subject to the Court's approval:

   1.   AMD's Opposition Brief is due on April 16, 2010.
   2.   Samsung's Reply Brief is due on April 23, 2010.

DATED: April 13, 2010                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ William H. Manning
    William H. Manning
    Brad P. Engdahl
    Andrew M. Kepper

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

| | | |
|---|---|---|
| 1 | DATED:  April 13, 2010 | **COVINGTON & BURLING LLP** |
| 2 | | |
| 3 | | By:  s/ Robert T. Haslam |
| 4 | | Robert T. Haslam<br>Christine Saunders Haskett |
| 5 | | |
| 6 | | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2010

_____
Honorable Susan Illston
United States District Judge

**ECF CERTIFICATION**

I, Andrew M. Kepper, am the ECF User whose identification and password are being used to file this Stipulation regarding the filing of Protected Material under seal  In compliance with General Order 45.X.B, I hereby attest that Robert Haslam has concurred in this filing.

DATED:  April 13, 2010                **ROBINS, KAPLAN, MILLER & CIRESI, LLP**

By /s Andrew M. Kepper
ANDREW M. KEPPER

Attorneys for Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies, ULC