| | |
|---|---|
| William H. Manning (*pro hac vice*) | Robert T. Haslam (Bar No. 71134) |
| E-mail: WHManning@rkmc.com | E-mail: Rhaslam@cov.com |
| Brad P. Engdahl (*pro hac vice*) | **Covington & Burling LLP** |
| E-mail: BPEngdahl@rkmc.com | 333 Twin Dolphin Drive, Suite 700 |
| Aaron R. Fahrenkrog (*pro hac vice*) | Redwood Shores, CA  94065 |
| E-mail: ARFahrenkrog@rkmc.com | Telephone:  650-632-4700 |
| **Robins, Kaplan, Miller & Ciresi L.L.P.** | Facsimile:  650-632-4800 |
| 2800 LaSalle Plaza | |
| 800  LaSalle Avenue | Christine Saunders Haskett (Bar No. 188053) |
| Minneapolis, MN  55402 | E-mail: Chaskett@cov.com |
| Telephone:  612-349-8500 | Samuel F. Ernst (Bar No. 223963) |
| Facsimile:  612-339-4181 | E-mail: SErnst@cov.com |
| | **Covington & Burling LLP** |
| John P. Bovich (Bar No. 150688) | One Front Street |
| E-mail: Jbovich@reedsmith.com | San Francisco, CA 94111 |
| **Reed Smith LLP** | Telephone: 415-591-6000 |
| 101 Second Street, Suite 1800 | Facsimile: 415-591-6091 |
| San Francisco, CA 94105 | |
| Telephone: 415-543-8700 | Alan H. Blankenheimer (Bar No. 218713) |
| | E-mail: ablankenheimer@cov.com |
| | **Covington & Burling LLP** |
| Attorneys for Plaintiffs and | 9191 Towne Centre Drive, 6th Floor |
| Counterdefendants Advanced Micro | San Diego, CA  92122-1225 |
| Devices, Inc., et al. | Telephone: 858-678-1800 |
| | Facsimile: 858-678-1600 |
| | |
| | Attorneys for Defendants and Counterclaimants |
| | Samsung Electronics Co.. Ltd.. et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | Case. No.  CV-08-0986-SI |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | **[Civil L.R. 7-12]** |
| Defendants. | |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and

Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor,

1  LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC;
2  Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation
3  regarding the filing of Protected Material under seal.
4      WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the
5  public record in this action any Protected Material or document summarizing, discussing or
6  otherwise referencing Protected Material." Dkt. No. 60 at 12.
7      WHEREAS, Exhibits 2, 4, 5, 10, 11, 12, 17, 19, 20, 22, 27, 31, 36, 37, 40, 43 and 44 to
8  the Declaration of Aaron R. Fahrenkrog in Support of Plaintiffs' Opposition to Samsung's
9  Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,784,879 ("Fahrenkrog
10 Declaration") have been designated Highly Confidential - Outside Counsel's Eyes Only at
11 Samsung's request;
12     WHEREAS, the Declaration of Andrew Wolfe, Ph.D in Support of Plaintiffs' Opposition
13 to Samsung's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,784,879
14 ("Wolfe Declaration") contains a discussion of information that Samsung has requested be
15 designated Highly Confidential - Outside Counsel's Eyes Only;
16     Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
17 and between AMD and Samsung that, subject to the Court's approval, confidential portions of the
18 Wolfe Declaration and exhibits to the Fahrenkrog Declaration shall be filed under seal.

DATED: April 16, 2010         **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

         By: /s *Aaron R. Fahrenkrog*
         William H. Manning
         Brad P. Engdahl
         Aaron R. Fahrenkrog

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

| | |
|---|---|
| 1    DATED: April 16, 2010 | **COVINGTON & BURLING LLP** |

DATED: April 16, 2010          **COVINGTON & BURLING LLP**

By: /s *Samuel F. Ernst*

    Robert T. Haslam
    Christine Saunders Haskett
    Samuel F. Ernst

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2010

*/s/ Susan Illston*

Honorable Susan Illston
United States District Judge

|  |  |
|---|---|
| 1 | **ECF CERTIFICATION** |

2   I, Aaron R. Fahrenkrog, am the ECF User whose identification and password are being

3 used to file this Stipulation regarding the filing of Protected Material under seal  In compliance

4 with General Order 45.X.B, I hereby attest that Samuel F. Ernst has concurred in this filing.

5

6 DATED:  April 16, 2010                    **ROBINS, KAPLAN, MILLER & CIRESI, LLP**

7                                By  /s *Aaron R. Fahrenkrog*_____
8                                     AARON R. FAHRENKROG

9                                Attorneys for Plaintiffs Advanced Micro Devices, Inc.
                                 and ATI Technologies, ULC
10

---

Case No. CV-08-0986-SI          - 4 -          STIP. AND [PROPOSED] ORDER RE FILING
                                               PROTECTED MATERIAL UNDER SEAL