| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Brad P. Engdahl (*pro hac vice*) <br> E-mail: BPEngdahl@rkmc.com <br> Cole M. Fauver (*pro hac vice*) <br> E-mail: CMFauver@rkmc.com <br><br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> 2800 LaSalle Plaza <br> 800  LaSalle Avenue <br> Minneapolis, MN  55402 <br> Telephone:  612-349-8500 <br> Facsimile:  612-339-4181 <br><br> John P. Bovich (Bar No. 150688) <br> E-mail: JBovich@reedsmith.com <br> **Reed Smith LLP** <br> 101 Second Street, Suite 1800 <br> San Francisco, CA 94105 <br> Telephone 415-543-8700 <br><br><br><br> Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134) <br> E-mail: Rhaslam@cov.com <br> **Covington & Burling LLP** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA  94065 <br> Telephone:  650-632-4700 <br> Facsimile:  650-632-4800 <br><br> Christine S. Haskett (Bar No. 188053) <br> E-mail: Chaskett@cov.com <br> **Covington & Burling LLP** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-591-6000 <br> Facsimile: 415-591-6091 <br><br> Alan H. Blankenheimer (Bar No. 218713) <br> E-mail: ablankenheimer@cov.com <br> Laura E. Muschamp (Bar No. 228717) <br> E-mail: lmuschamp@cov.com <br> Jo Dale Carothers (Bar No. 228703) <br> E-mail: jcarothers@cov.com <br> **Covington & Burling LLP** <br> 9191 Towne Centre Drive, 6th Floor <br> San Diego, CA  92122-1225 <br> Telephone: 858-678-1800 <br> Facsimile:  858-678-1600 <br><br> Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No.  CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF WILLIAM TRIGGS** |

1       Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and

2 Samsung Electronics Co., Ltd. ("SEC"), Samsung Semiconductor, Inc. ("SSI"), Samsung Austin

3 Semiconductor, LLC ("SAS"), Samsung Electronics America, Inc. ("SEA"), Samsung

4 Telecommunications America, LLC ("STA"), and Samsung Digital Imaging Co., Ltd. ("SDIC")

5 (collectively, "Samsung") jointly submit this Stipulation regarding the deposition of third party

6 witness William Triggs.

7       WHEREAS, on April 6, 2010, this Court issued an order permitting Samsung to take the

8 deposition of William Triggs by April 23, 2010 (Dkt. No. 428).

9       WHEREAS, William Triggs is experiencing medical issues and requires time for

10 recovery.

11       WHEREAS, AMD and Samsung agree to postpone the deposition of William Triggs to

12 allow time for his recovery.

13       WHEREAS, all parties agree to make all reasonable efforts to conduct the deposition of

14 William Triggs by May 12, 2010, subject to his medical condition.

15       IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung

16 that:

17       1.     The deposition of William Triggs will be scheduled for April 30, 2010, subject to

18 Mr. Triggs being sufficiently recovered from his medical issues by that date.

19       2.     If, for any reason, the deposition of Mr. Triggs cannot proceed on April 30, 2010,

20 the parties will make all reasonable efforts to conduct the deposition on or before May 12, 2010.

21

22 DATED: April 22, 2010                  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

23                                        By:__/s/_William H. Manning_____

24                                          William H. Manning

25                                          Brad P. Engdahl

26                              **ATTORNEYS FOR ADVANCED MICRO**
27                              **DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

28

DATED:  April 22, 2010　　　　　　　　　**COVINGTON & BURLING LLP**

By:__/s/ *Christine Saunders Haskett*_ _____

　　　Robert T. Haslam
　　　Christine Saunders Haskett

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2010　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Susan Illston
　　　　　　　　　　　　　　　　　　　　United States District Judge

**ECF CERTIFICATION**

I, Christine Saunders Haskett, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Deposition of William Triggs. In compliance with General Order 45.X.B, I hereby attest that William H. Manning has concurred in this filing.

DATED: April 22, 2010         **COVINGTON & BURLING L.L.P.**

By: ___*/s/ Christine Saunders Haskett*_____
Christine Saunders Haskett

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., Ltd.**