| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Cole M. Fauver (*pro hac vice*) <br> E-mail: CMFauver@rkmc.com <br> Angela M. Munoz-Kaphing (*pro hac vice*) <br> E-mail: AMMunoz@rkmc.com <br><br> John P. Bovich (Bar No. 150688) <br> E-mail: JBovich@reedsmith.com <br> **Reed Smith LLP** <br> 101 Second Street, Suite 1800 <br> San Francisco, CA 94105 <br> Telephone: 415-543-8700 <br><br> Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134) <br> E-mail: RHaslam@cov.com <br> **Covington & Burling LLP** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA 94065 <br> Telephone: 650-632-4700 <br> Facsimile: 650-632-4800 <br><br> Alan H. Blankenheimer (Bar. No. 218713) <br> E-mail: ABlankenheimer@cov.com <br> Laura Muschamp (Bar No. 228717) <br> E-mail: LMuschamp@cov.com <br> **Covington & Burling LLP** <br> 9191 Towne Centre Drive, 6th Floor <br> San Diego, CA 92122 <br> Telephone: 858-678-1801 <br> Facsimile: 858-678-1601 <br><br> Laura Muschamp (Bar No. 017531) <br> E-mail: LMuschamp@cov.com <br> **Covington & Burling LLP** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-678-1803 <br> Facsimile: 858-678-1601 <br><br> Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL** <br><br> **[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLP; and Samsung Digital Imaging Co., Ltd. (collectively "Samsung") jointly submit this Stipulation regarding the filing of Protected Material under seal.

WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the public record in this action any Protected Material or document summarizing, discussing or otherwise referencing Protected Material." (Dkt. #60 at 12).

WHEREAS, portions of the Declaration of Angela M. Munoz-Kaphing in Support of AMD's Motion for Summary Judgment and Exhibits thereto contain Samsung Protected Material, AMD Protected Material, and Taiwan Semiconductor Manufacturing Company, Ltd. ("TSMC") Protected Material.

Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung that, subject to the Court's approval, the unredacted version of the Declaration of Angela M. Munoz-Kaphing in Support of AMD's Motion for Summary Judgment and Exhibits thereto shall be filed under seal, and a redacted version of these documents shall be publicly filed with the Court.

DATED: April 21, 2010                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:_____/s Cole M. Fauver_____
   William H. Manning
   Cole M. Fauver

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

| | |
|---|---|
| DATED: April 21, 2010 | **COVINGTON & BURLING LLP** |
| | By: _____/s Laura Muschamp_____ |
| | Robert T. Haslam |
| | Alan H. Blankenheimer |
| | Laura Muschamp |

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

April __, 2010

_____
Honorable Susan Illston
United States District Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS