| | |
|---|---|
| William H. Manning (*pro hac vice*) | Robert T. Haslam (Bar No. 71134) |
| E-mail: WHManning@rkmc.com | E-mail: Rhaslam@cov.com |
| Brad P. Engdahl (*pro hac vice*) | **Covington & Burling LLP** |
| E-mail: BPEngdahl@rkmc.com | 333 Twin Dolphin Drive, Suite 700 |
| Anthony G. Beasley (*pro hac vice*) | Redwood Shores, CA  94065 |
| E-mail: AGBeasley@rkmc.com | Telephone:  650-632-4700 |
| **Robins, Kaplan, Miller & Ciresi L.L.P.** | Facsimile:  650-632-4800 |
| 2800 LaSalle Plaza | |
| 800  LaSalle Avenue | Christine S. Haskett (Bar No. 188053) |
| Minneapolis, MN  55402 | E-mail: Chaskett@cov.com |
| Telephone:  612-349-8500 | **Covington & Burling LLP** |
| Facsimile:  612-339-4181 | One Front Street |
| | San Francisco, CA 94111 |
| John P. Bovich (Bar No. 150688) | Telephone: 415-591-6000 |
| E-mail: JBovich@reedsmith.com | Facsimile: 415-591-6091 |
| **Reed Smith LLP** | |
| 101 Second Street, Suite 1800 | Alan H. Blankenheimer (Bar No. 218713) |
| San Francisco, CA 94105 | E-mail: ablankenheimer@cov.com |
| Telephone 415-543-8700 | Laura E. Muschamp (Bar No. 228717) |
| | E-mail: lmuschamp@cov.com |
| Attorneys for Plaintiffs and | Jo Dale Carothers (Bar No. 228703) |
| Counterdefendants Advanced Micro | E-mail: jcarothers@cov.com |
| Devices, Inc., et al. | **Covington & Burling LLP** |
| | 9191 Towne Centre Drive, 6th Floor |
| | San Diego, CA  92122-1225 |
| | Telephone: 858-678-1800 |
| | Facsimile:  858-678-1600 |
| | |
| | Attorneys for Defendants and |
| | Counterclaimants Samsung |
| | ElectronicsCo., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | Case. No.  CV-08-0986-SI |
| Plaintiffs and Counterdefendants, | **STIPULATION AND [PROPOSED] ORDER PERMITTING PROTECTED MATERIAL TO BE FILED UNDER SEAL** |
| v. | **[Civil L.R. 7-12]** |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants and Counterclaimants. | |

1  Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and
2  Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor,
3  LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and
4  Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation
5  regarding the filing of Protected Material under seal.

6  WHEREAS, The Joint Stipulated Protective Order states that "a Party may not file in the
7  public record in this action any Protected Material or document summarizing, discussing or
8  otherwise referencing Protected Material."  Dkt. No. 60 at 12.

9  WHEREAS, the Reply Memorandum in Support of Defendants and Counterclaimants'
10 Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,784,879 quotes from
11 materials that Plaintiffs and Counterdefendants have designated Highly Confidential Protected
12 Material.

13 Pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by
14 and between AMD and Samsung that, subject to the Court's approval, the unredacted version of
15 the Reply Memorandum in Support of Defendants and Counterclaimants' Motion for Summary
16 Judgment of Non-Infringement of U.S. Patent No. 6,784,879 shall be filed under seal, and a
17 redacted version shall be publicly filed with the Court.

18 DATED:  April 23, 2010                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

19                                           By:____/s/ William H. Manning____
20                                                William H. Manning
                                                  Samuel L. Walling
21
22                                           **ATTORNEYS FOR ADVANCED MICRO
                                             DEVICES, INC. AND ATI TECHNOLOGIES,
23                                           ULC**

| | | |
|---|---|---|
| 1 | DATED:  April 23, 2010 | **COVINGTON & BURLING LLP** |
| 2 | | By:___/s/ Robert T. Haslam_____ |
| 3 | |        Robert T. Haslam |
| | |        Christine S. Haskett |
| 4 | | |
| 5 | | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2010                    _____
                                     Honorable Susan Illston
                                     United States District Judge

CASE NO. CV-08-0986-SI                 - 3 -         STIP. AND [PROPOSED] ORDER RE FILING
                                                     PROTECTED MATERIAL UNDER SEAL

1 **ECF CERTIFICATION**

2    I, Robert T. Haslam, am the ECF User whose identification and password are being used
3 to file this Stipulation regarding the filing of Protected Material under seal in compliance with
4 General Order 45.X.B, I hereby attest that William H. Manning has concurred in this filing.

DATED: April 23, 2010                **COVINGTON & BURLING LLP**

By __/s/ Robert T. Haslam__
ROBERT T. HASLAM

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.