William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Aaron R. Fahrenkrog (*pro hac vice*)
E-mail: ARFahrenkrog@rkmc.com
Samuel L. Walling (*pro hac vice*)
E-mail: SLWalling@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

John P. Bovich (Bar No. 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: 415-543-8700

Attorneys for Plaintiffs and
Counterdefendants Advanced Micro
Devices, Inc., et al.

Robert T. Haslam (Bar No. 71134)
E-mail: RHaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Christine S. Haskett (Bar No. 188053)
E-mail: CHaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendants and
Counterclaimants Samsung Electronics Co.,
Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING AMD TO ESTABLISH SECURE HIGH-SPEED INTERNET ACCESS FOR SUMMARY JUDGMENT ORAL ARGUMENT** <br><br> **[Civil L.R. 7-12]** <br><br> DATE: May 18, 2010 <br> TIME: 10:00 a.m. <br> COURTROOM: 10, 19th Floor <br> JUDGE: The Honorable Susan Illston |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications

Case No. CV-08-0986-SI

STIPULATION RE: INTERNET ACCESS

1  America, LLC; and Samsung Digital Imaging Co., Ltd. (collectively "Samsung") jointly
2  submit this Stipulation. This Stipulation shall apply only to this case, captioned *Advanced
3  Micro Devices, Inc., et al. v. Samsung Electronics Co., Ltd., et al.,* Case No. CV-08-0986-
4  SI.
5       WHEREAS, AMD requests permission to establish secure high-speed internet
6  access in the Courtroom for the summary judgment oral argument scheduled for 10:00
7  a.m. on May 18, 2010.
8       WHEREAS, AMD will retain Courtroom Connect for the purposes of establishing
9  secure high-speed internet access in the Courtroom.
10      WHEREAS, Courtroom Connect requires access to the Courtroom in advance of
11 the May 18, 2010 hearing in order to establish secure high-speed internet access.
12      WHEREAS, Courtroom Connect requires the use of various installation equipment
13 in order to establish high-speed internet access.
14      WHEREAS, Samsung has filed objections to the use of secure high-speed internet
15 access in conjunction with third-party software during the summary judgment oral
16 argument.
17      WHEREAS, AMD opposes Samsung's objections and has filed responsive
18 materials setting forth its arguments in support of presenting the aforementioned evidence.
19      WHEREAS, this Stipulation does not waive Samsung's objections, and the parties
20 will abide by Judge Illston's ruling regarding those objections.
21      NOW THEREFORE, pursuant to Civil Local Rule 7-12, IT IS HEREBY
22 STIPULATED AND AGREED, by and between AMD and Samsung that, subject to the
23 Court's approval, Courtroom Connect will be granted access to the Courthouse and this
24 Courtroom in advance of the May 18, 2010 hearing as requested in order to establish a
25 secure high-speed internet connection, along with all necessary installation equipment to
26 accomplish the same.
27
28

| | |
|---|---|
| DATED: May 9, 2010 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| | By: _____ |
| | William H. Manning |
| | Aaron R. Fahrenkrog |
| | Samuel L. Walling |
| | |
| | **ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC** |
| | |
| DATED: May 9, 2010 | **COVINGTON & BURLING LLP** |
| | |
| | By: _/s/ Robert T. Haslam_____ |
| | Robert T. Haslam |
| | Christine Saunders Haskett |
| | |
| | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; AND SAMSUNG DIGITAL IMAGING CO., LTD.** |

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

May __, 2010                             _____

                                         Honorable Susan Illston
                                         United States District Judge