William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Aaron R. Fahrenkrog (*pro hac vice*)
E-mail: ARFahrenkrog@rkmc.com
Samuel L. Walling (*pro hac vice*)
E-mail: SLWalling@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800  LaSalle Avenue
Minneapolis, MN  55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

John P. Bovich (Bar No. 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: 415-543-8700

Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al.

Robert T. Haslam (Bar No. 71134)
E-mail: RHaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA  94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Christine S. Haskett (Bar No. 188053)
E-mail: CHaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>       Plaintiffs,<br><br>       v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>       Defendants. | Case. No.  CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING PARTIES TO BRING COMPUTER EQUIPMENT TO COURTROOM FOR SUMMARY JUDGMENT ORAL ARGUMENT**<br><br>**[Civil L.R. 7-12]**<br><br>DATE:  May 18, 2010<br>TIME:  10:00 a.m.<br>COURTROOM:  10, 19th Floor<br>JUDGE:  The Honorable Susan Illston |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications

Case No. CV-08-0986-SI

STIPULATION RE: COMPUTER EQUIPMENT

1  America, LLC; and Samsung Digital Imaging Co., Ltd. (collectively "Samsung") jointly
2  submit this Stipulation.  This Stipulation shall apply only to this case, captioned *Advanced*
3  *Micro Devices, Inc., et al. v. Samsung Electronics Co., Ltd., et al.,* Case No. CV-08-0986-
4  SI.
5       WHEREAS, the parties request permission to bring the following computer
6  equipment into the Courtroom for the summary judgment oral argument scheduled for
7  10:00 a.m. on May 18, 2010:
8       1.   1 Samsung UN55B8500 TV with stand;
9       2.   1 Samsung UN46B8000 TV with stand;
10      3.   1 DVD player;
11      4.   1 VCR;
12      5.   2 smartphones;
13      6.   1 laptop computer per attorney/expert present; and
14      7.   An assortment of cables, switches and routers for connecting the above-
15           listed devices to one another, to the courtroom presentation system, and/or
16           to the Internet.
17      WHEREAS, AMD further requests access to the Courtroom in advance of 10:00
18 a.m. on May 18, 2010, for the purposes of setting up and testing said computer equipment.
19      WHEREAS, Samsung has filed objections to the use of third-party software with
20 items 1 and 2, above, during the summary judgment oral argument.
21      WHEREAS, AMD opposes Samsung's objections and has filed responsive
22 materials setting forth its arguments in support of presenting the aforementioned evidence.
23      WHEREAS, this Stipulation does not waive Samsung's objections, and the parties
24 will abide by Judge Illston's ruling regarding those objections.
25      NOW THEREFORE, pursuant to Civil Local Rule 7-12, IT IS HEREBY
26 STIPULATED AND AGREED, by and between AMD and Samsung that, subject to the
27 Court's approval, AMD will be permitted to bring items 2-7 and Samsung will be
28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

permitted to bring items 1, and 6-7 into the Courthouse and into this Courtroom both in advance of the May 18, 2010 hearing, and on May 18, 2010, as requested.

DATED: May 9, 2010

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _/s/ William H. Manning_____
    William H. Manning
    Aaron R. Fahrenkrog
    Samuel L. Walling

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED: May 9, 2010

**COVINGTON & BURLING LLP**

By: _/s/ Robert T. Haslam_____
    Robert T. Haslam
    Christine Saunders Haskett

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; AND SAMSUNG DIGITAL IMAGING CO., LTD.**

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

May __, 2010                                    _____
    Honorable Susan Illston
    United States District Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS