| | |
|---|---|
| 1    William H. Manning (*pro hac vice*) | Robert T. Haslam (Bar No. 71134) |
|      E-mail: WHManning@rkmc.com | E-mail: Rhaslam@cov.com |
| 2    Brad P. Engdahl (*pro hac vice*) | **Covington & Burling LLP** |
|      E-mail: BPEngdahl@rkmc.com | 333 Twin Dolphin Drive, Suite 700 |
| 3    Cole M. Fauver (*pro hac vice*) | Redwood Shores, CA 94065 |
|      E-mail: CMFauver@rkmc.com | Telephone: 650-632-4700 |

William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Cole M. Fauver (*pro hac vice*)
E-mail: CMFauver@rkmc.com

**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

John P. Bovich (Bar No. 150688)
E-mail: JBovich@reedsmith.com
**Reed Smith LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone 415-543-8700

Robert T. Haslam (Bar No. 71134)
E-mail: Rhaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: 650-632-4700
Facsimile: 650-632-4800

Christine S. Haskett (Bar No. 188053)
E-mail: Chaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Alan H. Blankenheimer (Bar No. 218713)
E-mail: ablankenheimer@cov.com
Laura E. Muschamp (Bar No. 228717)
E-mail: lmuschamp@cov.com
Jo Dale Carothers (Bar No. 228703)
E-mail: jcarothers@cov.com
**Covington & Burling LLP**
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: 858-678-1800
Facsimile: 858-678-1600

Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al.

Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION OF WILLIAM TRIGGS** |

1   Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and
2   Samsung Electronics Co., Ltd. ("SEC"), Samsung Semiconductor, Inc. ("SSI"), Samsung Austin
3   Semiconductor, LLC ("SAS"), Samsung Electronics America, Inc. ("SEA"), Samsung
4   Telecommunications America, LLC ("STA"), and Samsung Digital Imaging Co., Ltd. ("SDIC")
5   (collectively, "Samsung") jointly submit this Stipulation regarding the deposition of third party
6   witness William Triggs.

7   WHEREAS, on April 6, 2010, this Court issued an order permitting Samsung to take the
8   deposition of William Triggs by April 23, 2010 (Dkt. No. 428).

9   WHEREAS, William Triggs has until recently experienced medical issues and required
10  time for recovery.

11  WHEREAS, AMD and Samsung agreed on April 22, 2010, and the Court subsequently
12  ordered, that the parties would make all reasonable efforts to conduct the deposition of William
13  Triggs by May 12, 2010, subject to his medical condition.

14  WHEREAS, Mr. Triggs has now recovered sufficiently to permit his deposition to be
15  taken.

16  WHEREAS, Mr. Triggs is represented by counsel, and his counsel has been unavailable
17  for deposition since Mr. Triggs has recovered from his medical condition.

18  IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung
19  that:

20  1.   The deposition of William Triggs is tentatively scheduled for either May 25 or
21  May 26, 2010, subject to Mr. Triggs's continued good health and the availability of his counsel.

22  2.   If, for any reason, the deposition of Mr. Triggs cannot proceed on May 25 or May
23  26, 2010, the parties will negotiate in good faith over an alternative date for the deposition, and
24  will seek the Court's intervention only if necessary.

25
26
27
28

| | | |
|---|---|---|
| 1 | DATED:  May 12, 2010 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 2 | | By:__/s/_ Jacob S. Zimmerman_____ ___ |

   William H. Manning
   Brad P. Engdahl
   Jacob S. Zimmerman

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**


DATED:  May 12, 2010            **COVINGTON & BURLING LLP**

By:__/s/ Christine Saunders Haskett_ _____

   Robert T. Haslam
   Christine Saunders Haskett

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2010            _____
                            Honorable Susan Illston
                            United States District Judge

CASE NO. CV-08-0986-SI            - 3 -            STIPULATION REGARDING DEPOSITION OF WILLIAM TRIGGS

**ECF CERTIFICATION**

I, Christine Saunders Haskett, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Deposition of William Triggs.  In compliance with General Order 45.X.B, I hereby attest that Jacob S. Zimmerman has concurred in this filing.

DATED:  May 12, 2010            **COVINGTON & BURLING L.L.P.**

By:   */s/ Christine Saunders Haskett*
            Christine Saunders Haskett

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., Ltd.**