| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Aaron R. Fahrenkrog (*pro hac vice*)<br>E-mail: ARFahrenkrog@rkmc.com<br>Samuel L. Walling (*pro hac vice*)<br>E-mail: SLWalling@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800  LaSalle Avenue<br>Minneapolis, MN  55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br><br>John P. Bovich (Bar No. 150688)<br>E-mail: JBovich@reedsmith.com<br>**Reed Smith LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: 415-543-8700<br><br>Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134)<br>E-mail: RHaslam@cov.com<br>**Covington & Burling LLP**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA  94065<br>Telephone: 650-632-4700<br>Facsimile: 650-632-4800<br><br>Christine S. Haskett (Bar No. 188053)<br>E-mail: CHaskett@cov.com<br>**Covington & Burling LLP**<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415-591-6000<br>Facsimile: 415-591-6091<br><br><br><br>Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>  Defendants. | Case. No.  CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING AMD TO ESTABLISH SECURE HIGH-SPEED INTERNET ACCESS FOR SUMMARY JUDGMENT ORAL ARGUMENT**<br><br>**[Civil L.R. 7-12]**<br><br>DATE:  May 18, 2010<br>TIME:  10:00 a.m.<br>COURTROOM:  10, 19th Floor<br>JUDGE:  The Honorable Susan Illston |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications

Case No. CV-08-0986-SI

STIPULATION RE: INTERNET ACCESS

1  America, LLC; and Samsung Digital Imaging Co., Ltd. (collectively "Samsung") jointly
2  submit this Stipulation.  This Stipulation shall apply only to this case, captioned *Advanced*
3  *Micro Devices, Inc., et al. v. Samsung Electronics Co., Ltd., et al.,* Case No. CV-08-0986-
4  SI.

5        WHEREAS, AMD requests permission to establish secure high-speed internet
6  access in the Courtroom for the summary judgment oral argument scheduled for 10:00
7  a.m. on May 18, 2010.

8        WHEREAS, AMD will retain Courtroom Connect for the purposes of establishing
9  secure high-speed internet access in the Courtroom.

10       WHEREAS, Courtroom Connect requires access to the Courtroom in advance of
11 the May 18, 2010 hearing in order to establish secure high-speed internet access.

12       WHEREAS, Courtroom Connect requires the use of various installation equipment
13 in order to establish high-speed internet access.

14       WHEREAS, Samsung has filed objections to the use of secure high-speed internet
15 access in conjunction with third-party software during the summary judgment oral
16 argument.

17       WHEREAS, AMD opposes Samsung's objections and has filed responsive
18 materials setting forth its arguments in support of presenting the aforementioned evidence.

19       WHEREAS, this Stipulation does not waive Samsung's objections, and the parties
20 will abide by Judge Illston's ruling regarding those objections.

21       NOW THEREFORE, pursuant to Civil Local Rule 7-12, IT IS HEREBY
22 STIPULATED AND AGREED, by and between AMD and Samsung that, subject to the
23 Court's approval, Courtroom Connect will be granted access to the Courthouse and this
24 Courtroom in advance of the May 18, 2010 hearing as requested in order to establish a
25 secure high-speed internet connection, along with all necessary installation equipment to
26 accomplish the same.

27
28

| | |
|---|---|
| DATED: May 9, 2010 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| | By: _/s/ William H. Manning_____ |
| | William H. Manning |
| | Aaron R. Fahrenkrog |
| | Samuel L. Walling |
| | |
| | **ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC** |
| | |
| DATED: May 9, 2010 | **COVINGTON & BURLING LLP** |
| | By: _/s/ Robert T. Haslam_____ |
| | Robert T. Haslam |
| | Christine Saunders Haskett |
| | |
| | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; AND SAMSUNG DIGITAL IMAGING CO., LTD.** |

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

May 13, 2010     _____

Honorable Susan Illston
United States District Judge

Case No. CV-08-0986-SI — - 3 - — STIPULATION RE: INTERNET ACCESS