| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Cole M. Fauver (*pro hac vice*)<br>E-mail: CMFauver@rkmc.com<br>Bryan J. Mechell (*pro hac vice*)<br>BJMechell@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br><br>John P. Bovich (Bar No. 150688)<br>E-mail: JBovich@reedsmith.com<br>**Reed Smith LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone 415-543-8700<br><br>Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134)<br>E-mail: Rhaslam@cov.com<br>**Covington & Burling LLP**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: 650-632-4700<br>Facsimile: 650-632-4800<br><br>Christine S. Haskett (Bar No. 188053)<br>E-mail: Chaskett@cov.com<br>**Covington & Burling LLP**<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415-591-6000<br>Facsimile: 415-591-6091<br><br>Alan H. Blankenheimer (Bar No. 218713)<br>E-mail: ablankenheimer@cov.com<br>Laura E. Muschamp (Bar No. 228717)<br>E-mail: lmuschamp@cov.com<br>Jo Dale Carothers (Bar No. 228703)<br>E-mail: jcarothers@cov.com<br>**Covington & Burling LLP**<br>9191 Towne Centre Drive, 6th Floor<br>San Diego, CA 92122-1225<br>Telephone: 858-678-1800<br>Facsimile: 858-678-1600<br><br>Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>          Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING**<br><br>**[Civil L.R. 7-12]** |

1       Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation pursuant to Civil Local Rule 7-12 and 7-7(b) continuing the hearing (presently set for June 25, 2010) on AMD's Motion for Summary Judgment of No Infringement as to U.S. Patent No. 5,091,339 and U.S. Patent No. 5,173,442 (collectively "the Carey '339 and '442 patents") (Dkt. #455) to 9:00 a.m. on July 23, 2010.

      WHEREAS, Briefing on AMD's Motion for Summary Judgment of No Infringement as to the Carey '339 and '442 patents (Dkt. #455) has been completed.

      WHEREAS, The hearing on AMD's Motion for Summary Judgment of No Infringement as to the Carey '339 and '442 patents (Dkt. #455) is currently scheduled for 9:00 a.m. on June 25, 2010.

      WHEREAS, The parties have scheduled a settlement mediation conference to be held in Minneapolis, MN from July 7-9, 2010.

      WHEREAS, The hearing on AMD's Motion for Summary Judgment of Noninfringement as to U.S. Patent No. 5,740,065 (the "Jang patent") (Dkt. #499) is currently scheduled for 9:00 a.m. on July 23, 2010.

      WHEREAS, It would conserve judicial resources and time to hear both motions at the same time and after the settlement mediation conference.

      Pursuant to Civil Local Rule 7-12 and 7-7(b), IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung, subject to the Court's approval, that the date for the hearing on AMD's Motion for Summary Judgment of No Infringement as to the Carey '339 and '442 patents (Dkt. #455) be continued to 9:00 a.m. on July 23, 2010.

1

2  DATED: June 21, 2010        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

3                              By:__/s/_ William H. Manning_____

4                                   William H. Manning
                                    Cole M. Fauver
5                                   Bryan J. Mechell

6
                                **ATTORNEYS FOR ADVANCED MICRO
7                               DEVICES, INC. AND ATI
                                TECHNOLOGIES, ULC**
8

9

10

11
   DATED: June 21, 2010        **COVINGTON & BURLING LLP**
12

13                              By:__/s/_ Alan H. Blankenheimer_____
                                    Robert T. Haslam
14                                  Alan H. Blankenheimer
                                    Christine S. Haskett
15

16
                                **ATTORNEYS FOR SAMSUNG
17                              ELECTRONICS CO., LTD.; SAMSUNG
                                SEMICONDUCTOR, INC.; SAMSUNG
18                              AUSTIN SEMICONDUCTOR, LLC;
                                SAMSUNG ELECTRONICS AMERICA,
19                              INC.; SAMSUNG
                                TELECOMMUNICATIONS AMERICA,
20                              LLC; SAMSUNG DIGITAL IMAGING CO.,
                                LTD.**
21

22
   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
23

24
   June __, 2010              _____
25                                  Honorable Susan Illston
                                    United States District Judge
26

27

28