| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>Logan J. Drew (*pro hac vice*)<br>E-mail: LJDrewrkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800  LaSalle Avenue<br>Minneapolis, MN  55402<br>Telephone:  612-349-8500<br>Facsimile:  612-339-4181<br><br>John P. Bovich (Bar No. 150688)<br>E-mail: Jbovich@reedsmith.com<br>**Reed Smith LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: 415-543-8700<br><br>Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134)<br>E-mail: Rhaslam@cov.com<br>**Covington & Burling L.L.P.**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA  94065<br>Telephone:  650-632-4700<br>Facsimile:  650-632-4800<br><br>Christine Saunders Haskett (Bar No. 188053)<br>E-mail: Chaskett@cov.com<br>**Covington & Burling L.L.P.**<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415-591-6000<br>Facsimile: 415-591-6091<br><br>Alan H. Blankenheimer (Bar No. 218713)<br>E-mail: Ablankenheimer@cov.com<br>**Covington & Burling L.L.P.**<br>9191 Towne Centre Drive, Suite 600<br>San Diego, CA 92122<br>Telephone: 858-658-1800<br>Facsimile: 858-678-1600<br><br>Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>　　　　　Defendants. | Case. No.  CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR DISPOSITIVE MOTIONS RELATING TO THE SAKAMOTO '893 PATENT**<br><br>**[Civil L.R. 7-12]** |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin

Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications America, LLC; Samsung Digital Imaging Co., Ltd. (collectively, "Samsung") jointly submit this Stipulation regarding the deadline for filing summary judgment motions relating to U.S. Patent No. 5,248,893 ("Sakamoto '893 patent").

WHEREAS, the parties have scheduled the deposition of Dr. Jack Lee, AMD's expert regarding the Sakamoto '893 patent, for July 28th and 29th, 2010.

WHEREAS, pursuant to this Court's Order with respect to the parties' Stipulation and [Proposed] Order Re: Modifying Court's Pretrial Preparation Order (Dkt. #258), the dispositive motion filing cutoff is July 30, 2010.

WHEREAS, the parties wish to enter a joint stipulation extending the dispositive motion filing cutoff solely for dispositive motions relating to the Sakamoto '893 patent.

Now, therefore, pursuant to Civil Local Rule 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between AMD and Samsung, that:

With the Court's approval, the deadlines for dispositive motion briefing relating to the Sakamoto '893 patent shall be extended by one week, as set forth below:

1. Dispositive Motion Filing Cutoff **August 6, 2010**
2. Oppositions to Dispositive Motions Due **August 20, 2010**
3. Replies to Dispositive Motions Due **August 27, 2010**

The above agreement and modifications to the schedule for filing dispositive motions relating to the Sakamoto '893 patent will not otherwise affect the trial schedule for this case. All other dates on the trial schedule, including the dates for other dispositive motions, the cutoff date for dispositive motion hearings, and trial, shall remain as set forth in the Court's Order regarding the parties' Stipulation and [Proposed] Order Re: Modifying Court's Pretrial Preparation Order (Dkt. #258).

| | |
|---|---|
| DATED:  June 30, 2010 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| | By: /s/William H. Manning |
| |     William H. Manning |
| |     Brad P. Engdahl |
| | **ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC** |
| DATED:  June 30, 2010 | **COVINGTON & BURLING L.L.P.** |
| | By: /s/Alan H. Blankenheimer |
| |     Robert T. Haslam |
| |     Alan H. Blankenheimer |
| | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____, 2010

_____
Honorable Susan Illston
United States District Judge

---

Case No. CV-08-0986-SI — - 3 - — STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR DISPOSITIVE MOTIONS RELATING TO THE SAKAMOTO '893 PATENT

## ECF CERTIFICATION

I, Logan J. Drew, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order regarding the deadline for filing summary judgment motions relating to the Sakamoto '893 patent. In compliance with General Order 45.X.B, I hereby attest that Alan H. Blankenheimer has concurred in this filing.

DATED: June 30, 2010         ROBINS, KAPLAN, MILLER & CIRESI L.L.P

By /s/ Logan J. Drew
         Logan J. Drew

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**