| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Brad P. Engdahl (*pro hac vice*) <br> E-mail: BPEngdahl@rkmc.com <br> Cole M. Fauver (*pro hac vice*) <br> E-mail: CMFauver@rkmc.com <br><br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> 2800 LaSalle Plaza <br> 800  LaSalle Avenue <br> Minneapolis, MN  55402 <br> Telephone:  612-349-8500 <br> Facsimile:  612-339-4181 <br><br> John P. Bovich (Bar No. 150688) <br> E-mail: JBovich@reedsmith.com <br> **Reed Smith LLP** <br> 101 Second Street, Suite 1800 <br> San Francisco, CA 94105 <br> Telephone 415-543-8700 <br><br><br><br><br> Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134) <br> E-mail: Rhaslam@cov.com <br> **Covington & Burling LLP** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA  94065 <br> Telephone:  650-632-4700 <br> Facsimile:  650-632-4800 <br><br> Christine S. Haskett (Bar No. 188053) <br> E-mail: Chaskett@cov.com <br> **Covington & Burling LLP** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-591-6000 <br> Facsimile: 415-591-6091 <br><br> Alan H. Blankenheimer (Bar No. 218713) <br> E-mail: ablankenheimer@cov.com <br> Laura E. Muschamp (Bar No. 228717) <br> E-mail: lmuschamp@cov.com <br> Jo Dale Carothers (Bar No. 228703) <br> E-mail: jcarothers@cov.com <br> **Covington & Burling LLP** <br> 9191 Towne Centre Drive, 6th Floor <br> San Diego, CA  92122-1225 <br> Telephone: 858-678-1800 <br> Facsimile:  858-678-1600 <br><br> Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No.  CV-08-0986-SI <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DISPOSITIVE MOTION HEARING DATES** |

1	Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively,
2	"AMD"), and Samsung Electronics Co., Ltd. ("SEC"), Samsung Semiconductor, Inc.
3	("SSI"), Samsung Austin Semiconductor, LLC ("SAS"), Samsung Electronics America,
4	Inc. ("SEA"), Samsung Telecommunications America, LLC ("STA"), and Samsung
5	Digital Imaging Co., Ltd. ("SDIC") (collectively, "Samsung") jointly submit this
6	Stipulation regarding scheduling oral arguments for dispositive motions.

7	WHEREAS, AMD and Samsung jointly proposed rescheduling hearing dates for
8	summary judgment motions now pending.

9	WHEREAS, AMD and Samsung jointly proposed rescheduling hearing dates for
10	summary judgment motions filed on or before the July 30, 2010 dispositive motion
11	deadline.[1]

12	IT IS HEREBY STIPULATED AND AGREED, by and between AMD and
13	Samsung that:

14	1.	The parties request that the oral arguments for the Cheng '990 (Dkt. #524),
15	Jang '065 (Dkt. #499), and Carey '339 and '442 (Dkt. #455) motions for summary
16	judgment shall be heard at 4:00 PM on September 2, 2010.

17	2.	The parties request that the oral arguments for any additional dispositive
18	motions filed by the parties on or before July 30, 2010 shall be held at 4:00 PM on
19	September 9, 2010.

20	3.	Opposition briefs to dispositive motions filed by the parties on or before
21	July 30, 2010 shall be due on August 18, 2010.  Reply briefs to dispositive motions filed
22	by the parties on or before July 30, 2010 shall be due on August 26, 2010.

23

24	DATED: July 26, 2010		**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

25				By:__/s/_William H. Manning_____
26

---

27	[1] The dispositive motion deadline for the '893 patent is August 6, 2010.  See Dkt. #522.
	This stipulation and proposed Order has no impact on the remaining '893 patent briefing
28	schedule as set forth in that Order.

CASE NO. CV-08-0986-SI		- 2 -		STIPULATION REGARDING DISPOSITIVE
						MOTION HEARING DEADLINES

William H. Manning
Jacob S. Zimmerman

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED: July 26, 2010

**COVINGTON & BURLING LLP**

By: __/s/ Robert T. Haslam_ _____

Robert T. Haslam
Christine Saunders Haskett

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

**IT IS SO ORDERED.**

_____, 2010

_____
Honorable Susan Illston
United States District Judge

## ECF CERTIFICATION

I, Logan Drew, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Dispositive Motion Hearings. In compliance with General Order 45.X.B, I hereby attest that Robert T. Haslam has concurred in this filing.

DATED: July 26, 2010          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: __/s/_ Logan Drew_____

Logan Drew

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**