UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>　　　　Defendants. | Case No. CV-08-0986-SI<br><br>**[PROPOSED] ORDER GRANTING AMD'S MOTION FOR LEAVE TO FILE SUR-REPLY TO SAMSUNG'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT OF U.S. PATENT NO. 5,559,990** |

Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies ULC (collectively "AMD") have moved the Court for leave to file a sur-reply to Samsung's Reply in Support of Motion of Non-Infringement of U.S. Patent No. 5,559,990 (Dkt. ##559, 587). Having considered AMD's motion and its supporting papers, the Court grants AMD leave to file said sur-reply.

IT IS THEREFORE ORDERED that AMD's Motion for Leave to File Sur-reply to Samsung's Motion for Summary Judgment of No Infringement of U.S. Patent No. 5,559,990 is GRANTED, and AMD's Sur-reply to Samsung's Motion for Summary Judgment of No Infringement of U.S. Patent No. 5,559,990 shall be entered into the record accordingly.

**IT IS SO ORDERED.**

Dated:_____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. CV-08-0986-SI                                  - 1 -                    AMD'S MOTION TO STRIKE SAMSUNG'S
                                                                                  SECOND MSJ OF INVALIDITY OF
                                                                                  U.S. PATENT NO. 5,545,592