| | |
|---|---|
| William H. Manning (*pro hac vice*) | Robert T. Haslam (Bar No. 71134) |
| E-mail: WHManning@rkmc.com | E-mail: RHaslam@cov.com |
| Brad P. Engdahl (*pro hac vice*) | **Covington & Burling LLP** |
| E-mail: BPEngdahl@rkmc.com | 333 Twin Dolphin Drive, Suite 700 |
| Samuel L. Walling (*pro hac vice*) | Redwood Shores, CA 94065 |
| E-mail: SLWalling@rkmc.com | Telephone: 650-632-4700 |
| **Robins, Kaplan, Miller & Ciresi L.L.P.** | Facsimile: 650-632-4800 |
| 2800 LaSalle Plaza | |
| 800 LaSalle Avenue | Laura Muschamp (Bar No. 228717) |
| Minneapolis, MN 55402 | lmuschamp@cov.com |
| Telephone: 612-349-8500 | **Covington & Burling LLP** |
| Facsimile: 612-339-4181 | 9191 Towne Centre Drive, 6th Floor |
| | San Diego, CA 92122 |
| John P. Bovich (Bar No. 150688) | Telephone: 858-678-1800 |
| E-mail: JBovich@reedsmith.com | Facsimile: 858-678-1600 |
| **Reed Smith LLP** | |
| 101 Second Street, Suite 1800 | |
| San Francisco, CA 94105 | |
| Telephone: 415-543-8700 | |

Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al.

Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., | Case. No. CV-08-0986-SI |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER PERMITTING PARTIES TO BRING COMPUTER EQUIPMENT TO COURTROOM FOR SUMMARY JUDGMENT ORAL ARGUMENT** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | **[Civil L.R. 7-12]** |
| Defendants. | DATE: September 2, 2010<br>TIME: 2:00 p.m.<br>COURTROOM: 10, 19th Floor<br>JUDGE: The Honorable Susan Illston |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"), and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications

1  America, LLC; and Samsung Digital Imaging Co., Ltd. (collectively "Samsung") jointly
2  submit this Stipulation.  This Stipulation shall apply only to this case, captioned *Advanced
3  Micro Devices, Inc., et al. v. Samsung Electronics Co., Ltd., et al.,* Case No. CV-08-0986-
4  SI.

5  WHEREAS, the parties request permission to bring the following computer
6  equipment into the Courtroom for the summary judgment oral argument scheduled for
7  2:00 p.m. on September 2, 2010:

8  1.  1 computer monitor;
9  2.  2 presentation mice/clickers;
10 3.  1 laptop computer per attorney/expert present; and
11 4.  An assortment of cables for connecting the above-listed devices to one
12     another, and/or to the courtroom presentation system.

13 WHEREAS, the parties further request access to the Courtroom in advance of 2:00
14 p.m. on September 2, 2010, for the purposes of setting up and testing said computer
15 equipment.

16 NOW THEREFORE, pursuant to Civil Local Rule 7-12, IT IS HEREBY
17 STIPULATED AND AGREED, by and between AMD and Samsung that, subject to the
18 Court's approval, the Parties will be permitted to bring the aforementioned computer
19 equipment into the Courthouse and into this Courtroom both in advance of the September
20 2, 2010 hearing, and for the September 2, 2010, hearing as requested.

21 DATED:  August 30, 2010          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

22
23                                  By: /s/ William H. Manning
24                                      William H. Manning
                                        Brad P. Engdahl
25                                      Samuel L. Walling

26                                  **ATTORNEYS FOR ADVANCED MICRO
                                    DEVICES, INC. AND ATI TECHNOLOGIES,
27                                  ULC**

28

| | |
|---|---|
| DATED: August 30, 2010 | **COVINGTON & BURLING LLP** |
| | By: /s/ Laura Muschamp . |
| | Robert T. Haslam |
| | Laura Muschamp |
| | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; AND SAMSUNG DIGITAL IMAGING CO., LTD.** |
| | *Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

August __, 2010                    /s/ Susan Illston

                                    Honorable Susan Illston
                                    United States District Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS