William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Jacob S. Zimmerman (*pro hac vice*)
E-mail: JSZimmerman@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:   612-339-4181

John P. Bovich (SBN 150688)
Email: JBovich@reedsmith.com
**Reed Smith L.L.P.**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:   415-543-8700
Facsimile:   415-391-8269

Attorneys for Plaintiffs
Advanced Micro Devices, Inc. and
ATI Technologies, ULC

Robert T. Haslam (Bar No. 71134)
E-mail: Rhaslam@cov.com
**Covington & Burling LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA  94065
Telephone:  650-632-4700
Facsimile:  650-632-4800

Christine S. Haskett (Bar No. 188053)
E-mail: Chaskett@cov.com
**Covington & Burling LLP**
One Front Street
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendants and Counterclaimants
Samsung Electronics Co., Ltd., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>　　　　　Defendants. | Case No. CV-08-0986-SI<br><br>**JOINT NOTICE OF WITHDRAWAL OF DEFENDANTS AND COUNTERCLAIMANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NO. 5,623,434 [Dkt. # 560]**<br><br>Date:　　　October 26, 2010<br>Time:　　　2:00 p.m.<br>Location:　 19th Floor, Courtroom 10<br>Judge:　　 Hon. Susan Y. Illston |

AMD and Samsung jointly request that Samsung's Motion for Summary Judgment of Non-infringement of the '434 Patent [Dkt. #560], currently scheduled for oral argument on October 26, 2010, at 2 p.m., be withdrawn.

DATED:  September 1, 2010           **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  */s/ William H. Manning*

William H. Manning
Jacob S. Zimmerman

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED:  September 1, 2010           **COVINGTON & BURLING LLP**

By: */s/ Robert T. Haslam*

Robert T. Haslam
Christine Saunders Haskett

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**IT IS SO ORDERED.**

_____, 2010

_____
Honorable Susan Illston
United States District Judge

Case No. CV-08-0986-SI     - 1 -     JOINT NOTICE OF WITHDRAWAL OF MTN. FOR S.J. OF NONINFRINGEMENT FOR THE '434 PATENT