| | |
|---|---|
| William H. Manning (*pro hac vice*) <br> E-mail: WHManning@rkmc.com <br> Jacob S. Zimmerman (*pro hac vice*) <br> E-mail: JSZimmerman@rkmc.com <br> **Robins, Kaplan, Miller & Ciresi L.L.P.** <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN 55402 <br> Telephone:  612-349-8500 <br> Facsimile:  612-339-4181 <br><br> John P. Bovich (SBN 150688) <br> Email: JBovich@reedsmith.com <br> **Reed Smith L.L.P.** <br> 101 Second Street, Suite 1800 <br> San Francisco, CA 94105 <br> Telephone:  415-543-8700 <br> Facsimile:  415-391-8269 <br><br> Attorneys for Plaintiffs <br> Advanced Micro Devices, Inc. and <br> ATI Technologies, ULC | Robert T. Haslam (Bar No. 71134) <br> E-mail: Rhaslam@cov.com <br> **Covington & Burling LLP** <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA  94065 <br> Telephone:  650-632-4700 <br> Facsimile:  650-632-4800 <br><br> Christine S. Haskett (Bar No. 188053) <br> E-mail: Chaskett@cov.com <br> **Covington & Burling LLP** <br> One Front Street <br> San Francisco, CA 94111 <br> Telephone: 415-591-6000 <br> Facsimile: 415-591-6091 <br><br> Attorneys for Defendants and Counterclaimants <br> Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case No. CV-08-0986-SI <br><br> **JOINT NOTICE OF WITHDRAWAL OF AMD'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. '339 AND '442 [Dkt. # 455]** <br><br> Date: September 2, 2010 <br> Time: 2:00 p.m. <br> Location: 19th Floor, Courtroom 10 <br> Judge: Hon. Susan Y. Illston |

Case No. CV-08-0986-SI — - 1 - — JOINT NOTICE OF WITHDRAWAL OF MTN. FOR S.J. OF NONINFRINGEMENT FOR THE '339 AND '442 PATENTS

AMD and Samsung jointly request that AMD's Motion for Summary Judgment of Non-infringement of the '339 and '442 patents [Dkt. #455], currently scheduled for oral argument on September 2, 2010, at 2 p.m., be withdrawn.

DATED:  September 1, 2010        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ William H. Manning

William H. Manning
Jacob S. Zimmerman

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

DATED:  September 1, 2010        **COVINGTON & BURLING LLP**

By: /s/ Robert T. Haslam

Robert T. Haslam
Christine Saunders Haskett

**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**

*Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.*

**IT IS SO ORDERED.**

_____, 2010

_____
Honorable Susan Illston
United States District Judge