```
1    ROBERT T. HASLAM (Bar No. 71134)
     RHaslam@cov.com
2    MICHAEL K. PLIMACK (Bar No. 133869)
     MPlimack@cov.com
3    CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
     CHaskett@cov.com
4    SAMUEL F. ERNST (Bar No. 223963)
5    SErnst@cov.com
     COVINGTON & BURLING LLP
6    1 Front Street, 35th Floor
     San Francisco, California 94111
7    Telephone: (415) 591-6000
     Facsimile: (415) 591-6091
8

9    ALAN H. BLANKENHEIMER (Bar No. 218713)
     ABlankenheimer@cov.com
10   LAURA E. MUSCHAMP (Bar No. 228717)
     LMuschamp@cov.com
11   JO DALE CAROTHERS (Bar No. 228703)
12   JCarothers@cov.com
     COVINGTON & BURLING LLP
13   9191 Towne Centre Drive, 6th Floor
     San Diego, California 92122
14   Telephone: (858) 678-1800
     Facsimile: (850) 678-1600
15

16   Attorneys for Defendants and Counterclaimants
     SAMSUNG ELECTRONICS CO., LTD., et al.
17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI <br><br> **NOTICE OF WITHDRAWAL OF SAMSUNG'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,248,893 AND IN THE ALTERNATIVE OF NO PAST DAMAGES [DKT. #589]** <br><br> DATE: November 4, 2010 <br> TIME: 10:00 a.m. <br> COURTROOM: 10, 19th Floor <br> JUDGE: The Honorable Susan Illston |

NOTICE OF WITHDRAWAL
CASE NO. 3:08-CV-0986-SI

1  Samsung requests that Samsung's Motion for Summary Judgment of Non-Infringement of
2  U.S. Patent No. 5,248,893 and in the Alternative of No Past Damages [Dkt. #589], currently
3  scheduled for oral argument on November 4, 2010, at 10:00 a.m., be withdrawn.

4

5  DATED: September 13, 2010                    Respectfully submitted,

6                                               COVINGTON & BURLING LLP

7

8                                               */s/Robert T. Haslam*
                                                ROBERT T. HASLAM
9                                               Attorneys for Defendants and Counterclaimants
                                                SAMSUNG ELECTRONICS CO., LTD.,
10                                              SAMSUNG SEMICONDUCTOR, INC.,
                                                SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
11                                              SAMSUNG ELECTRONICS AMERICA, INC.,
                                                SAMSUNG TELECOMMUNICATIONS
12                                              AMERICA, LLC, and SAMSUNG DIGITAL
                                                IMAGING CO., LTD.
13

14

15  IT IS SO ORDERED.

16

17  _____, 2010                       _____
                                                Honorable Susan Illston
18                                              United States District Judge

19

20

21

22

23

24

25

26

27

28

1

NOTICE OF WITHDRAWAL
CASE NO. 3:08-CV-0986-SI