1  ROBERT T. HASLAM (Bar No. 71134)
   RHaslam@cov.com
2  MICHAEL K. PLIMACK (Bar No. 133869)
   MPlimack@cov.com
3  CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
   CHaskett@cov.com
4  SAMUEL F. ERNST (Bar No. 223963)
5  SErnst@cov.com
   COVINGTON & BURLING LLP
6  1 Front Street, 35th Floor
   San Francisco, California 94111
7  Telephone: (415) 591-6000
   Facsimile: (415) 591-6091
8

9  ALAN H. BLANKENHEIMER (Bar No. 218713)
   ABlankenheimer@cov.com
10 LAURA E. MUSCHAMP (Bar No. 228717)
   LMuschamp@cov.com
11 JO DALE CAROTHERS (Bar No. 228703)
12 JCarothers@cov.com
   COVINGTON & BURLING LLP
13 9191 Towne Centre Drive, 6th Floor
   San Diego, California 92122
14 Telephone: (858) 678-1800
   Facsimile: (850) 678-1600
15

16 Attorneys for Defendants and Counterclaimants
   SAMSUNG ELECTRONICS CO., LTD., et al.
17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>    Plaintiffs and Counterdefendants,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>    Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI<br><br>**NOTICE OF WITHDRAWAL OF SAMSUNG'S MOTION FOR SUMMARY ADJUDICATION TO LIMIT DAMAGES PURSUANT TO 35 U.S.C. §287(a) FOR U.S. PATENT NO. 4,737,830 [DKT. #553]**<br><br>DATE: October 12, 2010<br>TIME:  10:00 a.m.<br>COURTROOM:  10, 19th Floor<br>JUDGE:  The Honorable Susan Illston |

NOTICE OF WITHDRAWAL
CASE NO. 3:08-CV-0986-SI

Samsung requests that Samsung's Motion for Summary Adjudication To Limit Damages Purusant o 35 U.S.C. §287(a) for U.S. Patent No. 4,737,830 [Dkt. #553], currently scheduled for oral argument on October 12, 2010, at 10:00 a.m., be withdrawn.

DATED:  September 13, 2010                Respectfully submitted,

                                          COVINGTON & BURLING LLP


                                          */s/Robert T. Haslam*
                                          ROBERT T. HASLAM
                                          Attorneys for Defendants and Counterclaimants
                                          SAMSUNG ELECTRONICS CO., LTD.,
                                          SAMSUNG SEMICONDUCTOR, INC.,
                                          SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
                                          SAMSUNG ELECTRONICS AMERICA, INC.,
                                          SAMSUNG TELECOMMUNICATIONS
                                          AMERICA, LLC, and SAMSUNG DIGITAL
                                          IMAGING CO., LTD.

IT IS SO ORDERED.

_____, 2010                     _____
                                          Honorable Susan Illston
                                          United States District Judge

1

NOTICE OF WITHDRAWAL
CASE NO. 3:08-CV-0986-SI