```
 1  ROBERT T. HASLAM (Bar No. 71134)
    RHaslam@cov.com
 2  MICHAEL K. PLIMACK (Bar No. 133869)
    MPlimack@cov.com
 3  CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
    CHaskett@cov.com
 4  SAMUEL F. ERNST (Bar No. 223963)
    SErnst@cov.com
 5  COVINGTON & BURLING LLP
    1 Front Street, 35th Floor
 6  San Francisco, California 94111
    Telephone: (415) 591-6000
 7  Facsimile: (415) 591-6091
 8
    ALAN H. BLANKENHEIMER (Bar No. 218713)
 9  ABlankenheimer@cov.com
    LAURA E. MUSCHAMP (Bar No. 228717)
10  LMuschamp@cov.com
    JO DALE CAROTHERS (Bar No. 228703)
11  JCarothers@cov.com
    COVINGTON & BURLING LLP
12  9191 Towne Centre Drive, 6th Floor
    San Diego, California 92122
13  Telephone: (858) 678-1800
    Facsimile: (850) 678-1600
14
15
16  Attorneys for Defendants and Counterclaimants
    SAMSUNG ELECTRONICS CO., LTD., et al.
17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>　　Plaintiffs and Counterdefendants,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>　　Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI<br><br>**NOTICE OF WITHDRAWAL OF SAMSUNG'S MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO NON-INFRINGING ALTERNATIVES [DKT. # 555]**<br><br>DATE:　October 12, 2010<br>TIME:　　10:00 a.m.<br>COURTROOM:　10, 19th Floor<br>JUDGE:　The Honorable Susan Illston |

NOTICE OF WITHDRAWAL
CASE NO. 3:08-CV-0986-SI

Samsung requests that Samsung's Motion for Partial Summary Judgment with Respect To Non-Infringing Alternatives [Dkt. #555], currently scheduled for oral argument on October 12, 2010, at 10:00 a.m., be withdrawn.

DATED: September 13, 2010

Respectfully submitted,

COVINGTON & BURLING LLP

/s/Robert T. Haslam
ROBERT T. HASLAM
Attorneys for Defendants and Counterclaimants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG SEMICONDUCTOR, INC.,
SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, and SAMSUNG DIGITAL IMAGING CO., LTD.

IT IS SO ORDERED.

_____, 2010

_____
Honorable Susan Illston
United States District Judge

1

NOTICE OF WITHDRAWAL
CASE NO. 3:08-CV-0986-SI