ROBERT T. HASLAM (Bar No. 71134)
RHaslam@cov.com
MICHAEL K. PLIMACK (Bar No. 133869)
MPlimack@cov.com
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
CHaskett@cov.com
SAMUEL F. ERNST (Bar No. 223963)
SErnst@cov.com
COVINGTON & BURLING LLP
1 Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

ALAN H. BLANKENHEIMER (Bar No. 218713)
ABlankenheimer@cov.com
LAURA E. MUSCHAMP (Bar No. 228717)
LMuschamp@cov.com
JO DALE CAROTHERS (Bar No. 228703)
JCarothers@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, California 92122
Telephone: (858) 678-1800
Facsimile: (850) 678-1600

Attorneys for Defendants and Counterclaimants
SAMSUNG ELECTRONICS CO., LTD., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>    Plaintiffs and Counterdefendants,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>    Defendants and Counterclaimants. | Case No. 3:08-CV-0986-SI<br><br>**NOTICE OF WITHDRAWAL OF SAMSUNG'S MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT OF U.S. PATENT NO. 5,545,592 [DKT. #569]**<br><br>DATE: October 12, 2010<br>TIME:  10:00 a.m.<br>COURTROOM: 10, 19th Floor<br>JUDGE:  The Honorable Susan Illston |

NOTICE OF WITHDRAWAL
CASE NO. 3:08-CV-0986-SI

Samsung requests that Samsung's Motion for Summary Judgment of No Willful Infirngement of U.S. Patent No. 5,545,592 [Dkt. #569], currently scheduled for oral argument on October 12, 2010, at 10:00 a.m., be withdrawn.

DATED:  September 13, 2010  Respectfully submitted,

COVINGTON & BURLING LLP

*/s/Robert T. Haslam*
ROBERT T. HASLAM
Attorneys for Defendants and Counterclaimants
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG SEMICONDUCTOR, INC.,
SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
SAMSUNG ELECTRONICS AMERICA, INC.,
SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, and SAMSUNG DIGITAL IMAGING CO., LTD.

IT IS SO ORDERED.

_____, 2010

Honorable Susan Illston
United States District Judge