William H. Manning (*pro hac vice*)
E-mail:  WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail:  BPEngdahl@rkmc.com
Jacob S. Zimmerman (*pro hac vice*)
E-mail:  JSZimmerman@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone:    612-349-8500
Facsimile:    612-339-4181

John P. Bovich (SBN 150688)
E-mail:  Jbovich@reedsmith.com
**Reed Smith LLP**
101 Second Street
San Francisco, CA 94105
Telephone:    415-543-8700

Attorneys for Plaintiffs Advanced Micro
Devices, Inc. and ATI Technologies, ULC

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. et al., <br><br> Defendants. | Case No.  CV-08-0986-SI <br><br> **NOTICE OF WITHDRAWAL OF AMD'S MOTION TO STRIKE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO NON-INFRINGING ALTERNATIVES [Dkt. #611]** <br><br> Date:        October 12, 2010 <br> Time:        10 a.m. <br> Location:   19th Floor, Courtroom 10 <br> Judge:      Hon. Susan Y. Illston |

1    AMD requests that AMD's Motion to Strike Defendants' Motion for Partial

2  Summary Judgment With Respect to Non-Infringing Alternatives, currently scheduled for

3  oral argument on October 12, 2010, at 10 a.m., be withdrawn.

4

5  DATED:  September 10, 2010            **ROBINS, KAPLAN, MILLER & CIRESI**
                                        **L.L.P.**
6

7                                       By:   */s/  William H. Manning*_____
                                              William H. Manning (*pro hac vice*)
8                                             Brad P. Engdahl (*pro hac vice*)
                                              Jacob S. Zimmerman (*pro hac vice*)
9

10

11                                      **ATTORNEYS FOR PLAINTIFFS**
                                        **ADVANCED MICRO DEVICES, INC. AND**
12                                      **ATI TECHNOLOGIES, ULC**

13

14  **IT IS SO ORDERED.**

15  _____, 2010            _____
                                       Honorable Susan Illston
16                                     United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS