William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
Jacob S. Zimmerman (*pro hac vice*)
E-mail: JSZimmerman@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone:   612-349-8500
Facsimile:   612-339-4181

John P. Bovich (SBN 150688)
E-mail: Jbovich@reedsmith.com
**Reed Smith LLP**
101 Second Street
San Francisco, CA 94105
Telephone:   415-543-8700

Attorneys for Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies, ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. et al.,<br><br>Defendants. | Case No.  CV-08-0986-SI<br><br>**NOTICE OF WITHDRAWAL OF AMD'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO ANTICIPATION AND NO OBVIOUSNESS OF U.S. PATENT NO. 6,784,879 [Dkt. #563]**<br><br>Date:       October 26, 2010<br>Time:       2 p.m.<br>Location:  19th Floor, Courtroom 10<br>Judge:      Hon. Susan Y. Illston |

Case No. CV-08-0986-SI                                                                 NOTICE OF WITHDRAWAL

1  AMD requests that AMD's Motion for Partial Summary Judgment of No
2  Anticipation and No Obviousness of U.S. Patent No. 6,784,879 [Dkt. #563], currently
3  scheduled for oral argument on October 26, 2010, at 2 p.m., be withdrawn.

DATED: September 10, 2010

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: __/s/ William H. Manning__
    William H. Manning (*pro hac vice*)
    Brad P. Engdahl (*pro hac vice*)
    Jacob S. Zimmerman (*pro hac vice*)

**ATTORNEYS FOR PLAINTIFFS ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

**IT IS SO ORDERED.**

_____, 2010

_____
Honorable Susan Illston
United States District Judge

Case No. CV-08-0986-SI     - 2 -     NOTICE OF WITHDRAWAL