1  William H. Manning (*pro hac vice*)
   E-mail: WHManning@rkmc.com
2  Brad P. Engdahl (*pro hac vice*)
   E-mail: BPEngdahl@rkmc.com
3  Jacob S. Zimmerman (*pro hac vice*)
   E-mail: JSZimmerman@rkmc.com
4  **Robins, Kaplan, Miller & Ciresi L.L.P.**
   2800 LaSalle Plaza
5  800 LaSalle Avenue
   Minneapolis, MN  55402-2015
6  Telephone:   612-349-8500
   Facsimile:   612-339-4181

7

8  John P. Bovich (SBN 150688)
   E-mail: Jbovich@reedsmith.com
   **Reed Smith LLP**
9  101 Second Street
   San Francisco, CA 94105
10 Telephone:   415-543-8700

11 Attorneys for Plaintiffs Advanced Micro
   Devices, Inc. and ATI Technologies, ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. et al.,<br><br>            Defendants. | Case No.  CV-08-0986-SI<br><br>**NOTICE OF WITHDRAWAL OF AMD'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,740,065 [Dkt. #499]**<br><br>Date:       October 12, 2010<br>Time:       10 a.m.<br>Location:   19th Floor, Courtroom 10<br>Judge:      Hon. Susan Y. Illston |

Case No. CV-08-0986-SI                                                    NOTICE OF WITHDRAWAL

AMD requests that AMD's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 5,740,065 [Dkt. #499], currently scheduled for oral argument on October 12, 2010, at 2 p.m., be withdrawn.

DATED:  September 10, 2010

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: ___/s/  William H. Manning___
William H. Manning (*pro hac vice*)
Brad P. Engdahl (*pro hac vice*)
Jacob S. Zimmerman (*pro hac vice*)

**ATTORNEYS FOR PLAINTIFFS ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

**IT IS SO ORDERED.**

_____, 2010

_____
Honorable Susan Illston
United States District Judge

Case No. CV-08-0986-SI          - 2 -          NOTICE OF WITHDRAWAL