| | |
|---|---|
| 1 | William H. Manning (*pro hac vice*) |
| | E-mail: WHManning@rkmc.com |
| 2 | Brad P. Engdahl (*pro hac vice*) |
| | E-mail: BPEngdahl@rkmc.com |
| 3 | Jacob S. Zimmerman (*pro hac vice*) |
| | E-mail: JSZimmerman@rkmc.com |
| 4 | **Robins, Kaplan, Miller & Ciresi L.L.P.** |
| | 2800 LaSalle Plaza |
| 5 | 800 LaSalle Avenue |
| | Minneapolis, MN 55402-2015 |
| 6 | Telephone:   612-349-8500 |
| | Facsimile:   612-339-4181 |
| 7 | |
| 8 | John P. Bovich (SBN 150688) |
| | E-mail: Jbovich@reedsmith.com |
| | **Reed Smith LLP** |
| 9 | 101 Second Street |
| | San Francisco, CA 94105 |
| 10 | Telephone:   415-543-8700 |
| 11 | Attorneys for Plaintiffs Advanced Micro Devices, Inc. and ATI Technologies, ULC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC. et al., | Case No. CV-08-0986-SI |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF AMD'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT AND PARTIAL SUMMARY JUDGMENT OF NO ANTICIPATION OF U.S. PATENT NO. 5,545,592 [Dkt. #557]** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD. et al., | |
| Defendants. | Date:   October 12, 2010<br>Time:   10 a.m.<br>Location: 19th Floor, Courtroom 10<br>Judge:   Hon. Susan Y. Illston |

Case No. CV-08-0986-SI                                                                                    JOINT NOTICE OF WITHDRAWAL

*Side banner:* ROBINS, KAPLAN, MILLER & CIRESI L.L.P.  ATTORNEYS AT LAW  MINNEAPOLIS

1   AMD requests that AMD's Motion for Summary Judgment of No Inequitable
2   Conduct and Partial Summary Judgment of No Anticipation of U.S. Patent No. 5,545,592
3   [Dkt. #557], currently scheduled for oral argument on October 12, 2010, at 10 a.m., be
4   withdrawn.

DATED:  September 10, 2010

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  */s/ William H. Manning*
William H. Manning (*pro hac vice*)
Brad P. Engdahl (*pro hac vice*)
Jacob S. Zimmerman (*pro hac vice*)

**ATTORNEYS FOR PLAINTIFFS ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

**IT IS SO ORDERED.**

_____, 2010

_____
Honorable Susan Illston
United States District Judge

Case No. CV-08-0986-SI         - 2 -         JOINT NOTICE OF WITHDRAWAL