1   ROBERT T. HASLAM (Bar No. 71134)
    RHaslam@cov.com
2   MICHAEL K. PLIMACK (Bar No. 133869)
    MPlimack@cov.com
3   CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
    CHaskett@cov.com
4   SAMUEL F. ERNST (Bar No. 223963)
    SErnst@cov.com
5   COVINGTON & BURLING LLP
    1 Front Street, 35th Floor
6   San Francisco, California 94111
    Telephone: (415) 591-6000
7   Facsimile: (415) 591-6091
8

9   ALAN H. BLANKENHEIMER (Bar No. 218713)
    ABlankenheimer@cov.com
10  LAURA E. MUSCHAMP (Bar No. 228717)
    LMuschamp@cov.com
11  JO DALE CAROTHERS (Bar No. 228703)
    JCarothers@cov.com
12  COVINGTON & BURLING LLP
    9191 Towne Centre Drive, 6th Floor
13  San Diego, California 92122
    Telephone: (858) 678-1800
14  Facsimile: (850) 678-1600
15

16  Attorneys for Defendants and Counterclaimants
    SAMSUNG ELECTRONICS CO., LTD., et al.
17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20  ADVANCED MICRO DEVICES, INC., et al.,<br><br>21        Plaintiffs and Counterdefendants,<br><br>22  v.<br><br>23  SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>24        Defendants and Counterclaimants.<br>25<br>26<br>27 | Case No. 3:08-CV-0986-SI<br><br>**NOTICE OF WITHDRAWAL OF SAMSUNG'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 6,784,879 [DKT. #435]** |

28

NOTICE OF WITHDRAWAL
CASE NO. 3:08-CV-0986-SI

1    Samsung requests that Samsung's Motion for Summary Judgment of Non-Infringement of

2  U.S. Patent No. 6,784,879 [Dkt. #435] be withdrawn.

3

4  DATED:  September 13, 2010                      Respectfully submitted,

5                                                 COVINGTON & BURLING LLP

6

7                                                 /s/Robert T. Haslam
                                                  ROBERT T. HASLAM
8                                                 Attorneys for Defendants and Counterclaimants
                                                  SAMSUNG ELECTRONICS CO., LTD.,
9                                                 SAMSUNG SEMICONDUCTOR, INC.,
10                                                 SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
                                                  SAMSUNG ELECTRONICS AMERICA, INC.,
11                                                 SAMSUNG TELECOMMUNICATIONS
                                                  AMERICA, LLC, and SAMSUNG DIGITAL
12                                                 IMAGING CO., LTD.

13

14  IT IS SO ORDERED.

15

16  _____, 2010

17                                                 Honorable Susan Illston
                                                  United States District Judge
18

19

20

21

22

23

24

25

26

27

28

1