| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>Cole M. Fauver (*pro hac vice*)<br>E-mail: CMFauver@rkmc.com<br>Aaron R. Fahrenkrog (*pro hac vice*)<br>E-mail: ARFahrenkrog@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br><br>John P. Bovich (SBN 150688)<br>E-mail: JBovich@reedsmith.com<br>**Reed Smith LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: 415-543-8700<br>Facsimile: 415-391-8269<br><br>Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134)<br>E-mail: Rhaslam@cov.com<br>**Covington & Burling LLP**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: 650-632-4700<br>Facsimile: 650-632-4800<br><br>Christine S. Haskett (Bar No. 188053)<br>E-mail: Chaskett@cov.com<br>**Covington & Burling LLP**<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: 415-591-6000<br>Facsimile: 415-591-6091<br><br>Alan H. Blankenheimer (Bar No. 218713)<br>E-mail: ablankenheimer@cov.com<br>Laura E. Muschamp (Bar No. 228717)<br>E-mail: lmuschamp@cov.com<br>Jo Dale Carothers (Bar No. 228703)<br>E-mail: jcarothers@cov.com<br>**Covington & Burling LLP**<br>9191 Towne Centre Drive, 6th Floor<br>San Diego, CA 92122-1225<br>Telephone: 858-678-1800<br>Facsimile: 858-678-1600<br><br>Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>             Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>             Defendants. | Case. No. CV-08-0986-SI<br><br>**JOINT STIPULATED DISMISSAL OF CERTAIN CLAIMS**<br><br>**[Civil L.R. 7-12]** |

1  Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively, "AMD"), and
2  Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Austin Semiconductor,
3  LLC, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and
4  Samsung Digital Imaging Co., Ltd. (collectively, "Samsung"), by and through their respective
5  counsel hereby stipulate and agree as follows:
6      1.    Pursuant to an agreement reached by the parties on September 1, 2010, AMD's
7  claims for infringement of U.S. Patent Nos. 5,623,434 and 5,377,200 against Samsung are hereby
8  dismissed with prejudice.
9      2.    Pursuant to an agreement reached by the parties on September 1, 2010, Samsung's
10 counterclaims for declaratory judgment of non-infringement and invalidity of U.S. Patent Nos.
11 5,623,434 and 5,377,200 are hereby dismissed with prejudice.
12     3.    Pursuant to an agreement reached by the parties on September 1, 2010, Samsung's
13 claims of infringement of U.S. Patent Nos. 6,407,429; 6,689,648; 5,091,339; and 5,173,442 are
14 hereby dismissed with prejudice.
15     4.    Pursuant to an agreement reached by the parties on September 1, 2010, AMD's
16 counterclaims for declaratory judgment of invalidity of U.S. Patent Nos. 6,407,429; 6,689,648;
17 5,091,339; and 5,173,442 are hereby dismissed with prejudice.
18     5.    Each party shall bear its own fees and costs.

20 DATED: October 4, 2010          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: */s/William H. Manning*
      William H. Manning
      Brad P. Engdahl
      Cole M. Fauver

**ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC**

1
2   DATED:  October 4, 2010         **COVINGTON & BURLING LLP**
3
                                    By: */s/Christine S. Haskett*
                                        Robert T. Haslam
4                                       Christine Saunders Haskett
                                        Alan H. Blankenheimer
5
6                                   **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG DIGITAL IMAGING CO., LTD.**
7
8
9
10
11  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
12
13  _____, 2010          _____
                                    Honorable Susan Illston
14                                  United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. CV-08-0986-SI        - 3 -        JOINT STIPULATED DISMISSAL OF CERTAIN CLAIMS

**ECF CERTIFICATION**

I, Logan J. Drew, am the ECF User whose identification and password are being used to file this Joint Stipulated Dismissal of Certain Claims. I hereby attest that Christine S. Haskett has concurred in this filing.

DATED: October 4, 2010                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By */s/Logan J. Drew*

LOGAN J. DREW

Attorneys for Plaintiffs and Counter-defendants
Advanced Micro Devices, Inc., et al.