| | |
|---|---|
| William H. Manning (*pro hac vice*)<br>E-mail: WHManning@rkmc.com<br>Brad P. Engdahl (*pro hac vice*)<br>E-mail: BPEngdahl@rkmc.com<br>Samuel L. Walling (*pro hac vice*)<br>E-mail: SLWalling@rkmc.com<br>**Robins, Kaplan, Miller & Ciresi L.L.P.**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br><br>John P. Bovich (Bar No. 150688)<br>E-mail: JBovich@reedsmith.com<br>**Reed Smith LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: 415-543-8700<br><br>Attorneys for Plaintiffs and Counterdefendants Advanced Micro Devices, Inc., et al. | Robert T. Haslam (Bar No. 71134)<br>E-mail: RHaslam@cov.com<br>**Covington & Burling LLP**<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: 650-632-4700<br>Facsimile: 650-632-4800<br><br>Laura Muschamp (Bar No. 228717)<br>lmuschamp@cov.com<br>**Covington & Burling LLP**<br>9191 Towne Centre Drive, 6th Floor<br>San Diego, CA 92122<br>Telephone: 858-678-1800<br>Facsimile: 858-678-1600<br><br><br><br><br><br>Attorneys for Defendants and Counterclaimants Samsung Electronics Co., Ltd., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>                Defendants. | Case. No. CV-08-0986-SI<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING PARTIES TO BRING COMPUTER EQUIPMENT AND DEMONSTRATIVE EVIDENCE TO COURTROOM FOR SUMMARY JUDGMENT ORAL ARGUMENT**<br><br>**[Civil L.R. 7-12]**<br><br>DATE:  November 4, 2010<br>TIME:  9:00 a.m.<br>COURTROOM:  10, 19th Floor<br>JUDGE:  The Honorable Susan Illston |

Advanced Micro Devices, Inc. and ATI Technologies, ULC (collectively "AMD"),

and Samsung Electronics Co., Ltd.; Samsung Semiconductor, Inc.; Samsung Austin

Case No. CV-08-0986-SI

STIPULATION RE:
COMPUTER EQUIPMENT AND
DEMONSTRATIVE EVIDENCE

1  Semiconductor, LLC; Samsung Electronics America, Inc.; Samsung Telecommunications
2  America, LLC; and Samsung Digital Imaging Co., Ltd. (collectively "Samsung") jointly
3  submit this Stipulation.  This Stipulation shall apply only to this case, captioned *Advanced
4  Micro Devices, Inc., et al. v. Samsung Electronics Co., Ltd., et al.,* Case No. CV-08-0986-
5  SI.

6  WHEREAS, the parties request permission to bring the following computer
7  equipment into the Courtroom for the summary judgment oral argument scheduled for
8  9:00 a.m. on November 4, 2010:

9      1.     1 LCD display with floor stand;
10     2.     1 VGA distribution amplifier;
11     3.     2 wireless presentation controllers;
12     4.     1 laptop computer per attorney/expert present;
13     5.     An assortment of cables and switches for connecting the above-listed
14         devices to one another, and/or to the courtroom presentation system;
15     6.     An assortment of 3' x 4' foam-core blow-up boards with easels; and
16     7.     3 rolling file cabinets.

17 WHEREAS, the parties further request access to the Courtroom the afternoon of
18 November 3, 2010, for the purposes of setting up and testing said computer equipment.
19 NOW THEREFORE, pursuant to Civil Local Rule 7-12, IT IS HEREBY
20 STIPULATED AND AGREED, by and between AMD and Samsung that, subject to the
21 Court's approval, the Parties will be permitted to bring the aforementioned computer
22 equipment into the Courthouse and into this Courtroom the afternoon of November 3,
23 2010, and the morning of the November 4, 2010 hearing as requested.

24
25
26
27
28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

| | |
|---|---|
| DATED:  October 21, 2010 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| | By: /s/  William H. Manning<br>　　　William H. Manning<br>　　　Brad P. Engdahl<br>　　　Samuel L. Walling |
| | **ATTORNEYS FOR ADVANCED MICRO DEVICES, INC. AND ATI TECHNOLOGIES, ULC** |
| DATED:  October 21, 2010 | **COVINGTON & BURLING LLP** |
| | By: /s/  Robert T. Haslam<br>　　　Robert T. Haslam<br>　　　Laura Muschamp |
| | **ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG AUSTIN SEMICONDUCTOR, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; AND SAMSUNG DIGITAL IMAGING CO., LTD.** |
| | *Plaintiffs' counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

October __, 2010

_____
Honorable Susan Illston
United States District Judge

Case No. CV-08-0986-SI     - 3 -     STIPULATION RE: COMPUTER EQUIPMENT AND DEMONSTRATIVE EVIDENCE